

1  Robert A. Sacks (SBN 150146)
   sacksr@sullcrom.com
2  Brian R. England (SBN 211335)
   englandb@sullcrom.com
3  Edward E. Johnson (SBN 241065)
   johnsonee@sullcrom.com
4  SULLIVAN & CROMWELL LLP
   1888 Century Park East, Suite 2100
5  Los Angeles, California 90067-1725
   Tel.:  (310) 712-6600
6  Fax:   (310) 712-8800

7  Frank L. Bernstein (SBN 189504)
   fbernstein@kenyon.com
8  KENYON & KENYON LLP
   333 West San Carlos Street, Suite 600
9  San Jose, California 95110
   Tel.:  (408) 975-7500
10 Fax:   (408) 975-7501

11 *Attorneys for Plaintiffs j2 Global*
   *Communications, Inc. and Advanced*
12 *Messaging Technologies, Inc.*

13

14            **UNITED STATES DISTRICT COURT**

15            **CENTRAL DISTRICT OF CALIFORNIA**

16 j2 GLOBAL                        ) Case No.
17 COMMUNICATIONS, INC. and         ) CV11- 07904 SVW (Ex)
   ADVANCED MESSAGING               )
18 TECHNOLOGIES, INC.               ) **COMPLAINT FOR PATENT**
                                    ) **INFRINGEMENT AND**
19                  Plaintiffs,     ) **PERMANENT INJUNCTION**
                                    )
20            v.                    ) **DEMAND FOR JURY TRIAL**
                                    )
21 VITELITY                         )
   COMMUNICATIONS, LLC              )
22                  Defendant.      )
                                    )
23                                  )
                                    )
24 _____

25

26

27

28

KENYON & KENYON LLP                                      COMPLAINT

1            Plaintiffs j2 Global Communications, Inc. and Advanced Messaging

2   Technologies, Inc. (collectively, "j2"), for their Complaint against Defendants

3   Vitelity Communications, LLC ("Vitelity" or "Defendant"), allege upon

4   knowledge as to themselves and their conduct and upon information and belief as

5   to all other matters, as follows:

6   <div align="center">**JURISDICTION AND VENUE**</div>

7          1.     This action arises under the patent laws of the United States,

8   including 35 U.S.C. §§ 271, 281, and 283-285.  This court has jurisdiction over

9   this action under 28 U.S.C. §§ 1331 and 1338(a).

10          2.     Venue is proper in this district under 28 U.S.C. §§ 1391(b) and

11   § 1400(b).  Defendants are doing business in this District and acts of infringement

12   have occurred in this District.

13   <div align="center">**PARTIES**</div>

14          3.     Plaintiff j2 is a corporation organized under the laws of the

15   State of Delaware with its principal place of business at 6922 Hollywood

16   Boulevard, Suite 500, Los Angeles, California, 90028.  j2 provides messaging and

17   communications services to millions of customers around the world.  Plaintiff

18   Advanced Messaging Technologies, Inc. ("AMT") is a Delaware corporation with

19   its principal place of business at 6922 Hollywood Boulevard, Los Angeles,

20   California 90028, and is a wholly-owned subsidiary of j2.  The term "j2" shall be

21   used herein to mean either j2 Global Communications, Inc. or j2 Global

22   Communications, Inc. and AMT collectively, as the context warrants.

23          4.     Defendant Vitelity is a corporation organized under the laws of

24   the State of Colorado.  Vitelity's principal place of business is 7900 E. Union Ave.,

25   Suite 1100, Denver, Colorado, 80237.  Vitelity is doing business in California,

26   including in this District.  It solicits customers in this District and offers telephone

27   numbers in this District for use by its customers.  Moreover, Vitelity's network is

28

1    partially based in California.  Vitelity has servers located in California and

2    processes calls in California.

3                                        **FACTS**

4            5.      j2 is the owner, by assignment, of U.S. Patent No. 6,208,638,

5    entitled "Method and Apparatus For Transmission And Retrieval Of Facsimile

6    And Audio Messages Over A Circuit Or Packet Switched Network," which was

7    duly and legally issued to Jack Rieley and Jaye Muller on March 27, 2001, by the

8    United States Patent and Trademark Office ("PTO").  A copy of the U.S. Patent

9    No. 6,208,638 is attached to this complaint as Exhibit A.

10           6.      On December 8, 2008, the PTO issued a Reexamination

11   Certificate for U.S. Patent No. 6,208,638 (as reexamined, the "'638 Patent").  The

12   Reexamination Certificate confirmed the patentability of claims 1 and 13, as

13   amended, confirmed the patentability of claims 2-12 and 14-22, dependent on

14   amended claims, and added new claims 23-40.  A copy of the Reexamination

15   Certificate for the '638 Patent is attached to this complaint as Exhibit B.

16           7.      The claims of the '638 Patent are valid and enforceable.

17           8.      AMT is the owner, by assignment, of U.S. Patent No.

18   6,350,066, entitled "Systems and Methods for Storing, Delivering and Managing

19   Messages," which was duly and legally issued to Charles R. Bobo, II, by the PTO

20   on February 26, 2002.  A copy of U.S. Patent No. 6,350,066 is attached to this

21   complaint as Exhibit C.

22           9.      On April 15, 2009, the PTO issued a Reexamination Certificate

23   for U.S. Patent No. 6,350,066 (as reexamined, the "'066 Patent").  The

24   Reexamination Certificate cancelled claims 1-35 and added new claims 36-57.  A

25   copy of the Reexamination Certificate for the '066 Patent is attached to this

26   complaint as Exhibit D.

27           10.     The claims of the '066 Patent are valid and enforceable.

28

-2-

11.   Because they have been subjected to and been issued following reexamination, the '638 Patent and '066 Patent each enjoys an enhanced presumption of validity.

12.   Vitelity offers its customers an online fax service including in-bound and out-bound Internet fax.  An in-bound Internet fax service delivers faxes sent to customers as attachments to emails.  An out-bound Internet fax service delivers emails sent by customers to the recipients as faxes.

13.   Vitelity provides inbound and outbound fax services as a wholesale fax service to its customers.

14.   According to Vitelity's description of its inbound solution, vFax provides a "complete fax-to-email solution".  TeleFax, a wholly owned subsidiary of Vitelity, offers its customers a complete wholesale virtual fax solution including fax to email and email to fax services.

15.   The systems and methods employed by Vitelity, and its wholly owned subsidiary TeleFax, in providing its in-bound Internet fax solutions infringe one or more claims of the '638 Patent, including but not limited to Claim 13.

16.   Vitelity also offers services to its customers, including Fax87.com and Sonetel, by which those customers directly infringe one or more claims of the '638 Patent, including but not limited to Claim 13.

17.   Vitelity offers fax services that allow users to "send and receive a fax anywhere in the world with internet access and a web browser."

18.   Through its vFax service, Vitelity offers its customers "a custom branded vFax portal."   The TeleFax service allows customers to "receive faxes directly into a personal inbox or they can be viewed online using a friendly customer-user portal."

19.   The systems and methods employed by Vitelity, and its wholly owned subsidiary TeleFax, in providing the inbound faxing and online portal

-3-

1  functionalities infringe one or more claims of the '066 Patent, including but not
2  limited to Claim 36.

3          20.      Vitelity also offers services to its customers, including
4  Fax87.com and Sonetel, by which those customers directly infringe one or more
5  claims of the '066 Patent, including but not limited to Claim 36.

6          21.      On information and belief, Vitelity is and has been aware of the
7  '066 Patent and the '638 Patent at least since March 29, 2011, but Vitelity has
8  elected to willfully disregard and infringe upon j2's patent rights.

9          22.      Unless enjoined by this Court, Vitelity will continue to infringe
10  the '638 Patent and the '066 Patent.

11          23.      This is an exceptional case under 35 U.S.C. § 285.

12                                    <u>**COUNT I**</u>
13                       CLAIM FOR PATENT INFRINGEMENT
14                       UNDER 35 U.S.C. § 271 ('638 PATENT)

15          24.      j2 incorporates by reference the allegations in paragraphs 1
16  through 19 of this complaint.

17          25.      Vitelity has offered to sell and provide, has sold and provided,
18  and continues to offer to sell and provide and to sell and provide, in the United
19  States and in this District, products and services that directly infringe one or more
20  claims of the '638 Patent, including, but not limited to, Claim 13.

21          26.      Vitelity has offered to sell and provide, has sold and provided,
22  and continues to offer to sell and provide and to sell and provide, in the United
23  States and in this District, products and services that indirectly infringe one or
24  more claims of the '638 Patent, including, but not limited to, Claim 13.

25          27.      Vitelity's infringement of the '638 Patent has been and
26  continues to be willful.

27          28.      Unless enjoined by this Court, Vitelity will continue to infringe
28  the claims of the '638 Patent.

29.    By reason of the foregoing, Vitelity has caused j2 damages in the amount of at least a reasonable royalty for Vitelity's continued infringement of the '638 Patent, to which j2 is entitled.

## COUNT II

CLAIM FOR PATENT INFRINGEMENT

UNDER 35 U.S.C. § 271 ('066 PATENT)

30.    j2 incorporates by reference the allegations in paragraphs 1 through 19 of this complaint.

31.    Vitelity has offered to sell and provide, has sold and provided, and continues to offer to sell and provide and to sell and provide, in the United States and in this District, products and services that directly infringe one or more claims of the '066 Patent, including, but not limited to, Claim 36.

32.    Vitelity has offered to sell and provide, has sold and provided, and continues to offer to sell and provide and to sell and provide, in the United States and in this District, products and services that indirectly infringe one or more claims of the '066 Patent, including, but not limited to, Claim 36.

33.    Vitelity's infringement of the '066 Patent has been and continues to be willful.

34.    Unless enjoined by this Court, Vitelity will continue to infringe the claims of the '066 Patent.

35.    By reason of the foregoing, Vitelity has caused j2 damages in the amount of at least a reasonable royalty for Vitelity's continued infringement of the '066 Patent, to which j2 is entitled.

## PRAYER FOR RELIEF

WHEREFORE, j2 demands judgment on its Complaint as follows:

A.    A permanent injunction against Vitelity's continued infringement of the '638 Patent;

1        B.      An award of damages in an amount of at least a reasonable

2  royalty for Vitelity's infringement of the '638 Patent;

3        C.      A permanent injunction against Vitelity's continued

4  infringement of the '066 Patent;

5        D.      An award of damages in an amount of at least a reasonable

6  royalty for Vitelity's infringement of the '066 Patent;

7        E.      A trebling, pursuant to 35 U.S.C. § 284, of any and all damages

8  awarded for Vitelity's infringement of the '638 and '066 Patents;

9        F.      A finding that this is an exceptional case under 35 U.S.C.

10  § 285;

11        G.      An award, pursuant to 35 U.S.C. § 285, of reasonable attorneys'

12  fees;

13        H.      An award of interest and costs; and

14        I.      Such other and further relief as the Court deems proper.

15

16  Dated:  September 23, 2011        Respectfully submitted,

17

18                         _Robert A. Sacks / EEJ_

19                         Robert A. Sacks (SBN 150146)
                              Brian R. England (SBN 211335)

20                         Edward E. Johnson (SBN 241065)
                         SULLIVAN & CROMWELL LLP

21                         1888 Century Park East
                         Los Angeles, California 90067-1725

22                         (310) 712-6600
                         (310) 712-8800 facsimile

23                         Frank L. Bernstein (SBN 189504)
                         KENYON & KENYON LLP

24                         1801 Page Mill Road, Suite 210
                         Palo Alto, CA 94304-1216

25                         (650) 384-4688
                         (650) 384-4701 facsimile

26

27                         *Attorneys for Plaintiffs j2 Global
                         Communications, Inc. and Advanced

28                         Messaging Technologies, Inc.*

## DEMAND FOR TRIAL BY JURY

Plaintiffs j2 Global Communications, Inc. and Advanced Messaging Technologies, Inc. hereby demand a trial by jury.


Dated:  September 23, 2011                    Respectfully submitted,


_Robert A. Sacks_  /BEJ/
_____
Robert A. Sacks (SBN 150146)
Brian R. England (SBN 211335)
Edward E. Johnson (SBN 241065)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067-1725
(310) 712-6600
(310) 712-8800 facsimile

Frank L. Bernstein (SBN 189504)
KENYON & KENYON LLP
1801 Page Mill Road, Suite 210
Palo Alto, CA 94304-1216
(650) 384-4688
(650) 384-4701 facsimile

_Attorneys for Plaintiff j2 Global Communications, Inc. and Advanced Messaging Technologies, Inc._

KENYON & KENYON LLP

COMPLAINT

# Exhibit A



US006208638B1

(12) **United States Patent**
Rieley et al.

(10) Patent No.: **US 6,208,638 B1**
(45) Date of Patent: *Mar. 27, 2001

(54) **METHOD AND APPARATUS FOR TRANSMISSION AND RETRIEVAL OF FACSIMILE AND AUDIO MESSAGES OVER A CIRCUIT OR PACKET SWITCHED NETWORK**

(75) Inventors: **Jack Rieley; Jaye Muller**, both of New York, NY (US)

(73) Assignee: **j 2 Global Communications, Inc.**, Hollywood, CA (US)

( * ) Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **08/829,857**

(22) Filed: **Apr. 1, 1997**

(51) Int. Cl.[7] ............................. **H04L 12/66**; H04M 7/00

(52) U.S. Cl. ...................... **370/354**; 370/401; 379/88.17; 379/100.08; 379/221; 709/227

(58) Field of Search .............................. 370/352, 354, 370/428, 396, 401; 379/88.17, 100.01, 100.08, 100.17, 100.12, 265, 221, 89; 709/217, 218, 227, 219; 341/20

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,113,430 * 5/1992 Richardson, Jr. et al. ....... 379/88.17

| | | | |
|---|---|---|---|
| 5,351,276 | * | 9/1994 | Doll, Jr. et al. ..................... 370/354 |
| 5,557,659 | * | 9/1996 | Hyde-Thomson ............... 379/88.13 |
| 5,737,395 | * | 4/1998 | Irribarren ......................... 379/88.13 |
| 5,812,639 | * | 9/1998 | Bartholomew et al. .............. 379/89 |
| 5,911,776 | * | 6/1999 | Guck ..................................... 709/217 |
| 5,930,493 | * | 7/1999 | Ottesen et al. ....................... 709/227 |
| 5,933,490 | * | 8/1999 | White et al. ......................... 379/221 |
| 5,946,386 | * | 8/1999 | Rogers et al. ....................... 379/265 |
| 5,991,292 | * | 11/1999 | Focsaneanu et al. .............. 370/352 |
| 5,996,006 | * | 11/1999 | Speicher ............................... 709/218 |
| 6,009,469 | * | 12/1999 | Mattaway et al. .................. 709/227 |
| 6,084,892 | * | 7/2000 | Benash et al. ....................... 370/401 |
| 6,108,329 | * | 8/2000 | Oyama et al. ....................... 370/352 |

* cited by examiner

Primary Examiner—Hassan Kizou
Assistant Examiner—John Pezzlo
(74) *Attorney, Agent, or Firm*—Blakely Sokoloff Taylor & Zafman

(57) **ABSTRACT**

A method and apparatus for accepting an incoming message over a circuit switched network and transmitting it over a packet switched network. The apparatus including means for implementing the steps of receiving an incoming call signal along with a inbound address; determining a user account and a final address on said packet switched network associated with said inbound address; allocating a message processing resource; processing said incoming call into a processed message; and, sending said processed message to said final address.

**22 Claims, 3 Drawing Sheets**





**FIG. 1**



FIG. 2



FIG. 3

US 6,208,638 B1

1

## METHOD AND APPARATUS FOR TRANSMISSION AND RETRIEVAL OF FACSIMILE AND AUDIO MESSAGES OVER A CIRCUIT OR PACKET SWITCHED NETWORK

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to the field of message receipt/transmission and delivery using computer networks. Specifically, the present invention relates to the subject of facsimile and voice transmission and retrieval over circuit/packet switched voice/data networks.

2. Description of Related Art

Voice and data communications systems such as the public switched telephone network (PSTN) are currently used to transfer image and text data transmitted by facsimile ("fax") machines in addition to the normally carried voice traffic. These faxed images are usually transmitted through the PSTN and received for printout or storage of the image on a destination fax machine or computer for the use by the recipient. Since the destination machine has typically been a fax, computer, printer or other such large capacity storage and output device, there has not been a need to compress the fax significantly for the destination output device. Furthermore, as the traditional destination has been either a full size print-out, computer monitor or mass storage media, no attempt has been made to facilitate the delivery of fax messages using other methods so as not to require the recipient to be physically close to the device which is coupled to the telephone line in order to receive the fax message.

For example, where user A has a fax machine connected to the PSTN using a telephone line with a number "XXX-YYY-ZZZZ" (where "XXX" represents the area code of the number, "YYY" the prefix of the number, and "ZZZZ" the remainder of the number), in order for user A to view a received fax message, user A must be physically located in the same area as the fax machine.

Similarly, audio messages are stored on fixed destination devices such as answering machines and "voice-mail" systems. To retrieve such audio messages, a recipient would either have to dial into the destination device or physically activate the play-back of audio messages through manipulation of the controls of an answering machine.

Thus, the ability to access both voice and fax messages from additional locations which would not require a user to either (1) be physically stationed near the receiving fax machine; or (2) to have to manually call a device to retrieve audio messages; would be desirable.

In addition, as a sender currently has to call or fax directly to the destination phone or fax machine, the sender incurs additional charges imposed by one or more telephone companies handling the call. Depending on the length of the fax or audio message, the telephone company charges can be substantial as calls are billed based on the time connected.

Hence, to be able to provide a sender with multiple phone numbers to which to send a message would be desirable, allowing the sender to choose the number which would closest, and, thus, the least expensive, to dial into.

### SUMMARY OF THE INVENTION

To provide for the receipt and transmission of audio and fax information by a first user over a circuit switched network such as the PSTN to a second user over a packet switched network such as the Internet, a communications server is connected both to the circuit switched network and a packet switched network.

The communications server contains resources to receive and process incoming audio and facsimile calls from the circuit switched network into a format suitable for transmission over the packet switched network to the second user's address. In addition, a link is first determined between the second user's address on the circuit switched network and the second user's address on the packet switched network, and then an appropriate route to the second user's address on the packet network is determined. With the system being maintained in a distributed and redundant fashion, reliable receipt and transfer of all messages is ensured.

Thus, this electronic messaging system allows for the transfer of messages such as facsimile and audio messages from the circuit switched network to be collected and routed over the packet switched network.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a system diagram of a network configured pursuant to a preferred embodiment of the present invention containing a message server.

FIG. 2 is a block diagram illustrating the message server configured in accordance with the preferred embodiment of the present invention.

FIG. 3 is a flow diagram illustrating the operations of the preferred embodiment of the present invention.

### DETAILED DESCRIPTION OF THE INVENTION

The present invention provides a method and apparatus for allowing the receipt and transmission of audio and fax information between a circuit switched network and a packet switched network. For purposes of explanation, specific embodiments are set forth to provide a thorough understanding of the present invention. However, it will be understood by one skilled in the art, from reading this disclosure, that the invention may be practiced without these details. Further, although the present invention is described through the use of circuit switched and packet switched networks, most, if not all, aspects of the invention apply to all networks in general. Moreover, well-known elements, devices, process steps and the like are not set forth in detail in order to avoid obscuring the present invention.

FIG. 1 contains a block diagram illustrating a system configured in accordance with a preferred embodiment of the present invention containing a communications server 150 connected to a circuit switched network 130 and a wide area network (WAN) 180. In the preferred embodiment, circuit switched network 130 is a circuit switched network such as the PSTN while WAN 180 is a packet switched network such as the Internet. It is to be noted that circuit switched network 130 can also be a network such as the generalized switched telephone network (GSTN), which encompasses PSTN networks, cellular telephone networks, and the other networks with which they are in communication.

Communications server 150 is connected to circuit switched network 130 via a switch 140 and to WAN 180 through the use of a router 185. As described in further detail below, in a preferred embodiment, switch 140 and router 185 are interfaced to communications server 150 using two separate hardware interfaces. In an alternate embodiment, switch 140 and router 185 can be interfaced to communications server 150 through the use of one hardware unit.

US 6,208,638 B1

3

Connected to circuit switched network **130** is both a telephone unit **110** and a facsimile unit **120**. Telephone unit **110** is a standard telephone capable of converting audio signals into electrical signals suitable for transmission over circuit switched network **130**. Similarly, facsimile unit **120** is a standard facsimile machine capable of transmitting and receiving facsimile messages over circuit switched network **130**. Each of these devices can be connected to circuit switched network **130** using either wired or wireless technology.

Connected to WAN **180** is a database server **195**, a system management unit **197**, a mail server **160**, and a client **190**. Each of these systems communicate with each other and with communications server **150** via WAN **180** using such protocols such as simple network management protocol (SNMP) and hyper-text transport protocol (HTTP)—packetized using a protocol such as the transmission control protocol/internet protocol (TCP/IP).

In the preferred embodiment, each one of database server **195**, system management unit **197**, mail server **160**, and client **190**, are stand-alone computers or workstations containing the hardware and software resources to enable the operation of the present invention. In alternate embodiments, the functions provided by each one of database server **195**, system management unit **197**, mail server **160**, and client **190**, are provided by any number of computer systems.

In the preferred embodiment, mail server **160** is a server providing e-mail receipt and transmission using a protocol such as the simple mail transfer protocol (SMTP) and post office protocol (POP). Moreover, client **190** is configured to be able to communicate over WAN **180** using SMTP or POP in order to retrieve email from mail server **160** or another suitably configured server.

System management unit **197** communicates with communications server **150** to monitor: (1) the processes on communications server **150**; (2) the status of the trunk line connected to communications server **150**; and (3) the connection between the various servers connected to WAN **180**. As described below, if any processes on communications server **150** or connection to the circuit switched network **130** is interrupted, system management unit **197** can allocate resources, or cause the re-routing of a call or message via one or more redundant resources or connections, ensuring that the call or message is routed to the final destination.

Communications server **150** contains user data needed to receive and route incoming messages received from circuit switched network **130**. The same information is also stored on database server **195**. In the preferred embodiment, communications server **150** stores an inbound address, a set of final destination addresses; and an account status for each user. The inbound address corresponds to the telephone number assigned to the user. As further discussed below, the inbound address is the number that a message sender dials on telephone unit **110** or facsimile unit **120** to leave a message for the user. The set of final destination address contain one or more e-mail addresses where the user account status information indicates whether the inbound address is either active and or inactive—i.e, whether the user is able to receive messages using the system.

Database server **195** stores a duplicate copy of the inbound address, the set of final destination addresses; and the account status for each user. Database server **195** also stores additional information for each user such as mailing address and billing information which are not used in the operation of the present invention but are note herein for

4

completeness only. Thus, the information that is stored on communications server **150** is a subset of the information that is stored on database server **195**, and if communications server **150** were to become inoperable or otherwise unable to handle incoming messages, database server **195** can configure another communications server to accept those calls.

In the preferred embodiment, system management unit **197** is responsible for monitoring the status of communications server **150** and re-assigning the users being handled by communications server **150** if communications server malfunctions or becomes overloaded with incoming calls. In the former case, system management unit **197** would re-assign all users being handled by communications server **150** to another communications server. In the latter case, system manangment unit **197** would only off-load the only those incoming calls for which communications server **150** does not have the available resources to process.

FIG. 2 is a block diagram of communications server **150** configured in accordance with the preferred embodiment of the present invention, containing a processor **151** coupled to a memory subsystem **153** through the use of a system bus **155**. Also coupled to system bus **155** is a network interface **156**; a trunk interface **152**; and a set of fax/voice processing resources **154**. Set of fax/voice processing resources **154** and trunk interface **152** are also coupled to a bus **157**.

Bus **157** is a bus that supports time division multiplex access (TDMA) protocols to optimize the flow of real time traffic between set of fax/voice processing resources **154** and trunk interface **152**.

Memory subsystem **153** is used to store information and programs needed by communications server **150**. The functioning of memory subsystems in computer design are well known to those of ordinary skill in the art and thus will not be further discussed herein.

In the preferred embodiment, trunk interface **152** is a trunk line interface, such as a T-1 or E-1 line, to switch **140** and can handle up to 24 channels of communications. Trunk line signaling is well known to those of ordinary skill in the art of telecommunication and thus will not be further discussed herein except as necessary for describing the invention.

Set of fax/voice processing resources **154** are made up of multiple fax/voice processing cards. Each of these processing cards contain processing units which are capable of receiving and transmitting facsimiles according to established protocols, and which are capable of digitizing voice or other audio data, also according to established protocols. In the preferred embodiment, there are three fax/voice processing cards in set of fax/voice processing resources **154**, each fax/voice processing card containing eight processing units capable of handling a channel from trunk interface **152**. Thus, communications server **150** can communicate on twenty-four channels concurrently.

The storage of destination addresses on both circuit switched network **130** and WAN **180** is controlled by a database located either on communications server **150** or on database server **195**. Keeping this information separate from communications server **150** allows communications server **150** to be a resource that can be allocated on demand. Hence, a number of communications servers could be used, along with one or more database servers, to allow a fully redundant and scalable system. In addition, system management unit **197** monitors the status and connection of all the communication and database servers.

FIG. 3 is a flow diagram illustrating the operations of the preferred embodiment of the present invention when a call

Exhibit A, Page 13
Exhibit A Page 13

US 6,208,638 B1

5

originating from a source on the circuit switched network **130**. For example, either telephone unit **110** or facsimile unit **120** can initiate the call.

In block **400**, an incoming call signal is received by communications server **150** from switch **140**. The incoming call signal is initiated by telephone unit **110** or facsimile unit **120** over circuit switched network **130** and is routed to communications server **150** via switch **140**. Communications server **150** detects the incoming call signal using trunk interface **152**. Operation would continue with block **402**.

Continuing with block **402**, trunk line interface unit **152**, in addition to receives signals to indicate that there is an incoming call from switch **140**, also receives signals indicating the circuit destination address of the incoming call. The destination address is captured by trunk interface **152** and is determined by trunk line signaling using mechanisms such as direct-inward-dial, or dual tone multifrequency (DTMF) tones.

Continuing with block **404**, to determine whether or not to process the incoming call, processor **151** searches the list of inbound addresses contained in memory subsystem **153** for the destination address. If processor **151** finds the destination address in the inbound address list, processor **151** will then look up the account status for the user who owns the inbound address to determine if the account of that user is a valid user account. In an alternate embodiment, the validation is performed through the use of a database maintained by a separate entity such as database server **195**. If the account is found to be inactive, communications server **151** will play a prepared message indicating that the number to which the incoming message was sent is an invalid account.

In block **406**, once the validity of the user account has been established, processor **151** will attempt to allocate one fax/voice processing resource from set of fax/voice processing resources **154** and also determine the availability of other resources required for the receipt and processing of the incoming call. These other resources include the processing capacity of processor **151**, the storage capacity of memory subsystem **153**.

If it is determined that the appropriate resources are not available, then the call will be routed to a different communications server that is capable of allocating the necessary resources. The routing of calls is accomplished by trunk line signaling via switch **140** and is managed by system management unit **197**.

Also, it should be noted that the call will only come from switch **140** to communications server **150** if there are no problems with the line. Otherwise the call will get routed to a different communications server. In the preferred embodiment, fault detection and correction happens in one of two ways. First, on the telephone network side, switch **140** can be set up to independently route a call to another line if it is determined that one of the lines is bad. Second, if communications server **150** detect that the trunk line coming into trunk interface **152** is down, communications server **150** will notify system management unit **197** to reallocate the users for whom communications server **150** is responsible onto another communications server. Thus, system management unit **197** will transfer the duplicate user information contained in database server **195** into a different communications server.

In block **408**, communications server **150** "answers" the incoming call by having trunk interface **152** go "off-hook" on the trunk line.

In block **410**, if the fax/voice processing resource of set of fax/voice processing resources **154** which is processing the

6

call determines that the incoming call is a fax transmission, then operation will continue with block **412**. Otherwise, operation will continue with block **414**. For example, if the call is a fax, a fax protocol is initiated, and the fax is received by one of the fax/voice processing resources of set of fax/voice processing resources **154**. If the call is a voice call, the voice is recorded by one of the fax/voice processing resources of set of fax/voice processing resources **154**.

In block **412**, the fax/voice processing resource of set fax/voice processing resources **154** responsible for processing the incoming call will perform the fax transfer and store the incoming message as a temporary file in memory subsystem **153**. In the preferred embodiment, the incoming fax is saved into a file which follows the group 3 facsimile file format. Operation will then continue with block **416**.

In block **414**, where it is determined that the incoming message is an audio message, the fax/voice processing resource of set of fax/voice processing resources **154** allocated to process the call will initiate an audio recording of the incoming voice message. In the preferred embodiment, the audio message is digitized and stored in memory subsystem **153** as a temporary file in a pulse code modulated format. After the incoming call has been digitized and stored, operation will then continue with block **416**.

In block **416**, trunk interface **152** will terminate the call. Operation will then continue with block **418**.

In block **418**, the incoming message, which has been stored as a temporary file in memory subsystem **153**, is processed by processor **151**. In the preferred embodiment, the temporary file is processed according to the type of the incoming call. If the incoming call was a fax transmission, then the temporary file, which has been stored as a group 3 facsimile file, will be converted into a file which follows the tagged image file format (TIFF), or a format that is suitable for transmission over WAN **180**. Optionally, the temporary fax file can also be compressed at this stage. If the incoming call was an audio message, then the temporary file would be compressed using a compression scheme such as the scheme defined in the global system for mobile-communications (GSM) standard. In alternate operations, compressing and other processing of the incoming message is performed as the same time the incoming message is being received and being placed in memory subsystem **153**.

In block **420**, communications server **150** uses the inbound address to determine the set of final destination addresses, which are destinations on WAN **180** (i.e., the packet switched network), to send the processed incoming message. Communications server **150** then sends an electronic mail (e-mail) with the processed incoming message as an attachment to all the destinations in the set of final destination addresses.

For example, the e-mail containing the attachment is transferred to, and stored in, a server such as mail server **160**, The e-mail is then retrieved by client **190** whenever the user wishes. In an alternate embodiment, client **190** can retrieve the e-mail directly from communications server **150**, without the storing operation of mail server **160**.

While the present invention has been particularly described with reference to the various figures, it should be understood that the figures are for illustration only and should not be taken as limiting the scope of the invention. Many changes and modifications may be made to the invention, by one having ordinary skill in the art, without departing from the spirit and scope of the invention.

US 6,208,638 B1

7

What is claimed is:

1. A system comprising:

a set of switches coupled to a circuit switched network for receiving a set of incoming call signals, wherein the incoming call signal includes an inbound address, and wherein a switch in the set of switches redirects an incoming can signal from a first communications server to a second communications server if a first condition occurs; and,

a set of communications servers coupled to the set of switches for receiving the set of incoming call signals, each communications server being coupled to a network and containing a message processing resource configured to process a received audio message into a digital representation, wherein each communications server further comprises a trunk line interface to extract the inbound address and stores the inbound address, a set of final destination addresses and account status, and the message processing resource is further configured to determine, based on the inbound address, a user account and a destination on a packet switched network and send the digital representation to the destination,

wherein the inbound address is assigned to the user account and the outbound address comprises at least one email address.

2. The system of claim 1, where the first condition occurs if the first communications server sends a rejection signal to the switch.

3. The system of claim 1, where the first condition occurs if the first communications server is unable to process the incoming call signal.

4. The system of claim 1, where the incoming call signal signals an incoming call and the first condition occurs if the first communications server is unable to process the incoming call.

5. The system of claim 1, further comprising a system management unit for setting the first condition.

6. The system of claim 1, further comprising a system management unit, and the first condition occurs if the system management unit determines that the second communications server should receive the incoming call signal.

7. The system of claim 1, where the set of switches includes a second switch, and the first communications server is coupled to the switch and the second communications server is coupled to the second switch.

8. The system of claim 7, where the switch redirects the incoming call signal to the second switch.

9. The system of claim 1, where the inbound address is a circuit destination address.

10. The system of claim 1, where the message processing resource is further configured to validate the inbound address.

11. The system of claim 1, where the audio message is a facsimile message and the digital representation of the audio message is a graphics file.

12. The system of claim 1, where the message processing resource further comprises a processor to:

8

determine if the audio message contains a facsimile message or a voice message; and,

digitize the audio message if the audio message contains the voice message and receive the facsimile message if the audio message contains the facsimile message.

13. A method comprising:

receiving a first incoming call signal destined for a first communications server for processing of an audio message into a digital representation;

determining if a first condition has occurred;

redirecting the first incoming call signal from the first communications server to a second communications server based on the determining of the first condition, wherein the incoming call signal includes an inbound address;

extracting the inbound address;

determining, based on the inbound address, a user account status and a destination on a packet switched network; and,

sending the digital representation to the destination, wherein the inbound address is assigned to the user account and the destination comprises at least one email address.

14. The method of claim 13, where determining the first condition includes determining that the first communications server sends a rejection signal.

15. The method of claim 13, where determining the first condition includes determining that the first communications server is unable to process the incoming call signal.

16. The method of claim 13, where the incoming call signal signals an incoming call and determining the first condition includes determining that the first communications server is unable to process the incoming call.

17. The method of claim 13, where determining the first condition includes determining that a system management unit selects the second communications server for receiving the incoming call signal.

18. The method of claim 13, where redirecting the first incoming call signal includes using a switch to redirect the first incoming signal from the first communication server to the second communication server.

19. The method of claim 13, where the inbound address is a circuit destination address.

20. The method of claim 13, further including validating the inbound address.

21. The method of claim 13, where the audio message is a facsimile message and the digital representation of the audio message is a graphics file.

22. The method of claim 13, further including:

determining if the audio message contains a facsimile message or a voice message; and,

digitizing the audio message if the audio message contains the voice message and receiving the facsimile message if the audio message contains the facsimile message.

* * * * *

# Exhibit B

US006208638C1

(12) **EX PARTE REEXAMINATION CERTIFICATE** (6563rd)

# United States Patent
Rieley et al.

(10) **Number:** US 6,208,638 C1
(45) **Certificate Issued:** Dec. 9, 2008

(54) **METHOD AND APPARATUS FOR TRANSMISSION AND RETRIEVAL OF FACSIMILE AND AUDIO MESSAGES OVER A CIRCUIT OR PACKET SWITCHED NETWORK**

(75) Inventors: **Jack Rieley**, New York, NY (US); **Jaye Muller**, New York, NY (US)

(73) Assignee: **J2 Global Communications, Inc.,** Hollywood, CA (US)

**Reexamination Request:**
No. 90/007,796, Nov. 7, 2005

**Reexamination Certificate for:**

| | |
|---|---|
| Patent No.: | **6,208,638** |
| Issued: | **Mar. 27, 2001** |
| Appl. No.: | **08/829,857** |
| Filed: | **Apr. 1, 1997** |

Certificate of Correction issued Mar. 12, 2002.

(51) **Int. Cl.**

| | |
|---|---|
| *H04N 1/00* | (2006.01) |
| *H04M 7/00* | (2006.01) |
| *H04M 7/12* | (2006.01) |
| *H04M 3/53* | (2006.01) |
| *H04M 3/50* | (2006.01) |

(52) **U.S. Cl.** .................. **370/354**; 370/401; 379/88.17; 379/100.08; 379/221; 709/227

(58) **Field of Classification Search** .......................... None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,106,060 | A | 8/1978 | Chapman, Jr. |
| 4,289,930 | A | 9/1981 | Connolly et al. |
| 4,405,829 | A | 9/1983 | Rivest et al. |
| 4,532,588 | A | 7/1985 | Foster |
| 4,713,780 | A | 12/1987 | Schultz et al. |
| 4,754,428 | A | 6/1988 | Schultz et al. |
| 4,816,653 | A | 3/1989 | Anderl et al. |
| 4,837,798 | A | 6/1989 | Cohen et al. |
| 4,853,961 | A | 8/1989 | Pastor |
| 4,918,722 | A | 4/1990 | Duebren et al. |
| 4,941,170 | A | 7/1990 | Herbst |
| 5,008,814 | A | 4/1991 | Mathur |
| 5,033,079 | A | 7/1991 | Catron et al. |
| 5,065,427 | A | 11/1991 | Godbole |
| 5,068,888 | A | 11/1991 | Scherk et al. |
| 5,091,790 | A | 2/1992 | Silverberg |
| 5,105,184 | A | 4/1992 | Pirani et al. |
| 5,113,430 | A | 5/1992 | Richardson, Jr. et al. |
| 5,113,496 | A | 5/1992 | McCalley et al. |
| 5,115,326 | A | 5/1992 | Burgess et al. |
| 5,127,003 | A | 6/1992 | Doll, Jr. et al. |
| 5,167,011 | A | 11/1992 | Priest |
| 5,175,762 | A | 12/1992 | Kochis et al. |
| 5,193,110 | A | 3/1993 | Jones et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 4309072 | 9/1994 |
| EP | 0554456 A1 | 8/1993 |
| EP | 0615368 | 9/1994 |

(Continued)

OTHER PUBLICATIONS

Broadhead, S., "Getting Your Fax Straight: Getting Agead of the Game With Fax Server Technology", Network Computing, Feb. 1998, pp. 46–8, 50, vol. 6, No. 2, Business and Technical Communications, UK.

(Continued)

*Primary Examiner*—Roland G Foster

(57) **ABSTRACT**

A method and apparatus for accepting an incoming message over a circuit switched network and transmitting it over a packet switched network. The apparatus including means for implementing the steps of receiving an incoming call signal along with a inbound address; determining a user account and a final address on said packet switched network associated with said inbound address; allocating a message processing resource; processing said incoming call into a processed message; and, sending said processed message to said final address.



U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,195,085 | A | 3/1993 | Bertsch et al. |
| 5,224,156 | A | 6/1993 | Fuller et al. |
| 5,241,594 | A | 8/1993 | Kung |
| 5,247,591 | A | 9/1993 | Baran |
| 5,247,661 | A | 9/1993 | Hager et al. |
| 5,255,312 | A | 10/1993 | Koshishi |
| 5,257,112 | A | 10/1993 | Okada |
| 5,274,635 | A | 12/1993 | Rahman et al. |
| 5,276,869 | A | 1/1994 | Forrest et al. |
| 5,283,887 | A | 2/1994 | Zachery |
| 5,289,472 | A | 2/1994 | Cho |
| 5,291,302 | A | 3/1994 | Gordon et al. |
| 5,291,546 | A | 3/1994 | Giler et al. |
| 5,293,250 | A | 3/1994 | Okamura et al. |
| 5,297,208 | A | 3/1994 | Schlafly et al. |
| 5,299,255 | A | 3/1994 | Iwaki et al. |
| 5,317,628 | A | 5/1994 | Misholi et al. |
| 5,333,266 | A | 7/1994 | Boaz et al. |
| 5,339,156 | A | 8/1994 | Ishii |
| 5,349,636 | A | 9/1994 | Irribarren |
| 5,351,276 | A | 9/1994 | Doll, Jr. et al. |
| 5,355,472 | A | 10/1994 | Lewis |
| 5,367,621 | A | 11/1994 | Cohen et al. |
| 5,379,374 | A | 1/1995 | Ishizaki et al. |
| 5,394,460 | A | 2/1995 | Olson et al. |
| 5,404,231 | A | 4/1995 | Bloomfield |
| 5,406,557 | A | 4/1995 | Baudoin |
| 5,418,908 | A | 5/1995 | Keller et al. |
| 5,424,724 | A | 6/1995 | Williams et al. |
| 5,459,584 | A | 10/1995 | Gordon et al. |
| 5,471,617 | A | 11/1995 | Farrand et al. |
| 5,475,738 | A | 12/1995 | Penzias |
| 5,479,411 | A | 12/1995 | Klein |
| 5,479,491 | A | 12/1995 | Herrero Garcia et al. |
| 5,483,466 | A | 1/1996 | Kawahara et al. |
| 5,483,524 | A | 1/1996 | Lev et al. |
| 5,483,580 | A | 1/1996 | Brandman et al. |
| 5,495,610 | A | 2/1996 | Shing et al. |
| 5,497,373 | A | 3/1996 | Hulen et al. |
| 5,509,123 | A | 4/1996 | Dobbins et al. |
| 5,513,323 | A | 4/1996 | Williams et al. |
| 5,524,137 | A | 6/1996 | Rhee |
| 5,526,353 | A | 6/1996 | Henley et al. |
| 5,530,740 | A | 6/1996 | Irribarren et al. |
| 5,530,852 | A | 6/1996 | Meske, Jr. et al. |
| 5,542,289 | A | 8/1996 | Sharma |
| 5,544,320 | A | 8/1996 | Konrad |
| 5,555,100 | A | 9/1996 | Bloomfield et al. |
| 5,557,659 | A | 9/1996 | Hyde-Thompson |
| 5,559,611 | A | 9/1996 | Bloomfield et al. |
| 5,568,540 | A | 10/1996 | Greco et al. |
| 5,572,643 | A | 11/1996 | Judson |
| 5,590,178 | A | 12/1996 | Murakami et al. |
| 5,604,788 | A | 2/1997 | Tett |
| 5,608,786 | A | 3/1997 | Gordon |
| 5,621,727 | A | 4/1997 | Vaudreuil |
| 5,625,675 | A | 4/1997 | Katsumaru et al. |
| 5,630,060 | A | 5/1997 | Tang et al. |
| 5,630,061 | A | 5/1997 | Richter et al. |
| 5,633,916 | A | 5/1997 | Goldhagen et al. |
| 5,634,005 | A | 5/1997 | Matsuo |
| 5,647,002 | A | 7/1997 | Brunson |
| 5,654,957 | A | 8/1997 | Koyama |
| 5,673,316 | A | 9/1997 | Auerbach et al. |
| 5,675,507 | A | 10/1997 | Bobo, II |
| 5,677,955 | A | 10/1997 | Doggett et al. |
| 5,687,220 | A | 11/1997 | Finnigan |
| 5,689,550 | A | 11/1997 | Garson et al. |
| 5,692,039 | A | 11/1997 | Brankley et al. |
| 5,694,458 | A | 12/1997 | Okada |
| 5,710,883 | A | 1/1998 | Hong et al. |
| 5,712,901 | A | 1/1998 | Meermans |
| 5,712,903 | A | 1/1998 | Bartholomew et al. |
| 5,717,742 | A | 2/1998 | Hyde-Thompson |
| 5,724,410 | A | 3/1998 | Parvulescu et al. |
| 5,727,156 | A | 3/1998 | Herr-Hoyman et al. |
| 5,737,395 | A | 4/1998 | Irribarren |
| 5,737,396 | A | 4/1998 | Garcia |
| 5,742,596 | A | 4/1998 | Baratz et al. |
| 5,751,791 | A | 5/1998 | Chen et al. |
| 5,751,814 | A | 5/1998 | Kafri |
| 5,751,956 | A | 5/1998 | Kirsch |
| 5,768,528 | A | 6/1998 | Stumm |
| 5,774,668 | A | 6/1998 | Choquier et al. |
| 5,781,614 | A | 7/1998 | Brunson |
| 5,781,901 | A | 7/1998 | Kuzma |
| 5,787,175 | A | 7/1998 | Carter |
| 5,790,790 | A | 8/1998 | Smith et al. |
| 5,790,793 | A | 8/1998 | Higley |
| 5,793,972 | A | 8/1998 | Shane |
| 5,805,298 | A | 9/1998 | Ho et al. |
| 5,812,639 | A | 9/1998 | Bartholomew et al. |
| 5,819,295 | A | 10/1998 | Nakagawa et al. |
| 5,870,549 | A | 2/1999 | Bobo, II |
| 5,872,845 | A | 2/1999 | Feder |
| 5,872,926 | A | 2/1999 | Levac et al. |
| 5,893,908 | A | 4/1999 | Cullen et al. |
| 5,903,723 | A | 5/1999 | Beck et al. |
| 5,911,776 | A | 6/1999 | Guck |
| 5,930,493 | A | 7/1999 | Ottessen et al. |
| 5,933,412 | A | 8/1999 | Choudhury et al. |
| 5,933,490 | A | 8/1999 | White et al. |
| 5,937,161 | A | 8/1999 | Mulligan et al. |
| 5,940,476 | A | 8/1999 | Morganstein et al. |
| 5,946,386 | A | 8/1999 | Rogers et al. |
| 5,960,085 | A | 9/1999 | de la Huerga |
| 5,963,618 | A | 10/1999 | Porter |
| 5,987,508 | A | 11/1999 | Agraharam et al. |
| 5,991,292 | A | 11/1999 | Focsaneanu et al. |
| 5,996,006 | A | 11/1999 | Speicher |
| 5,999,594 | A | 12/1999 | Mizoguchi et al. |
| 6,009,173 | A | 12/1999 | Sumner |
| 6,009,469 | A | 12/1999 | Mattaway et al. |
| 6,020,980 | A | 2/2000 | Freeman |
| 6,023,345 | A | 2/2000 | Bloomfield |
| 6,025,931 | A | 2/2000 | Bloomfield |
| 6,028,679 | A | 2/2000 | Murphy |
| 6,032,192 | A | 2/2000 | Wegner et al. |
| 6,035,332 | A | 3/2000 | Ingrassia, Jr. et al. |
| 6,052,367 | A | 4/2000 | Bowater et al. |
| 6,052,442 | A | 4/2000 | Cooper et al. |
| 6,055,530 | A | 4/2000 | Sato |
| 6,061,448 | A | 5/2000 | Smith et al. |
| 6,064,723 | A | 5/2000 | Cohn et al. |
| 6,069,890 | A | 5/2000 | White et al. |
| 6,072,862 | A | 6/2000 | Srinivasan |
| 6,084,892 | A | 7/2000 | Benash et al. |
| 6,084,952 | A | 7/2000 | Beerman, Jr. et al. |
| 6,108,329 | A | 8/2000 | Oyama et al. |
| 6,181,781 | B1 | 1/2001 | Porter |
| 6,192,407 | B1 | 2/2001 | Smith et al. |
| 6,212,550 | B1 | 4/2001 | Segur |
| 6,215,550 | B1 | 4/2001 | Baer et al. |
| 6,229,884 | B1 | 5/2001 | Toyoda et al. |
| 6,233,318 | B1 | 5/2001 | Picard et al. |
| 6,240,454 | B1 | 5/2001 | Nepustil |
| 6,259,533 | B1 | 7/2001 | Toyoda et al. |
| 6,282,270 | B1 | 8/2001 | Porter |
| 6,285,777 | B2 | 9/2001 | Kanevsky et al. |
| 6,295,552 | B1 | 9/2001 | Shibata |
| 6,301,245 | B1 | 10/2001 | Luzeski et al. |

**US 6,208,638 C1**

Page 3

| | | | |
|---|---|---|---|
| 6,301,339 B1 | 10/2001 | Staples et al. | |
| 6,304,636 B1 | 10/2001 | Goldberg et al. | |
| 6,330,323 B1 * | 12/2001 | Gottlieb et al. | .......... 379/220.1 |
| 6,360,256 B1 | 3/2002 | Lim | |
| 6,411,696 B1 | 6/2002 | Iverson et al. | |

### FOREIGN PATENT DOCUMENTS

| EP | 0835021 A1 | 4/1998 |
|---|---|---|
| JP | 2237338 | 9/1990 |
| JP | 4018844 | 1/1992 |
| JP | 4111557 | 4/1992 |
| JP | 4150351 | 5/1992 |
| JP | 4265040 | 9/1992 |
| JP | 5244292 | 9/1993 |
| JP | 6164645 | 6/1994 |
| JP | 7023057 | 1/1995 |
| JP | 7058845 | 3/1995 |
| JP | 7288668 | 10/1995 |
| JP | 8111692 | 4/1996 |
| JP | 8130601 | 5/1996 |
| JP | 8237294 | 9/1996 |
| JP | 8237297 | 9/1996 |
| JP | 8256235 | 10/1996 |
| JP | 8286991 | 11/1996 |
| JP | 8336053 | 12/1996 |
| JP | 7170288 | 1/1997 |
| JP | 9046369 | 2/1997 |
| JP | 9102798 | 4/1997 |
| JP | 9200251 | 7/1997 |
| WO | WO 95/31060 | 11/1995 |
| WO | WO 96/27160 | 9/1996 |
| WO | WO 96/27967 | 9/1996 |
| WO | WO 96/34341 | 10/1996 |
| WO | WO 97/23082 A1 | 6/1997 |
| WO | WO 98/17041 A2 | 4/1998 |
| WO | WO 98/23058 A2 | 5/1998 |

### OTHER PUBLICATIONS

SHAREWARE.COM., "Search Results", Dec. 5, 1996, <http://www.search.shareware.com/code/...mail+fax+&category=All–Categories>.

JFAX Personal Telecom, "Get All Your Voice–Mail and Faxes in Your E–Mail", Dec. 4, 1996, <http://www.jfax.net/>.

JFAX Personal Telecom, "Free Downloads JFAX Communicator Software!", Dec. 4, 1996, <http://www.jfax.net/software.htm/>.

JFAX Personal Telecom, "What the Media Says About JFAX Personal Telecom", Oct. 31, 1996, <http://www.jfax.net/>.

Yahoo, Inc., "NetScan Kofax", Yahoo! Internet Life, Jan. 1997, p. 73, vol. 3, No. 1., ttp://www.yil.com/>.

Netscan, Kofax, "The Easy Way to Share A Scanner", Dec. 13, 1996, <http://www.netscan.kofax.com/>.

Sheng, Guo Zhen, et al., "Intranet–Based Mail Fax Gateway Technology", 1997 IEEE International Conference on Intelligent Processing Systems, Oct. 28–31, 97TH8335 vol. 2 of 2, pp. 1607–1611, Beijing, China.

Public–Key Cryptography Standards (PKCS), An RSA Laboratories Technical Note, Revised Nov. 1, 1993, downloaded from the Internet at www.ftp.rsa.com, on Oct. 1, 1998.

Nakamura, D., "AT&T Introduces Most Comprehensive Fax–to–Data Service" dated Feb. 22, 1996, downloaded from Internet at http://www.att.com/press/0296/960222.ela.html on May 16, 1997.

"Bibliography of Publications on the Andrew User Interface System," downloaded from the internet at ftp.andrew.cmu.edu/pub/AUIS/PAPERS/BIBLIOGRAPHY, on May 13, 2002.

"Biscom Introduces the Efax Machine: the E–mail/Facsimile Solution for the Rest of Us," FAXCOM, Sep. 19, 1996.

"C3 Launches its Advanced ITmail Multi–media Messaging System for Desk Top PC's," Computer and Communications Company Ltd., Jun. 1993.

Rivest, R. "Chaffing and Winnowing: Confidentiality without Encryption," downloaded from the Internet at www, theory.lcs.mit.edu, on Jul. 13, 1999.

Ohio State University, C.S.E., "comp.mail.mime meta–FAQ: Help for MIME problems," downloaded from the Internet at www.cis.ohio–state.edu/text/faq/usenet/mail/mimefaq/partl/faq.html, Jun. 11, 1997.

"comp.mail.mime frequently asked questions list (FAQ) (1/3)," downloaded from the Internet at www.tu–chem–nitz.del–fri/mime/FAQ–l.HTMK, Sep. 4, 1994.

"Composing and Sending MIME Message," downloaded from the Internet at www.gieldasgarage.com/mh/cosemime.htm on Apr. 2, 1999.

"Cryptography Systems," downloaded from the Internet at www.elock.com.

"Digital Note Fax2Net R5S 1—A Beginners Guide to Digital Mail Fax," Digital Mail Limited, Oct. 31, 1996.

Facts on File re Andrew: downloaded from the Internet at www.cs.cmu.edu:80/afs/cs.cmu.edu/project/atk–fip/web/fax–onfile.html.

"Hotmail Introduces hotmail WebCourier Direct Content Delivery Service," Business Wire, pp. 020330123, Mar. 1997.

"How does the S/MIME encryption and digital signature process work?" downloaded from the Internet at www.worldtalk.com, on Jul. 25, 1999.

"How Posta Works," downloaded from the Internet at www.tumbleweed.com/posta/posta.overview.html on Aug. 11, 2005.

J. Duffy, "IBM's SAA Gets Voice: Company to Expand Enterprise Networking Horizons," Computer Systems News, p. 1, May 14, 1990.

"Information Technology—Text and Office Systems—Distributed Office Applications Model: Part 2; Distinguished–object–reference and Associated Procedures," International Standard ISO/IEC 10031–2:1–13, 1991.

"Information Technology—Text and office systems—Distributed–office–applications model—Part 1: General model," International Standard ISO/IEC 10031–1:1–73, 1991 (E).

"Ipswitch Delivers the First Internet–Ready Messaging Server for Windows NT that Allows Access to E–Mail via the Web,"PR Newswire, pp. 1209NEM007 Dec. 9, 1996.

"Frequently Asked Questions", JFax Personal Telecom, downloaded from Internet at www.jfax.net./faq.htm on Oct. 31, 1996.

N. Ballard, "@ The Paperless Office", JFax Personal Telecom, downloaded from the Internet at wwwjfax.net/ballard1.htm on Oct. 31, 1996.

"JFax Personal Telecom—Plug a Phone Into Your E–Mail," downloaded from Internet at www.jfax.com on Oct. 31, 1996.

"Keys and Certificates," downloaded from the Internet at www.elock.com, 1998.

**US 6,208,638 C1**

Page 4

"Lan–Aces, Inc. Announces Expanded Capabilities to Office–Logic Clerk Application," PR Newswire, May–Jun. 1994.

J. Lyle, "Internet Fax Software: Internet Fax Utility Offers Simplified Faxing to E–Mail Addresses", Lumina News, Sep. 3, 1996, downloaded from Internet at http://www.lumina2000.com/lumina/press93.html printed on Jun. 11, 1997.

"Delivering Unified Messaging Solutions on the Internet", Media Mail, Nov. 2, 1996, downloaded from Internet at www.web.archive.org/web/1996121905113/http://222/medialmail.com on Mar. 2, 2005.

"Metholody for Mail Delivery in a Multi–Media Environment," IBM Technical Disclosure Bulletin, Apr. 1993, pp. 507–508.

"Microsoft Messaging Application Pro Interface (MAPI)," downloaded from the Internet at www.mmicrosof–com/win32dev/apiext/mapiwp.html on Mar. 22, 1999.

"New Features in Mosaic 2.0," Internet Publication, downloaded from http://www.lssl.com. Dec. 1994.

"Overview of the Trans–Virtual Enterpriser Server," Product Overview.

"Reading MIME Messages," downloaded from the Internet at www.gieldasgarage.com/mh/cosemime.htm on Apr. 2, 1999.

"S/MIME Frequently Asked Questions," downloaded from the Internet at www/rsa.com, on Jul. 23, 1999.

"S/MIME Frequently Asked Questions," downloaded from the Internet at www.rsa.com, on Nov. 16, 1999.

"S/MIME Or Open PGP? How Will You Secure Your E–mail?" downloaded from the Internet at www.worldtalk.com, 1998.

"ScanFX–Scanning Hardware for Internet E–Mail," Our Business Machines, Inc., OBM's Editorial Resource Chest, Aug. 1996, Irwindale, CA.

J. Kravitz, "SDML–Signed Document Markup Language," Financial Services Technology Consortium, W3C Note Jun. 19, 1998, downloaded from the Internet at www.23.org, on Jun. 19, 1998.

"The Andrew Messages System," downloaded from the Internet at www.cs.cmu.edu/afs/cs.cmu.edu/project/atk–ftpl/web/ams.html on May 12, 1999.

"The Andrew Publication Archive," downloaded from the internet at ftp.andrew.cmu.edu/pub/AUIS/PAPERS/ REDME on May 13, 2002.

"Three Pronged Strategy for Octel, as it Integrates VMX and Moves from Core Market to New Territories," Computergram International, Aug. 1995, n.2719, ComputerWire, Inc.

"Web Mail," Information Week, p. 120, Dec. 16, 1996.

"Welcome to the Andrew Consortium," downloaded from the internet at www.cs.cmu.edu:80/afs/cs.cmu.edu/project/atk–ftp/web/andrew–home–html on May 12, 1999.

"Working with AT&T Easylink, An Effective Communication Solution for Business," PC Today 62, May 1995.

"Word Wide Web Frequently Asked Questions," from URL http://sunsite.unc.edu/boutell/faq/www.faq.html, Dec. 9, 1994.

A. Poggio et al., "CCWS: A Computer–Based, Multimedia Information System," Multimedia Communications, pp. 92–103, Oct. 1985.

A. Reinhardt, "Smarter E–Mail Is Coming," BYTE Magazine, pp. 90–108, Mar. 1993.

A. N. Boston et al., "Interactive species distribution reporting, mapping, and modeling using the World Wide Web," Computer Networks and ISDN Systems, 28, pp. 231–238, 1995.

A. Singleton, "The Virtual Storefront," BYTE Magazine, Jan. 1995.

B. Costales, et al., "sendmail," O'Reilly & Associates, Inc., Sebastopol, CA, 1993.

B. Friesenhahn, "Build Your Own WWW Server," BYTE Magazine, Apr. 1995.

B. S. Kaliski Jr., "An Overview of the PKCS Standards," RSA Laboratories Technical Note, RSA Security, Inc. Public–Key Cryptography Standards (PKCS), Revised Nov. 1, 1993.

B. Smith, "Internet with Style," BYTE Magazine, Jan. 1995.

B. Smith, "Making the Internet Connection," BYTE Magazine, Jan. 1995.

B. Wiegel, "Secure External References in Multimedia Email Message," 3rd ACM Conference on Computer and Communications Security, New Delhi, India, Mar. 14–16, 1996.

Borenstein, Nathaniel S., "Internet Multimedia Mail with MIME: Emerging Standards for Interoperability," Upper Layer Protocols, Architectures and Applications, 1992, pp. 183–192. Elsevier Science Publishers B.V. (North–Holland).

C. Ellison, et al., "Default Protecting Secret Keys with Personal Entropy," Mar. 3, 1999.

C. Liu, et al., "Managing Internet Information Services," World Wide Web, Gopher, FTP, and more: 357–359, Dec. 1994.

C. Manros, "New Internet Mail Functionality for Delivery Status Notifications," Messaging Magazine, Jul./Aug. 1995.

C. R. Baudoin, "The Sematech Electronic Mail System," Proceedings of the Digital Equipment Computer Users Society, pp. 221–231, USA, Spring 1989.

D. Rush, "Announce: Voice Mail, Email & Fax Integration Over the Web," Google Groups: biz next newprod, Mar. 19, 1996, http://groups–beta.google.com/group/biznextnewprod/mso/db3c129fdo394667?dmode=source, Mar. 2, 2005.

D. Rush, "Voice Mail Email & Fax Integration Over the Web," Google Groups: biz next newprod, Mar. 25, 1996, http://groups–beta.google.com/group/biznextnewprod/mso/d85b59d49e92318b?dmode=source, Mar. 2, 2005.

E. Spire, 'Fax→E–mail' Google Groups, http://groups–beta.google.com/group/comp.acom.telecom,Dec. 20, 1995.

K. Moore, "MIME (Multipurpose Internet Mail Extensions) Part Two: Message Header Extensions for Non–ASCII Text," Network Working Group, RFC 1522, Sep. 1993.

MHonArc Home Page updated Nov. 17, 1994 and MHonArc software manual published by Earl Hood ehood@convex.com Convex Computer Corporation, Richardson Texas.

R. Schockey, "Fax→E–mail Plus Voice Mail Also?" Google Groups, http://groups–beta.google.com/group/comp.doom.telecom, Dec. 28, 1995.

R. Schockey, "Fax→E–mail Plus Voice Mail Also?" Google Groups, http://groups–beta.google.com/group/comp.doom.telecom/msg/7cb6ab0035e113c2?dmode=source, Dec. 28, 1995.

R. Schockey, "Fax→E–mail→Voice Continued," Google Groups, http://groups–beta.google.com/group/comp.doom.telecom/msg/1a2c73a37bc90e6b?dmode=source, Jan. 9, 1996.

S. Sreenivasan "Cybertimes German Pop Singer Sets Sights on Virtual Office," Sep. 23, 1996, downloaded from The New York Times CyberTime website.

Cope, "Working with . . . Fax Mailbox," *PCTToday,* vol. 8, Issue 9, Sep. 1994.

D. H. Crocker, "Standard for the Format ofARPA Internet Text Message," RFC 822, 1982.

D. W. Connolly, "A Formalism for Internet Information References," downloaded from the Internet at www.w3.org/People/Connolly/drafts/formalism.txt on Feb. 8, 1995.

D. P. Dern, "Applying the Internet," BYTE Magazine, Feb. 1992.

Delrina Advertisement, 1994.

E. Levinson, "Exchanging SGML Documents Using Internet Mail and MIME," Computer Standards & Interfaces, 18, pp. 93–102, 1996.

E. Meyer, et al., "Borealis Image Server," Computer Networks and ISDN Systems, 28 pp. 1123–1137, 1996.

H. Pusch, "Design and implementation of a global reference mechanism for data objects," Computer Standards & Interfaces, 17, pp. 181–192, 1995.

Internet Engineering Task Force, R. Braden (ed.), "Requirements for Internet Hosts–Application and Support," Network Working Group, RFC 1123, Oct. 1989.

J. Davis, et al., "Drop in Publishing With the World Wide Web," Computer Networks and IDSN Systems, 28 pp. 247–255, 1995.

J. December, et al., "The World Wide Wide; Everything You Need to Master the Web!": 180–189–part 1 and 277–280 (part II), 1994.

J. Donahue, et al., "Walnut: Storing Electronic Mail in a Database," Xerox Park, CSL–85–9, Nov. 1985.

J. K. Reynolds, et al., "The DARPA Experimental Multimedia Mail System," Computer: 92–89, 1985.

J. Klensin, "Simple Mail Transfer Protocol," Internet Draft, draft–ietf–drums–02.txt, May 21, 1996.

J. Myers, et al., "Post Office Protocol—Version 3," Network Working Group, RFC 1725, Nov. 1994.

J. Pan, "Internet Security & Firewall Issues for NIIIP Virtual Enterprise," NIIIP OMB Meeting, Boca Raton, FL, Jan. 23–25, 1996.

J. Peek, et al., "MH & xmh, Email for USOIS &: Programmers," O'Reilly & Associates, Inc., Sebastopol, CA, 1995.

J. Postel, et al., "An Experimental Multimedia Mail System," ACM Transactions on Office Information Systems, vol. 6, No. 1, Jan. 1998.

J. Rosenberg, et al., An Overview of the Andrew Message System; Computer Communications Review, vol. 17:5, pp. 99–108, Apr. 1988.

J. B. Postel, RFC 0821, Simple Mail Transfer Protocol, HTTP://rfo–koeln.de/html, 80 pages, Aug. 1982.

J.K. Reichard, Leveraging E–Mail: PC Magazine: 241, 244 and 245 (May 1995).

Kent, J. "Browsing Electronic Mail: Experiences Interfacing a Mail System to a DBMS," Proceedings of the Fourteenth International Conference on Very Large Data Base, Los Angeles, CA, pp. 112–123, 1988.

J.R Vacca, "Mosaic: Beyond Net Surfing," BYTE Magazine, Jan. 1995.

K. Goldberg, "Beyond the Web: Manipulating the Real World," Computer Networks and IDSN Systems, 28, pp. 209–219, 1995.

K. Hofrichter, et al., "The BERKOM Multimedia–Mail Teleservice," Proceedings of the Fourth Workshop on Future Trends of Distributed Computing Systems, Lisbon, Portugal, pp. 23–30, Sep. 22–24, 1993.

K. Moore, "SMTP Service Extension for Delivery Status Notifications," Network Working Group, Internet–Draft of RFC 1891, Sep. 21, 1995.

K. Moore, et al., "An Extensible Message Format for Delivery Status Notifications," Network Working Group, Internet Draft, Sep. 1995.

K. Sollins et al., "Functional Requirements for Uniform Resources Names," Network Working Group, RFC 1737 Dec. 1994.

K.M. Savetz, "Magazines Without Paper," BYTE Magazine, Sep. 1993.

K.S. Morris, "A Technical Overview of MIME," Web Developer's Journal Archives, Mar. 1995.

M. Grand, "MIME Overview," downloaded from the Internet at www.mindspring.com/mgrand/mime.html, revised Oct. 26, 1993.

M. Rio, et al., "A framework for broadcasting and management of URIs," Computer Networks and ISDN Systems, 28, pp. 535–542, 1996.

M. Sherman, et al., "Buildings Hypertext on a Multimedia Toolkit: An Overview of Andres Toolkit Hypermedia Facilities," Proceedings of the First European Conference on Hypertext, pp. 13–24, France, Nov. 1990.

M. Sherman, et al., "Allocation of User–Interface Resources in the Andrew Toolkit," International Conference on Multimedia information Systems, pp. 161–272, 1991.

N. Borenstein et al., "MIME: Mechanisms for Specifying and Describing the Format of Internet Message Bodies," Nework Working Group, REC 1341, Jun. 1992.

N. Borenstein, "MIME (Multipurpose Internet Mail Extensions) Part One: Mechanisms for Specifying and Describing the Format of Internet Message Bodies," Network Working Group, RFC 1521, Sep. 1993.

N. Borenstein, et al., "A Multi–media Message System for Andrew," USENIX Winter Conference, Dallas, TX, pp. 37–42, Feb. 9–12, 1988.

N. Freed, et al., "Definition of the URL MIME External–Body Access–Type," Network Working Group, Internet Draft of RFC 2017 (Apr. 11, 1995) see also N. Freed et al., "Definition of the URL MIME External–Body Access–Type," Network Working Group, RFC 2017, Oct. 1996.

Novell Announces "Softsolutions" 4.1," PR Newswire, New Orleans, LA, May 9, 1995.

R.J. Vetter et al., "Mosaic, HTML, and the World Wide Web," IEEE Computer, 27, 1994.

S. Baker, "Hypertext Browsing on the Internet," UNIX Review: 21–27, 1994.

S. Baker, "Mosaic–Surfing at Home and Abroad," Meet the Shadow Future: 159–163, 1994.

S. Bradner, "The Internet Standards Process—Revision 3," Network Working Group, RFC 2026, 1996.

S. J. Vaughan–Nichols, "Internet Publishing Tools Proliferate," BYTE Magazine, Mar. 1995.

S. Sakata, et al., "A Distributed Interoffice Mail System," Multimedia Communications, pp. 106–116, Oct. 1985.

S.B. Jones, "Caught in the World Wide Web: MIT Moves Computer Documentation Online," Meet the Shadow Future: 187–189, 1994.

Exhibit B, Page 20

**US 6,208,638 C1**

Page 6

S.J. Vaughan–Nichols, "The Web Means Business," BYTE Magazine, Nov. 1994.

Schwartz, Barry K. and Stephen B. Weinstein, "Dual–Media Messaging Using Screen Telephone on the Telephone Network," IEEE International Conference on Communications '93, May 23–26, 1993, pp. 1183–1188, Technical Program, Conference Record, vol. 2/3.

T. Berners–Lee, "Universal Resources Identifier in WWW, A Unifying Syntax for the Expression and Address of Objects on the Network as used in the World–Wide–Web," Network Working Group, RFC 1630, Jun. 1994.

T. Berners-Lee, et al., "Hypertext Markup Language (HTML): A Representation of Textual Information and Metainformation for Retrieval and Interchange," Internet Draft, IIIR Working Group, 1993.

T. Berners–Lee, et al., "Hyptertext Markup Language–2.0," Network Working Group, RFC 1866, Nov. 1995.

T. Berners–Lee, et al., "Uniform Resource Locators (URL)," Network Working Group, RFC 1738, Dec. 1994.

T. W. Yan, et al., "From user access patterns to dynamic hypertext linking," Computer Networks and ISDN Systems, 28 pp. 1007–1014, 1996.

University of Cambridge Statistical Laboratory, "Using Mosaic for Xwindows," Internet Publication, Jul. 1994, downloaded from http://www.statslab.cam.ac.uk.

V. Gay et al., "Conception of a Multimedia Electronic Mail Based on Standards," Proceedings of the Fourth Workshop on Future Trends of Distributed Computing Systems, Sep. 22–24, 1993.

V.S. Wheatman, "Sorting Through the Secure Messaging Maze," Messaging Magazine, downloaded from the internet at          www.ema.org/html/pubs/nunv4n2/msgmaze.htm, Mar.–Apr. 1998.

Warren, "Voice/fax Combos," *Computer Technology* Sep./ Oct. 1994, p. 88.

E. Moeller, et al., "The BERKOM multimedia–mail teleservice," Computer Communications, vol. 18:2, pp. 89–102, Feb. 1995.

G. Vaudreuil, "The Multipart/Report Content Type for the Reporting of Mail System Administrative Messages," Network Working Group, Internet Draft, Sep. 1995.

G. Vaudreuil, "Enhanced Mail System Status Codes," Network Working Group, Internet Draft, Jun. 1995.

"Plaintiff's Opposition claim Construction Brief" in *j2 Global Communications, Inc.* v. *Venali, Inc.* CV 04–1172 (DDP) (AJWx).

"Brief in Opposition to Plaintiff J2's Opening Claim Construction Brief" in *j2 Global Communications, Inc.,* v. *Venali, Inc.* CV 04–1172 (DDP) (AJWx).

"Plaintiff's Opening Claim Construction Brief" in j2 Global Communications, Inc., CV 04–1172 (DDP) (AJWx).

"Opening Claim Construction Brief" in *j2 Global Communication, Inc.* v. *Venali, Inc.,* CV 04–1172 (DDP) (AJWx).

"Plaintiff's Opening Markman Brief" in *j2 Global Communication, Inc.* v. *CallWave, Inc.,* CA 04–7068 DDP AJWx.

"Plaintiff's Opposition Markman Brief" in *j2 Global Communications, Inc.* v. *CallWave, Inc.,* CA 04–7068 DDP AJWx.

"Defendant CallWave, Inc.'s Opening Claim Construction Brief" in *j2 Global Communications, Inc.* v. *CallWave, Inc.,* CA 04–7068 DDP AJWx.

"Defendent CallWave Opposition to Plaintiff j2's Opening Markman Brief" in *j2 Global Communications, Inc.* v. *CallWave, Inc.,* CA 04–7068 DDP AJWx.

"Declaration of Professor Walter Scacchi Regarding Defendant CallWave, Inc.'s Opening Claim Construction Brief" in *j2 Global Communications, Inc.* v. *CallWave, Inc.,* CA 04–7068 VBKx.

Stuart Melnitsky, Fax Server Face Off, in Network World, Apr. 15, 1996, pp. 43–45.

Stephen Loudermilk, Trio Set to Roll Out Fax Gear for LANs, in PC Week, Aug. 17, 1992, pp. 47–48.

Wayne Rash, The Fax of the Matter, in Information Week, May 20, 1996.

Yvonee L. Lee, Vendors Showcase Integrated Telepony Solutions, in Infoworld, at vol. 18, No. 10, p. 18 (Mar. 4, 1996).

Author Unknown, Call and Voice Processing PC Board Roundup ( Buyers Guide), in Teleconnect, Dec. 1995, v13, n12, pp. 1–6.

Andrew Eberle, The Path Taken: Inbound Routing, in Network World, p. 101.

Chance Fullner et al., A TCP/IP Network Facsimile System Built from Publicly Available Software, in Association for Computing Machinery (ACM), 1992, ref. No. ACM 089791–472–4/92/0002/525, pp. 525–529.

Ed Liebowitz, The Dialogic VAR Parade; Open Voice Processing for Art Dealers, the Blind, the Dallas Cowboys and the RBOCs, in Teleconnect, Apr. 1993, v11, n4, p. 40(3).

Paul Kinnucan, What's New in the Fax World, in Systems Integration, Feb. 1990, v23, n2, p. 50(7).

* cited by examiner

US 6,208,638 C1

**1**

# EX PARTE REEXAMINATION CERTIFICATE ISSUED UNDER 35 U.S.C. 307

THE PATENT IS HEREBY AMENDED AS INDICATED BELOW.

Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

Claims **1** and **13** are determined to be patentable as amended.

Claims **2–12** and **14–22**, dependent on an amended claim, are determined to be patentable.

New claims **23–40** are added and determined to be patentable.

1. A system comprising:
a set of switches coupled to a circuit switched network for receiving a set of incoming call signals, wherein [the] *each* incoming call signal includes an inbound address *uniquely associated with a user account and at least one destination address on a packet switched network,* and wherein a switch in the set of switches redirects an incoming *call signal, including the inbound address,* from a first communications server to a second communications server if a first condition occurs; and,
a set of communications servers coupled to the set of switches for receiving the set of incoming call signals, each communications server being coupled to a *packet switched* network and containing a message processing resource configured to process a received audio message *contained within a particular one of the incoming call signals* into a digital representation, wherein each communications server further comprises a trunk line interface to extract [the] *a particular* inbound address *from the particular one of the incoming call signals* and *wherein the second communications server* stores the *particular* inbound address[,a set of final destination addresses] *and the at least one destination address and account status information uniquely associated with the particular inbound address and the user account,* and the message processing resource is further configured to determine, based on the *particular* inbound address, [a] *the* user account and [a] *the at least one* destination *address* on [a] *the* packet switched network and *to* send the digital representation to the *at least one* destination *address,*
wherein the *particular* inbound address is assigned to the *particular* user account and the [outbound address] *at least one destination address* comprises at least one email address.

13. A method comprising:
receiving a first incoming call signal destined for a first communications server for processing of an audio message into a digital representation;
determining if a first condition has occurred;
redirecting the first incoming call signal from the first communications server to a second communications

**2**

server based on the determining of the first condition, wherein the *first* incoming call signal includes [an] *a particular* inbound address *uniquely associated with a user account and at least one destination address on a packet switched network, and wherein the particular inbound address remains unchanged during the redirecting;*
extracting the *particular* inbound address;
determining, based on the *particular* inbound address, a user account status and [a] *the at least one* destination *address* on [a] *the* packet switched network; and,
sending the digital representation to the *at least one* destination *address,* wherein the *particular* inbound address is *uniquely* assigned to the user account and the *at least one* destination *address* comprises at least one email address.

*23. A method comprising:*
*receiving a first incoming call signal destined for a first communications server for processing of an audio message into a digital representation;*
*using a system management unit to communicate with the first communications server to determine if a first condition has occurred;*
*using the system management unit to re-allocate resources by redirecting the first incoming call signal from the first communications server to a second communications server based on the determining of the first condition, wherein the first incoming call signal includes a particular inbound address uniquely associated with a user account and at least one destination address on a packet switched network, and wherein the particular inbound address remains unchanged during the redirecting;*
*extracting the particular inbound address;*
*determining, based on the particular inbound address, a user account status and the at least one destination address on the packet switched network; and,*
*sending the digital representation to the at least one destination address, wherein the particular inbound address is uniquely assigned to the user account, the at least one destination address comprises at least one email address and the system management unit ensures that the digital representation is routed to the at least one email address.*

*24. The method of claim 23, where the audio message is a facsimile message and the digital representation of the audio message is a graphics file.*

*25. The method of claim 23, further including:*
*determining if the audio message contains a facsimile message or a voice message; and*
*digitizing the audio message if the audio message contains the voice message and receiving the facsimile message if the audio message contains the facsimile message.*

*26. A method comprising:*
*receiving a first incoming call signal destined for a first communications server for processing of an audio message into a digital representation;*
*determining if a first condition has occurred;*
*redirecting the first incoming call signal from the first communications server to a second communications server based on the determining of the first condition, wherein the first incoming call signal includes a particular inbound address uniquely associated with a user account and at least one destination address on a*

US 6,208,638 C1

**3**

packet switched network, and wherein the particular inbound address remains unchanged during the redirecting;

re-assigning all users being handled by the first communications server to the second communications server if the first condition includes a malfunction of the first communications server;

off-loading only incoming calls for which the first communications server does not have available resources to process if the first condition includes an overloading of the first communications server;

extracting the particular inbound address;

determining, based on the particular inbound address, a user account status and the at least one destination address on the packet switched network; and

sending the digital representation to the at least one destination address, wherein the particular inbound address is uniquely assigned to the user account and the at least one destination address comprises at least one email address.

27. The method of claim 26, where the audio message is a facsimile message and the digital representation of the audio message is a graphics file.

28. The method of claim 26, further including:

determining if the audio message contains a facsimile message or a voice message; and

digitizing the audio message if the audio message contains the voice message and receiving the facsimile message if the audio message contains the facsimile message.

29. A method comprising:

receiving a first incoming call signal destined for a first communications server for processing of an audio message into a digital representation;

determining if a first condition has occurred;

using a database server to configure a second communications server to accept the first incoming call signal based on the determining of the first condition;

redirecting the first incoming call signal from the first communications server to the second communications server based on the determining of the first condition, wherein the first incoming call signal includes a particular inbound address uniquely associated with a user account and at least one destination address on a packet switched network, and wherein the particular inbound address remains unchanged during the redirecting;

extracting the particular inbound address;

determining, based on the particular inbound address, a user account status and the at least one destination address on the packet switched network; and,

sending the digital representation to the at least one destination address, wherein the particular inbound address is uniquely assigned to the user account, the at least one destination address comprises at least one email address, the database server stores a duplicate copy of the particular inbound address, the email address and the account status for a plurality of users, and the first and second communications servers store a subset of information stored on the database server.

30. The method of claim 29, where the audio message is a facsimile message and the digital representation of the audio message is a graphics file.

31. The method of claim 29, further including:

determining if the audio message contains a facsimile message or a voice message; and

**4**

digitizing the audio message if the audio message contains the voice message and receiving the facsimile message if the audio message contains the facsimile message.

32. A system comprising:

a system management unit to communicate with a first communications server to determine if a first condition has occurred;

a set of switches coupled to a circuit switched network for receiving a set of incoming call signals, wherein a particular one of the incoming call signals includes a particular inbound address uniquely associated with a user account and at least one destination address on a packet switched network, and wherein the system management unit re-allocates resources by causing a switch in the set of switches to redirect the particular one of the incoming call signals, including the particular inbound address, from the first communications server to a second communications server if the first condition occurs; and,

a set of communications servers coupled to the set of switches for receiving the set of incoming call signals, each communications server being coupled to a packet switched network and containing a message processing resource configured to process a received audio message contained within the particular incoming call signal into a digital representation, wherein each communications server further comprises a trunk line interface to extract the particular inbound address from the particular one of the incoming call signals and wherein the second communications server stores the particular inbound address and the at least one destination address and account status information uniquely associated with the particular inbound address, and the message processing resource is further configured to determine, based on the particular inbound address, the user account and the at least one destination address on the packet switched network and to send the digital representation to the at least one destination address,

wherein the particular inbound address is uniquely assigned to the user account, the at least one destination address comprises at least one email address and the system management unit ensures that the digital representation is routed to the at least one email address.

33. The system of claim 32, where the audio message is a facsimile message and the digital representation of the audio message is a graphics file.

34. The system of claim 32, where the message processing resource further comprises a processor to:

determine if the audio message contains a facsimile message or a voice message; and,

digitize the audio message if the audio message contains the voice message and receive the facsimile message if the audio message contains the facsimile message.

35. A system comprising:

a set of switches coupled to a circuit switched network for receiving a set of incoming call signals, wherein a particular one of the incoming call signals includes a particular inbound address uniquely associated with a user account and at least one destination address on a packet switched network, and wherein a switch in the set of switches redirects the particular one of the incoming call signals, including the particular inbound address, from a first communications server to a second communications server if a first condition occurs;

US 6,208,638 C1

5

a system management unit to re-assign all users being handled by the first communications server to the second communications server if the first condition includes a malfunction of the first communications server, and to off-load only incoming calls for which the first communications server does not have available resources to process if the first condition includes an overloading of the first communications server; and,

a set of communications servers coupled to the set of switches for receiving the set of incoming call signals, each communications server being coupled to a packet switched network and containing a message processing resource configured to process a received audio message contained within the particular one of the incoming call signals into a digital representation, wherein each communications server further comprises a trunk line interface to extract the particular inbound address from the particular one of the incoming call signals and wherein the second communications server stores the particular inbound address and the at least one destination address and account status information uniquely associated with the particular inbound address, and the message processing resource is further configured to determine, based on the particular inbound address, the user account and the at least one destination address on the packet switched network and to send the digital representation to the at least one destination address,

wherein the particular inbound address is uniquely assigned to the user account and the at least one destination address comprises at least one email address.

36. The system of claim 35, where the audio message is a facsimile message and the digital representation of the audio message is a graphics file.

37. The system of claim 35, where the message processing resource further comprises a processor to:

determine if the audio message contains a facsimile message or a voice message; and,

digitize the audio message if the audio message contains the voice message and receive the facsimile message if the audio message contains the facsimile message.

38. A system comprising:

a set of switches coupled to a circuit switched network for receiving a set of incoming call signals, wherein a particular one of the incoming call signals includes a particular inbound address uniquely associated with a user account and at least one destination address on a packet switched network, and wherein a switch in the

6

set of switches redirects the particular one of the incoming call signals, including the particular inbound address, from a first communications server to a second communications server if a first condition occurs;

a database server to configure the second communications server to accept the particular one of the incoming call signals based on a determining of the first condition; and,

a set of communications servers coupled to the set of switches for receiving the set of incoming call signals, each communications server being coupled to a packet switched network and containing a message processing resource configured to process a received audio message contained within the particular one of the incoming call signals into a digital representation, wherein each communications server further comprises a trunk line interface to extract the particular inbound address from the particular one of the incoming call signals and wherein the second communications server stores the particular inbound address and the at least one destination addresses and account status information uniquely associated with the particular inbound address, and the message processing resource is further configured to determine, based on the particular inbound address, the user account and the at least one destination address on the packet switched network and to send the digital representation to the at least one destination address,

wherein the particular inbound address is uniquely assigned to the user account, the at least one destination address comprises at least one email address, the database server stores a duplicate copy of the particular inbound address, the email address and the account status for a plurality of users, and the first and second communications servers store a subset of information stored on the database server.

39. The system of claim 38, where the audio message is a facsimile message and the digital representation of the audio message is a graphics file.

40. The system of claim 38, further including:

determining if the audio message contains a facsimile message or a voice message; and,

digitizing the audio message if the audio message contains the voice message and receiving the facsimile message if the audio message contains the facsimile message.

\* \* \* \* \*

# Exhibit C



US006350066B1

(12) **United States Patent**

Bobo, II

(10) **Patent No.:** **US 6,350,066 B1**

(45) **Date of Patent:** **Feb. 26, 2002**

(54) **SYSTEMS AND METHODS FOR STORING, DELIVERING, AND MANAGING MESSAGES**

(76) Inventor: **Charles R. Bobo, II**, 569 Elmwood Dr. NE., Atlanta, GA (US) 30306

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/186,595**

(22) Filed: **Nov. 5, 1998**

**Related U.S. Application Data**

(63) Continuation of application No. 08/944,741, filed on Oct. 6, 1997, now Pat. No. 5,870,549, which is a continuation-in-part of application No. 08/431,716, filed on Apr. 28, 1995, now Pat. No. 5,675,507.

(51) Int. Cl.[7] ........................................... H04N 01/413

(52) U.S. Cl. ............................. 395/200.36; 395/200.32

(58) Field of Search ...................... 395/200.32, 200.49, 395/200.57, 200.61, 200.68, 200.36

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,106,060 A | 8/1978 | Chapman, Jr. |
| 4,918,722 A | 4/1990 | Duehren et al. |
| 5,033,079 A | 7/1991 | Catron et al. |
| 5,065,427 A | 11/1991 | Godbole |
| 5,068,888 A | 11/1991 | Scherk et al. |
| 5,091,790 A | 2/1992 | Silverberg |
| 5,115,326 A | 5/1992 | Burgess et al. |
| 5,175,762 A | 12/1992 | Kochis et al. |
| 5,247,591 A | 9/1993 | Baran |
| 5,255,312 A | 10/1993 | Koshiishi |
| 5,257,112 A | 10/1993 | Okada |
| 5,291,302 A | 3/1994 | Gordon et al. |
| 5,291,546 A | 3/1994 | Giler et al. |
| 5,317,628 A | 5/1994 | Misholi et al. |
| 5,333,266 A | 7/1994 | Boaz et al. |
| 5,349,636 A | 9/1994 | Irribarren |
| 5,404,231 A | 4/1995 | Bloomfield |
| 5,459,584 A | 10/1995 | Gordon et al. |
| 5,479,411 A | 12/1995 | Klein |

| | | |
|---|---|---|
| 5,483,580 A | 1/1996 | Brandman et al. |
| 5,497,373 A | 3/1996 | Hulen et al. |
| 5,526,353 A | 6/1996 | Henley et al. |
| 5,555,100 A | 9/1996 | Bloomfield et al. |
| 5,559,611 A | 9/1996 | Bloomfield et al. |
| 5,608,786 A | 3/1997 | Gordon |
| 5,675,507 A | 10/1997 | Bobo, II |
| 5,737,396 A | 4/1998 | Garcia |
| 5,870,549 A | 2/1999 | Bobo, II |

FOREIGN PATENT DOCUMENTS

WO        WO 96/34341        10/1996

OTHER PUBLICATIONS

Delrina Advertisement, 1994.
"Working with...Fax Mailbox"PCToday by Jim Cope (September 1994, vol. 8, Issue 9).
Voice/Fax Combos by Stuart Warre, *Computer Telephony*, Sep./Oct. 1994, p. 88.

*Primary Examiner*—Thomas R. Peeso
(74) *Attorney, Agent, or Firm*—Geoff I. Sutcliffe; Kilpatrick Stockton LLP

(57) **ABSTRACT**

A Message Storage and Deliver System (MSDS) is connected to the public switched telephone network (PSTN) and receives incoming calls with these calls being facsimile, voice, or data transmissions. The MSDS detects the type of call and stores the message signal in a database. The MSDS is also connected to the Internet and has a hyper-text transfer protocol deamon (HTTPD) for receiving requests from users. The HTTPD forwards requests for certain files or messages to a network server which transmits at least part of the message to the HTTPD and then to the user. In addition to requests for certain documents, the HTTPD may also receive a request in the form of a search query. The search query is forwarded from the HTTPD to an application program for conducting the search of the database. The results of the search are forwarded through the HTTPD to the user. The user may then select one or more files or messages from the search results and may save the search for later reference.

**35 Claims, 18 Drawing Sheets**



U.S. Patent          Feb. 26, 2002          Sheet 1 of 18          US 6,350,066 B1



FIG 1

FIG 2

Exhibit C, Page 26

Case 2:11-cv-07904-DDP-AJW   Document 1   Filed 09/23/11   Page 31 of 76   Page ID #:32



FIG 3

Exhibit C, Page 27



FIG 4A



**FIG 4B**



FIG 5

FIG 6

**U.S. Patent**         Feb. 26, 2002         Sheet 6 of 18         US 6,350,066 B1

## Fax from (404)249-6801

Received on May 31, 1995 at 1:58 PM
Page 1 of 3

---

NetOffice, Inc.

From: Charles R. Bobo, II.
Pages: 3
Date: May 31, 1995

---



RETRIEVE
VOICE FILE

170

CONVERT AD/PCM
TO WAV

172

UPDATE HTML
LISTING

174

## FIG 8



RETRIEVE
DATA FILE

180

UPDATE HTML
LISTING

182

## FIG 9

Next Page

Return to Fax Listing
This page was automatically generated by FaxWeb(tm) On May 31, 1995 at 2:05pm.
©1995 NetOffice, inc.

NetOffice, inc.
PO Box 7115
Atlanta, GA 30357
info@netoffice.com

## FIG 7



**FIG 10**



**FIG 11**



**FIG 12**



**FIG 13**



**FIG 14**



FIG 15

FIG 16A

FIG 16B



FIG. 17



320

321
USER SENDS REQUEST
FOR SEARCH

322
MSDS SENDS USER A
SEARCH QUERY FORM

323
USER ENTERS SEARCH
PARAMETERS IN
SEARCH QUERY FORM

324
MSDS PERFORMS
REQUESTED SEARCH
FOR FILES/MESSAGES

325
MSDS SENDS USER
RESULTS OF SEARCH

326
USER SELECTS DESIRED
FILES/MESSAGES

FIG. 18

## SEARCH QUERY

RECIPIENT'S NAME:

DOCUMENT TYPE:

DATE:

TIME:

CALLING NO.:

FILE SIZE:

NO. PAGES:

DOCUMENT NO.:

OTHER FIELD:

SEARCH        RECENT FILES

STORED
SEARCH GROUP        HELP

# FIG. 19

# SEARCH QUERY

RECIPIENT'S NAME: [                    ] [↓]

DOCUMENT TYPE: [FACSIMILE          ] [↓]

DATE: [                    ]

TIME: [                    ]

CALLING NO.: [(404) 249-6801     ]

FILE SIZE: [                    ]

NO. PAGES: [                    ]

DOCUMENT NO.: [                    ]

OTHER FIELD: [                    ] [↓]

SEARCH          RECENT FILES

STORED SEARCHES          HELP

# FIG. 20

## SEARCH RESULTS

1.   Document No. 11:  Facsimile from (404) 249-6801 to Jane Doe on May 31, 1995, 3 Pages

2.   Document No. 243:  Facsimile from (404) 249-6801 to Jane Doe on July 16, 1995, 21 Pages

3.   Document No. 1002:  Facsimile from (404) 249-6801 to Jane Doe on January 1, 1996, 10 Pages

SAVE SEARCH AS:   | CHARLES R. BOBO FACSIMILES |

HELP

FIG. 21

Exhibit C, Page 42

## STORED SEARCHES

1.   CHARLES R. BOBO FACSIMILES

2.   CHARLES R. BOBO VOICE MESSAGES

3.   DATA TRANSFERS FROM 01-01-96 TO 6-01-96 TO JANE DOE

HELP

# FIG. 22

US 6,350,066 B1

1

## SYSTEMS AND METHODS FOR STORING, DELIVERING, AND MANAGING MESSAGES

This application is a continuation of U.S. Ser. No. 08/944,741 filed on Oct. 6, 1997, now allowed U.S. Pat. No. 5,870,549, which is a continuation-in-part of U.S. patent application Ser. No. 08/431,716, filed Apr. 28, 1995 U.S. Pat. No. 5,675,507.

### FIELD OF THE INVENTION

This invention relates to system(s) and method(s) for storing and delivering messages and, more particularly, to system(s) and method(s) for storing messages and for delivery the messages through a network, such as the Internet, or a telephone line to an intended recipient. In another aspect, the invention relates to system(s) and method(s) for storing, delivering, and managing messages or other files, such as for archival purposes or for document tracking.

### BACKGROUND OF THE INVENTION

Even though the facsimile machine is heavily relied upon by businesses of all sizes and is quickly becoming a standard piece of office equipment, many businesses or households cannot receive the benefits of the facsimile machine. Unfortunately, for a small business or for a private household, a facsimile machine is a rather expensive piece of equipment. In addition to the cost of purchasing the facsimile machine, the facsimile machine also requires toner, paper, maintenance, as well as possible repairs. These expenses may be large enough to prevent many of the small businesses and certainly many households from benefiting from the service that the facsimile machine can provide. For others who are constantly traveling and who do not have an office, it may be impractical to own a facsimile machine. In fact, the Atlanta Business Chronicle estimates that 30% of the small businesses do not have any facsimile machines. Therefore, many businesses and households are at a disadvantage since they do not have access to a facsimile machine.

Because a facsimile machine can be such an asset to a company and is heavily relied upon to quickly transmit and receive documents, a problem exists in that the machines are not always available to receive a facsimile message. At times, a facsimile machine may be busy receiving another message or the machine may be transmitting a message of its own. During these times, a person must periodically attempt to send the message until communication is established with the desired facsimile machine. This inability to connect with a facsimile machine can be frustrating, can consume quite a bit of the person's time, and prevent the person from performing more productive tasks. While some more advanced facsimile machines will retry to establish communication a number of times, a person will still have to check on the facsimile machine to ensure that the message was transmitted or to re-initiate the transmission of the message.

In addition to labor costs and a reduction in office efficiency, a facsimile machine may present costs to businesses that are not readily calculated. These costs include the loss of business or the loss of goodwill that occurs when the facsimile machine is not accessible by another facsimile machine. These costs can occur for various reasons, such as when the facsimile machine is out of paper, when the machine needs repairing, or when the facsimile machine is busy with another message. These costs occur more frequently with some of the smaller businesses, who are also less able to incur these expenses, since many of them have

2

a single phone line for a telephone handset and the facsimile machine and thereby stand to lose both telephone calls and facsimile messages when the single line is busy. In fact, the Atlanta Business Chronicle estimated that fewer than 5% of the small businesses have 2 or more facsimile machines. Many of the larger companies can reduce these losses by having more than one facsimile machine and by having calls switched to another machine when one of the machines is busy. These losses, however, cannot be completely eliminated since the machines can still experience a demand which exceeds their capabilities.

A main benefit of the facsimile machine, namely the quick transfer of documents, does not necessarily mean that the documents will quickly be routed to the intended recipient. The facsimile machines may be unattended and a received facsimile message may not be noticed until a relatively long period of time has elapsed. Further, even for those machines which are under constant supervision, the routing procedures established in an office may delay the delivery of the documents. It is therefore a problem in many offices to quickly route the facsimile message to the intended recipient.

The nature of the facsimile message also renders it difficult for the intended recipient to receive a sensitive message without having the message exposed to others in the office who can intercept and read the message. If the intended recipient is unaware that the message is being sent, other people may see the message while it is being delivered or while the message remains next to the machine. When the intended recipient is given notice that a sensitive message is being transmitted, the intended recipient must wait near the facsimile machine until the message is received. It was therefore difficult to maintain the contents of a facsimile message confidential.

In an office with a large number of employees, it may also be difficult to simply determine where the facsimile message should be routed. In light of this difficulty, some systems have been developed to automatically route facsimile messages to their intended recipient. One type of system, such as the one disclosed in U.S. Pat. No. 5,257,112 to Okada, can route an incoming call to a particular facsimile machine based upon codes entered with telephone push-buttons by the sender of the message. Another type of system, such as the one disclosed in U.S. Pat. No. 5,115,326 to Burgess et al. or in U.S. Pat. No. 5,247,591 to Baran, requires the sender to use a specially formatted cover page which is read by the system. This type of system, however, burdens the sender, who may very well be a client or customer, by requiring the sender to take special steps or additional steps to transmit a facsimile message. These systems are therefore not very effective or desirable.

Another type of routing system links a facsimile machine to a Local Area Network (LAN) in an office. For instance, in the systems disclosed in the patents to Baran and Burgess et al., after the system reads the cover sheet to determine the intended recipient of the facsimile message, the systems send an E-mail message to the recipient through the local network connecting the facsimile machine to the recipient's computer. Other office systems, such as those in U.S. Pat. No. 5,091,790 to Silverberg and U.S. Pat. No. 5,291,546 to Giler et al., are linked to the office's voice mail system and may leave a message with the intended recipient that a facsimile message has been received. Some systems which are even more advanced, such as those in U.S. Pat. No. 5,317,628 to Misholi et al. and U.S. Pat. No. 5,333,266 to Boaz et al., are connected to an office's local network and provide integrated control of voice messages, E-mail messages, and facsimile messages.

US 6,350,066 B1

3

The various systems for routing facsimile messages, and possibly messages of other types received in the office, are very sophisticated and expensive systems. While these office systems are desirable in that they can effectively route the messages at the office to their intended recipients, the systems are extremely expensive and only those companies with a great number of employees can offset the costs of the system with the benefits that the system will provide to their company. Thus, for most businesses, it still remains a problem to effectively and quickly route messages to the intended recipients. It also remains a problem for most businesses to route the messages in a manner which can preserve the confidential nature of the messages.

Even for the businesses that have a message routing system and especially for those that do not have any type of system, it is usually difficult for a person to retrieve facsimile messages while away from the office. Typically, a person away on business must call into the office and be informed by someone in the office as to the facsimile messages that have been received. Consequently, the person must call into the office during normal business hours while someone is in the office and is therefore limited in the time that the information in a facsimile message can be relayed.

If the person away on business wants to look at the facsimile message, someone at the office must resend the message to a facsimile machine accessible to that person. Since this accessible machine is often a facsimile machine at another business or at a hotel where the person is lodging, it is difficult for the person to receive the facsimile message without risking disclosure of its contents. Further, since someone at the person's office must remember to send the message and since someone at the accessible facsimile machine must route the message to the person away from the office, the person may not receive all of the facsimile messages or may have to wait to receive the messages.

The retrieval of facsimile messages, as well as voice mail messages, while away from the office is not without certain costs. For one, the person often must incur long distance telephone charges when the person calls the office to check on the messages and to have someone in the office send the messages to another facsimile. The person will then incur the expenses of transmitting the message to a fax bureau or hotel desk as well as the receiving location's own charges for use of their equipment. While these charges are certainly not substantial, the charges are nonetheless expenses incurred while the person is away from the office.

Overall, while the facsimile machine is an indispensable piece of equipment for many businesses, the facsimile machine presents a number of problems or costs. Many businesses or households are disadvantaged since they are unable to reap the benefits of the facsimile machine. For the businesses that do have facsimile machines, the businesses must incur the normal costs of operating the facsimile machine in addition to the costs that may be incurred when the facsimile machine or machines are unable to receive a message. Further, the facsimile messages may not be efficiently or reliably routed to the intended recipient and may have its contents revealed during the routing process. The costs and problems in routing a facsimile message are compounded when the intended recipient is away from the office.

Many of the problems associated with facsimile messages are not unique to just facsimile messages but are also associated with voice mail messages and data messages. With regard to voice messages, many businesses do not have voice mail systems and must write the message down. Thus,

4

the person away from the office must call in during normal office hours to discover who has called. The information in these messages are usually limited to just the person who called, their number, and perhaps some indication as to the nature of the call. For those businesses that have voice mail, the person away from the office must call in and frequently incur long distance charges. Thus, there is a need for a system for storing and delivery voice messages which can be easily and inexpensively accessed at any time.

With regard to data messages, the transmission of the message often requires some coordination between the sender and the recipient. For instance, the recipient's computer must be turned on to receive the message, which usually occurs only when someone is present during normal office hours. Consequently, the recipient's computer is usually only able to receive a data message during normal office hours. Many households and also businesses may not have a dedicated data line and must switch the line between the phone, computer, and facsimile. In such a situation, the sender must call and inform the recipient to switch the line over to the computer and might have to wait until the sender can receive the message. The retransmission of the data message to another location, such as when someone is away from the office, only further complicates the delivery. It is therefore frequently difficult to transmit and receive data messages and is also difficult to later relay the messages to another location.

A standard business practice of many companies is to maintain records of all correspondence between itself and other entities. Traditionally, the correspondence that has been tracked and recorded includes letters or other such printed materials that is mailed to or from a company to the other entity. Although tracking correspondence of printed materials is relatively easy, non-traditional correspondence, such as facsimile messages, e-mail messages, voice messages, or data messages, are more difficult to track and record.

For example, facsimile messages may be difficult to track and record since the messages may be received on thermal paper, which suffers from a disadvantage that the printing fades over time. Also, accurate tracking of facsimile messages is difficult since the facsimile messages may only be partially printed at the facsimile machine or the messages may be lost or only partially delivered to their intended recipients. Facsimile messages also present difficulties since they are often delivered within an organization through different channels than ordinary mail and thus easily fall outside the normal record keeping procedures of the company.

Voice mail messages are also difficult to track and record. Although voice messages can be saved, many voice mail servers automatically delete the messages after a certain period of time. To maintain a permanent record of a voice message, the voice message may be transcribed and a printed copy of the message may be kept in the records. This transcribed copy of the voice message, however, is less credible and thus less desirable than the original voice message since the transcribed copy may have altered material or may omit certain portions of the message.

In addition to facsimile and voice mail messages, data messages are also difficult to track and record. A download or upload of a file may only be evident by the existence of a file itself. A file transfer procedure normally does not lend itself to any permanent record of what file was transferred, the dialed telephone number, the telephone number of the computer receiving the file, the time, or the date of the

US 6,350,066 B1

5

transfer. It is therefore difficult to maintain accurate records of all data transfers between itself and another entity.

## SUMMARY OF THE INVENTION

It is an object of the invention to reliably and efficiently route messages to an intended recipient.

It is another object of the invention to route messages to the intended recipient while maintaining the contents of the message confidential.

It is another object of the invention to enable the intended recipient to access the messages easily and with minimal costs.

It is a further object of the invention to permit the simultaneous receipt of more than one message on behalf of the intended recipient.

It is a further object of the invention to enable the intended recipient of a message to access the message at any time and at virtually any location world-wide.

It is yet a further object of the invention to enable the intended recipient of a message to browse through the received messages.

It is yet a further object of the invention to quickly notify an intended recipient that a message has been received.

It is still another object of the invention to receive messages of various types.

It is still another object of the invention to deliver messages according to the preferences of the intended recipient.

It is still a further object of the invention to record and track correspondence, such as facsimile messages, voice mail messages, and data transfers.

Additional objects, advantages and novel features of the invention will be set forth in the description which follows, and will become apparent to those skilled in the art upon reading this description or practicing the invention. The objects and advantages of the invention may be realized and attained by the appended claims.

To achieve the foregoing and other objects, in accordance with the present invention, as embodied and broadly described herein, a system and method for storing and delivering messages involves receiving an incoming call and detecting an address signal associated with the incoming call, the address signal being associated with a user of the message storage and delivery system. A message accompanied with the address signal is then received and converted from a first file format to a second file format. The message is stored in the second file format within a storage area and is retrieved after a request has been received from the user. At least a portion of the message is then transmitted to the user over a network with the second file format being a mixed media page layout language.

In another aspect, a network message storage and delivery system comprises a central processor for receiving an incoming call, for detecting an address signal on the incoming call, for detecting a message on the incoming call, and for placing the message in a storage area. The address signal on the incoming call is associated with a user of the network message storage and delivery system. A network server receives the message from the storage area, converts the message into a mixed media page layout language, and places the message in the storage area. When the network server receives a request from the user over the network, the network server transmits at least a portion of the message over the network to the user.

Preferably, the network storage and delivery system can receive facsimile messages, data messages, or voice mes-

6

sages and the network is the Internet. The messages are converted into a standard generalized mark-up language and the user is notified that a message has arrived through E-mail or through a paging system. A listing of the facsimile messages may be sent to the user in one of several formats. These formats include a textual only listing or a listing along with a full or reduced size image of the first page of each message. A full or reduced size image of each page of a message in the listing may alternatively be presented to the user.

According to a further aspect, the invention relates to a system and method for managing files or messages and involves storing message signals in storage and receiving requests from a user for a search. The search preferably comprises a search query that is completed by a user and supplied to a hyper-text transfer protocol deamon (HTTPD) in the system. The HTTPD transfers the request through a common gateway interface (CGI) to an application program which conducts the search. The results of the search are preferably returned through the HTTPD to the computer in the form of a listing of all messages or files satisfying the search parameters. The user may then select one or more of the listed messages or files and may save the search for later references.

## BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings, which are incorporated in, and form a part of, the specification, illustrate an embodiment of the present invention and, together with the description, serve to explain the principles of the invention. In the drawings:

FIG. 1 is a block diagram illustrating the connections of a message storage and delivery system MSDS;

FIG. 2 is an overall flow chart of operations for transmitting a message to the MSDS of FIG. 1;

FIG. 3 is an overall flow chart of operations for receiving a message stored at the MSDS of FIG. 1;

FIGS. 4(A) and (B) are flowcharts of operations for generating HTML files according to user preferences;

FIG. 5 is a flowchart of operations for generating requested information;

FIG. 6 is a flowchart of operations for converting a facsimile message into HTML files;

FIG. 7 is an exemplary display of a first page of a facsimile message according to a fourth display option;

FIG. 8 is a flowchart of operations for converting a voice message into an HTML file;

FIG. 9 is a flowchart of operations for converting a data message into an HTML file;

FIG. 10 is a flowchart of operations for detecting a type of call received at the MSDS 10;

FIG. 11 is a flowchart of operations for receiving voice messages;

FIG. 12 is a flowchart of operations for interacting with an owner's call;

FIG. 13 is a more detailed block diagram of the MSDS 10;

FIG. 14 is a block diagram of the central processor in FIG. 13;

FIG. 15 is a block diagram of the Internet Server of FIG. 13;

FIGS. 16(A) and 16(B) depict possible software layers for the Internet Server of FIG. 13;

FIG. 17 is a diagram of a data entry for a message signal;

US 6,350,066 B1

7

FIG. **18** is a flowchart of a process for sending a search query, for conducting a search, and for returning results of the search to a computer through the Internet;

FIG. **19** is an example of a search query form for defining a desired search;

FIG. **20** is an example of a completed search query;

FIG. **21** is an example of a set of search results returned to the computer in response to the search query of FIG. **20**; and

FIG. **22** is an example of a listing of stored searches.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Reference will now be made in detail to the preferred embodiments of the invention, examples of which are illustrated in the accompanying drawings.

With reference to FIG. **1**, a message storage and delivery system (MSDS) **10** is connected to a central office **20** of the telephone company through at least one direct inward dialing (DID) trunk **15**. With each call on the DID trunk **15**, an address signal indicating the telephone number being called is provided to the MSDS **10**. The DID trunk **15** can carry a large number of telephone numbers or addresses. Preferably, the DID trunk **15** comprises a number of DID trunks **15** connected in parallel between the central office **20** and the MSDS **10** so that the MSDS **10** can simultaneously receive more than one call and, moreover, can simultaneously receive more than one call for a single telephone number or address.

The central office **20** is connected to a number of third parties. For instance, the central office **20** may be connected to a facsimile machine **24**, a telephone set **26**, or a computer **28** with each connection being made through a separate telephone line. While a single computer **28** is shown in the figure, the single computer **28** may actually represent a local area network which is connected through the central office **20** to the MSDS **10**. Although the facsimile machine **24**, telephone set **26**, and computer **28** have been shown on separate lines, it should be understood that one or more of these devices could share a single line.

The MSDS **10** is also connected to a network, preferably the Internet World Wide Web **30**. Although the Internet **30** has been shown as a single entity, it should be understood that the Internet **30** is actually a conglomeration of computer networks and is a constantly evolving and changing structure. The MSDS **10** therefore is not limited to the current structure or form of the Internet **30** but encompasses any future changes or additions to the Internet **30**. Further, the MSDS **10** is shown as being directly connected to the Internet **30**, such as through its own node or portal. The MSDS **10**, however, may be practiced with any suitable connection to the Internet **30**, such as through an intermediate Internet access provider.

With reference to FIG. **2** depicting an overall operation of the invention, a telephone call directed to a number-serviced by the MSDS **10** is initiated at step **40** by a third party, for instance, through the facsimile machine **24**, telephone set **26**, or computer **28**. The incoming telephone call may therefore carry a facsimile message, a voice message, or a data message. At step **42**, the address signal associated with the initiated call is routed through the central office **20**, over the DID trunk **15**, and to the MSDS **10**.

When the call reaches the MSDS **10**, the call is routed within the MSDS **10** in a manner that will be described in more detail below with reference to FIG. **13**. At step **46**, the

8

MSDS **10** answers the telephone call and receives the address signal from the DID trunk **15**. Next, at step **48**, the call is established between the MSDS **10** and the third party and, at step **50**, the MSDS **10** receives the message transmitted over the telephone line. The message is stored at step **52**, a database within the MSDS **10** is updated at step **54**, and the intended recipient of the message is notified at step **56**. The intended recipient of the message uses the services provided by the MSDS **10** and will hereinafter be referred to as a user. At step **58**, the message is converted into hyper-text mark-up language (HTML).

After the MSDS **10** receives a message for one of its users, the user can then communicate with the MSDS **10** at any time and at any location by connecting to the Internet World Wide Web **30** and retrieving the message stored within the MSDS **10**. With reference to FIG. **3**, at step **60** the user first connects to the Internet **30**, such as through a personal computer **32** which may be connected to the Internet **30** in any suitable manner, such as through its own portal or node or through some intermediate access provider. The personal computer **32** is not limited to a single computer but may instead comprise a network of computers, such as a local area network within an office.

Once connected with the Internet **30**, at step **62**, the user accesses with a hyper-text browser the Universal Resource Locator (URL) associated with his or her MSDS **10** mailbox. The computer **32** may use any suitable hypertext browser, such as Netscape, to access the mailbox. A Hypertext Transfer Protocol Deamon (HTTPD) within the MSDS **10** receives the URL request at step **64** and, at step **66**, requests user authentication. The user then supplies his or her ID and password at step **68** and, if found valid at step **70**, the MSDS **10** provides the computer **32** with access to the mailbox at step **72**. If the ID and password are invalid, as determined at step **70**, then the HTTPD sends the computer **32** an authentication failure message at step **74**.

After the user gains access to the mailbox at step **72**, the user can request information stored within the MSDS **10**. The MSDS **10** receives the request at step **76** and, at step **78**, determines whether the information exists. As is common practice, the MSDS **10** also determines the validity of the request at step **78**. The request from the user will include the mailbox number for the user, the message identifier, display preferences, and, if the message is a facsimile message, a page identifier. If for any reason the request is invalid, such as when a hacker is attempting to gain access to privileged information, the request for the information will be terminated.

If the requested information is available, then at step **80** the information is transmitted through the Internet **30** to the user's computer **32**. If, on the other hand, the information does not exist, then at step **82** the MSDS **10** will generate the requested information and then send the information to the user's computer through the Internet **30** at step **80**.

Prior to gaining access to the mailbox at step **72**, the user is preferably sent a greeting page or other such type of information which permits the user to learn about the services provided by the MSDS **10**, open an account with the MSDS **10**, or gain access to an account. Once access is provided at step **72**, the user is provided with information indicating the total number of messages stored in his or her mailbox within the MSDS **10**. Preferably, the information sent by the MSDS **10** indicates the total number of messages for each type of message and also the total number of saved messages versus the total number of new messages.

The user is also preferably given the option at this step to change account information. The account information might

US 6,350,066 B1

9

include the E-mail address for the user, the manner in which messages are to be reviewed, the user's pager information, as well as other user preferences. The display options and other user preferences will be discussed in further detail below.

The general information HTML file which indicates the total number of different messages is provided with a number of anchors, which are also termed links or references. In general, an anchor permits a user on the computer **32** to retrieve information located on another file. For instance, an anchor to a listing of facsimile messages is preferably provided on the display of the total number of messages. When the user selects the anchor for the facsimile list, the MSDS **10** pulls up and displays the file containing the list of facsimiles, such as a file "faxlist.html." The other types of messages, such as voice messages and data messages, would have similar anchors on the general information page directed to their respective HTML listing files.

When a new message is received at step **54** in FIG. **2**, the user's mailbox is updated to display the total number and types of messages. The MSDS **10** might also update other files in addition to the total listing of messages. Additionally, at this time, the MSDS **10** sends an E-mail message to the user's computer **32** to inform the user of the newly arrived message. The MSDS **10** could also send notice to the user through a paging system so that the user receives almost instantaneous notice that a message is received.

The MSDS **10** also generates additional information according to the user's preferences. These preferences on how the MSDS **10** is configured for the user include options on how the messages are reviewed. With facsimile messages, for instance, the user can vary the amount or the type of information that will be supplied with the facsimile messages by selecting an appropriate option. Other options are also available so that the user can custom fit the MSDS **10** to the user's own computer **32** or own personal preferences.

For instance, when a facsimile message is received, the MSDS **10**, at step **54**, will update the total listing of all messages to indicate the newly received message and may additionally generate the HTML files for the newly received facsimile message according to the user's preferences. When the user later requests information on the message at step **76**, the HTML information has already been generated and the MSDS **10** may directly send the requested information to the user at step **80**. If, on the other hand, the user desires to view the message according to one of the other options, the MSDS **10** will generate the HTML files at step **82** according to that other option at the time of the request.

A first option available to the user for viewing a facsimile message is a textual only listing of the messages. The information on the textual listing preferably includes the date and time that the message was received at the MSDS **10**, the telephone number from where the message was transmitted, the number of pages, the page size, and the size of the message in bytes. The messages, of course, could be listed with other types of information. When the user selects one of the facsimile messages on the list, a request is sent to the HTTPD within the MSDS **10** causing the message to be downloaded via the Internet **30** to the user's computer **32**. Once the message is received by the computer **32**, the message can be displayed, printed, or saved for further review.

The second through fifth options allow the user to preview an image of the facsimile message before having the message downloaded from the MSDS **10** through the Internet **30**

10

and to the computer **32**. The second option permits the user to view the list of messages with a reduced size image of the cover page next to each entry on the list. When the user selects one of the messages on the list, the selected facsimile message is transmitted through the Internet **30** to the computer **32**. The user may also scroll through the listings if all of the message cannot be displayed at one time on the computer **32**.

The third option provides the user with a full size view of the cover page of each facsimile message. The user can quickly scroll through the cover pages of each message without downloading the entire message to the computer **32**. The full size view of the cover pages permit the user to clearly discern any comments that may be placed on the cover page, which may not be possible from just a reduced image of the cover page available through the second option.

The fourth option provides the user with a reduced size image of each page and permits the user to scroll through the entire message. The user can therefore read the entire facsimile message on screen before the message is downloaded onto the computer **32**. With this option, the user can go through the pages of the facsimile message and can also skip to the next message or previous message. Additionally, the user has the option of enlarging a page to a full size view of the page. When one of the messages is selected, as with the other options, the HTTPD within the MSDS **10** causes the facsimile message to be transmitted through the Internet **30** to the user's computer **32**.

With a fifth option, a full size image of each page is transmitted to the user's computer **32**. The user can scroll through the pages of the facsimile message and easily read the contents of each page. If the user wants the message downloaded to the computer **32**, the user selects the message and the HTTPD within the MSDS **10** transmits the message to the user's computer **32** through the Internet **30**.

As discussed above, after the database is updated at step **54**, the MSDS **10** will generate additional information based upon the option selected for displaying the facsimile messages. More specifically, as shown in FIG. **4**(A), if the first option has been selected, as determined at step **100**, then at step **102** the MSDS **10** will generate the textual listing of the facsimile messages with anchors or references to the respective facsimile files. The HTML files are then moved to an Internet Server at step **104**.

If the first option is not selected, the MSDS **10** next determines whether the second option has been selected at step **106**. With the second option, the facsimile messages are listed along with a reduced size image of the cover page. To generate this information, the cover page is extracted from the facsimile file at step **108** and a reduced size HTML image of the cover page is created at step **110**. At step **112**, a listing of the facsimile messages is generated with a thumbnail view of each cover page linked to its respective facsimile file. The generated HTML files are then sent to the Internet Server at step **104**.

When the third option is selected, as determined at step **114**, a full size image of the cover page is sent to the computer **32**. The full size image of the cover page is generated by first extracting the cover page from the facsimile file at step **116**. Next, the cover page is converted into a full size HTML image at step **118** and, at step **120**, the listing is generated with the embedded cover page linked to the facsimile file.

If, at step **122**, the fourth option is determined to be selected, then a reduced size image of each page is provided to the user with the option of enlarging the page to view the

US 6,350,066 B1

11

contents of the page more clearly. With reference to FIG. 4(B), the information necessary for the third option is produced by first extracting the first page of the facsimile message at step 124. A reduced size HTML image is created at step 126 and then a full size HTML image is created at step 128. At step 130, the listing is generated with embedded thumbnail images of the pages with links to the full size images. If the page is not the last page, as determined at step 140, then the next page is extracted at step 142 and steps 126 to 130 are repeated to generate the HTML files for the other pages of the facsimile message. After the last page has been converted into an HTML file according to the third option, the files are moved onto the Internet Server at step 104.

At step 144, the MSDS 10 determines whether the fifth option has been selected. The fifth option provides the user with a full size image of each page of the facsimile message. While only five options have been discussed, the invention may be practiced with additional options. Consequently, with additional options and with the fourth option not being selected, the MSDS 10 would next determine whether one of the additional options have been selected. With the preferred embodiment of the invention having only five options, however, the MSDS 10 will assume that the fifth option has been selected if none of the first four options were found to be selected.

The information necessary to display the pages of the facsimile message according to the fifth option is generated by first extracting the first page of the facsimile message at step 146. At step 148, a full size HTML image of the page is created and, at step 150, a listing is generated with an embedded image and links to previous and next pages. When the page is not the last page, as determined at step 152, the MSDS 10 extracts the next page and generates the HTML file for that page. After all pages have been converted into HTML files according to the fourth option, the files are sent to the Internet Server at step 104.

While FIGS. 4(A) and (B) describe the operations of the MSDS 10 at the time a message is received, FIG. 5 depicts an overall flowchart of operations for the MSDS 10 when the user requests a page of information in a display format other than the user's preferred option of displaying the message. FIG. 5 is therefore a more detailed explanation of how the MSDS 10 generates the necessary information at step 82 of FIG. 3.

In general, as shown in FIG. 5, the MSDS 10 first determines the type of image that is needed at step 82a. For example, at this step, the MSDS 10 will determine whether images are unnecessary, whether an image of just the cover page is necessary, whether an image is needed for every page, and whether the image needs to be a full size, a reduced size, or both full and reduced sized images. At step 82b, the MSDS 10 determines whether the image has already been created. If the image has not been created, then at step 82c the MSDS 10 will extract the page from the base facsimile file and, at step 82d, generate the required HTML image. As discussed above, the required image may be for just the cover page, for all the pages, and may be a full size and/or a reduced size image of the page. At step 82e, the image is embedded with links or anchors to other HTML files. These links or anchors might be references to the next and previous pages and also to the next and previous facsimile messages. Finally, the HTML file having the embedded image and links is sent to the user at step 80 in FIG. 3.

The process for converting a facsimile message into HTML files according to the fifth option will be described

12

with reference to FIG. 6. This process will occur at step 54 when the message is received and when the fifth option is the user's preferred option of displaying the messages. It should be understood that a similar type of process will also occur when the user requests a page of information according to the fifth option when the user is retrieving a facsimile message and the fifth option is not the user's preferred option. The conversion processes according to the other options will become apparent to those skilled in the art and will therefore not be discussed in further detail.

With reference to FIG. 6, when the facsimile message is received, the message is in a Tagged Image File Format/Facsimile (TIFF/F) and each page of the facsimile message is split into a separate file. Each page of the facsimile message is then converted from the TIFF/F format into a Portable Pixel Map (PPM) format. The PPM files are next converted into separate Graphic Interchange Format (GIF) files and then into separate HTML files. Thus, each page of the facsimile message is converted into a separate HTML file. The TIFF/F files may be converted into PPM with an available software package entitled "LIBTIFF" and the PPM files may be converted into GIF files with an available software package found in "Portable Pixel Map Tools."

The invention is not limited to this exact conversion process or to the particular software packages used in the conversion process. For instance, the TIFF/F files may be converted into another portable file format, through any other type of intermediate format, or may be converted directly into the GIF format. Further, instead of GIF, the facsimile messages may be converted into JPEG, BMP, PCX, PIF, PNG, or any other suitable type of file format.

The files may be identified with any suitable filename. In the preferred embodiment, the files for each user are stored in a separate directory assigned to just that one user because an entire directory for a given user generally can be protected easier than the individual files. The memory, however, may be organized in other ways with the files for a single user being stored in different directories. The first part of the filename is a number preferably sequentially determined according to the order in which messages arrive for that user. The preferred naming convention for ending the filenames is depicted in FIG. 6. Each page of the facsimile message is saved as a separate file with an extension defined by the format of the file. Thus, the files will end with an extension of ".TIFF," ".PPM," ".GIF," or ".HTML" according to the format of the particular file. In the example shown, the separate pages have filenames which end with the respective page number, for instance, the first page ends with a "1." The files, however, are preferably terminated with a letter or multiples letters to indicate the order of the pages. For instance, page 1 might have an ending of "aa," page 2 might have an ending of "ab," etc. The invention, however, is not limited to the disclosed naming convention but encompasses other conventions that will be apparent to those skilled in the art.

As shown in FIG. 6, in addition to the GIF files representing the pages of the facsimile message, the HTML files include a number of anchors or references. In the example shown, the first HTML file has an anchor a for the "Next Page." Anchor a is defined as a=<A HREF="2.html">Next Page</a> and will therefore reference the second HTML file when a user selects the "Next Page." The second HTML file has an anchor b for the "Previous Page" and an anchor c for the "Next Page" and the third HTML file has an anchor d for the "Previous Page." With these particular HTML files, the user can scroll through each page of the facsimile message and view a full size image of the page.

US 6,350,066 B1

13

Each HTML file preferably contains anchors in addition to those relating to "Next Page" and "Previous Page." For instance, each HTML file may contain an anchor to the next facsimile message, an anchor to the previous facsimile message, and an anchor to return to the facsimile list. The HTML files preferably contain anchors relating to "Save" and "Delete." When the "Save" anchor is selected, the user would be able to save the message under a more descriptive name for the message. The "Delete" anchor is preferably followed by a inquiry as to whether the user is certain that he or she wants to delete the message. Other anchors, such as an anchor to the general listing, will be apparent to those skilled in the art and may also be provided.

FIG. 7 provides an example of a display according to the fifth option for the first page of the facsimile message shown in FIG. 6. The headings of the display provide information on the telephone number from where the message was sent, the date and time the message was received at the MSDS 10, and an indication of the page of the message being displayed. The main portion of the display is the full size image of the page. At the bottom of the display, an anchor or link is provided to the "Next Page" and another anchor is provided to the "Return to Fax Listing." Additional information may also be provided on the display, is such as a link to a company operating the MSDS 10.

An example of the "1.html" file for generating the display shown in FIG. 7 is shown below in Table 1.

&lt;HTML&gt;
&lt;HEAD&gt;
&lt;TITLE&gt;Fax Received on May 31, 1995 at 1:58 PM from (404) 249 6801; Page 1 of 3&lt;/TITLE&gt;
&lt;/HEAD&gt;
&lt;BODY&gt;
&lt;H1&gt;Fax from (404) 249-6801 &lt;/H1&gt;
&lt;H2&gt;Received on May 31, 1995 at 1:58 PM&lt;/H2&gt;
&lt;H2&gt;Page 1 of 3&lt;/H2&gt;
&lt;IMG SRC="1.gif"&gt;
&lt;P&gt;
&lt;A HREF="2.html"&gt;Next Page&lt;/a&gt;
&lt;HR&gt;
&lt;A HREF="faxlist.html"&gt;Return to Fax Listing&lt;/A&gt;
&lt;P&gt;
This page was automatically generated by Fax Web(tm) on May 31, 1995 at 2:05 PM.
&lt;P&gt;
&amp;copy; 1995 NetOffice, Inc.
&lt;HR&gt;
&lt;Address&gt;
&lt;A HREF="http://www.netoffice.com/"&gt;NetOffice, Inc.&lt;/A&gt;&lt;BR&gt;
PO Box 7115&lt;BR&gt;Atlanta, GA 30357&lt;BR&gt;
&lt;A HREF="mailto:info@netoffice.com"&gt;info@netoffice.com&lt;/A&gt;
&lt;/Address&gt;
&lt;/BODY&gt;
&lt;/HTML&gt;

TABLE 1

As is apparent from the listing in Table 1, the image file "1.gif" for the first page is embedded into the HTML file "1.html." Also apparent from the listing is that the anchor for

14

"Next Page" directs the MSDS 10 to the second page of the facsimile message having the filename "2.html" and the anchor for "Return to Fax Listing" directs the MSDS 10 to the filename "faxlist.html" containing the list of facsimile messages.

A process for converting a voice message into an HTML file is illustrated in FIG. 8. The voice message is originally stored in a VOX format or an AD/PCM format and is retrieved at step 170. The voice message is then converted either into an AU format or WAV format in accordance with the user's preference, which is stored in memory. Preferably, the message is preferably in the AD/PCM format originally and is converted in WAV, but the voice files may alternatively be stored and converted in file formats other than the ones disclosed, such as RealAudio (RA).

At step 174, the listing of all of the voice messages is then updated to include a listing of the newly received voice message and an anchor to the voice message. For instance, the original voice message may be stored with filename "1.vox" and is converted into WAV and stored with a filename "1.wav." The HTML file "voicelist.html" which contains a list of all voice messages would then have an anchor to the filename "1.wav" along with identifying information for the voice message, such as when the message was received.

The listing of the voice messages may have additional anchors or references. For instance, each voice message may have an anchor directing the MSDS 10 to a file which contains a short sampling of the message. Thus, when the user selects this anchor, the user could receive the first 5 seconds of the message or some other predefined number of seconds. As with the listing of facsimile messages, the listing of the voice messages also preferably has anchors to "Save" and "Delete."

FIG. 9 illustrates a process for converting a data message into HTML. At step 180, the data file is retrieved from a database and at step 182 the HTML file containing the list of data messages is updated to include a listing of the newly received message along with identifying information. For instance, the HTML file for the listing "datalist.html" would be updated to include an anchor to a data file "file 1.1" and would have information such as the time and date that the data was transmitted, the size of the data file, as well as additional identifying information.

Because the MSDS 10 can receive messages of various types, such as a facsimile message, voice message or data message, the MSDS 10 must be able to determine the type of message that is being sent over the DID trunk 15. With reference to FIG. 10, when an incoming call is received, the MSDS 10 goes off hook at step 200 and starts to generate a ringing sound. If, at step 202, a facsimile calling tone is detected, then the ringing sound is stopped at step 204 and the message is received as a facsimile message at step 206. Similarly, when a data modem calling tone is detected at step 208, the ringing sound is stopped at step 210 and the message is identified as a data message at step 212.

If the MSDS 10 detects a DTMF digit at step 214, the ringing sound is stopped at step 216 and the MSDS 10 then determines which digit was pressed. When the digit is a "1," as determined at step 218, the message is identified as a facsimile message. The MSDS 10 will thereafter receive and store the facsimile message in the manner described above with reference to FIG. 2. If the digit is identified as a "0" at step 220, the call is identified as an owner's call and will be processed in a manner that will be described below with reference to FIG. 12. As will be apparent, other digits may cause the MSDS 10 to take additional steps. If any other

15

DTMF digit is pressed, at step **224** the MSDS **10** activates a voice call system, which will be described in more detail below with reference to FIG. **11**.

With step **226**, the MSDS **10** will enter a loop continuously checking for a facsimile calling tone, a data modem calling tone, or for a DTMF digit. If after n rings none of these tones or digits has been detected, the ringing sound is stopped at step **228** and the voice call system is activated at step **224**.

With reference to FIG. **11**, when a fax calling tone or modem calling tone is not detected, the voice call system begins at step **230** by playing a voice greeting. If the greeting was not interrupted by a DTMF digit as determined at step **232**, then the caller is prompted for the voice message at step **234** and, at step **236**, the voice message is recorded and stored in memory. At step **238**, the caller is prompted with a number of options, such as listening to the message, saving the message, or re-recording the message. Since the selection of these options with DTMF digits will be apparent to those skilled in the art, the details of this subroutine or subroutines will not be described in flurther detail. When the caller wishes to re-record the message, as determined at step **240**, the caller is again prompted for a message at step **234**. If the caller does not wish to re-record the message, the call is terminated at step **242**.

If the voice greeting is interrupted by a DTMF digit, as determined at step **232**, then the MSDS **10** ascertains which digit has been pressed. At step **244**, if the digit is a "0," the MSDS **10** detects that the call is an owner's call. When the digit is a "1," the MSDS **10** is informed at step **206** that the call carries a facsimile message. As discussed above with reference to FIG. **10**, other DTMF digits may cause the MSDS **10** to take additional steps. If an invalid digit is pressed, by default at step **248** the routine returns to step **234** of prompting the caller for a message.

It should be understood that the invention is not limited to the specific interactive voice response system described with reference to FIG. **11**. As discussed above, the invention may be responsive to DTMF digits other than just a "0" and a "1." Further variations or alterations will be apparent to those skilled in the art.

With reference to FIG. **12**, when the call is considered an owner's call, the caller is first prompted for the password at step **250**. The password is received at step **252** and, if found correct at step **254**, a set of announcements are played to the owner. These announcements would preferably inform the owner of the number of new messages that have been received, the number of saved messages, the number of facsimile message, the number of data messages, and the number of voice messages. Other announcements, of course, could also be made at this time.

At step **258**, the owner then receives a recording of the owner's menu with the appropriate DTMF digit for each option. For instance, the DTMF digit "1" may be associated with playing a message, the DTMF digit "2" may be associated with an options menu, and the DTMF digit "*" may be associated with returning to a previous menu or terminating the call if no previous menu exists.

A DTMF digit is detected at step **260** and the appropriate action is taken based upon the digit received. Thus, if the digit is determined to be a "1" at step **264**, the owner can play a message at step **266**. At step **266**, the owner is preferably greeted with a menu giving the owner the options of playing or downloading new messages, saved messages, facsimile messages, data messages, or voice messages. As should be apparent to those skilled in the art, the owner may receive one or more menus at step **266** and the owner may

16

enter one or more DTMF digits in order to play or download a particular message.

If, instead, the digit is determined to be a "2" at step **268**, then the owner receives an options menu at step **270**. With the options menu, the owner can enter or change certain parameters of the MSDS **10**. For instance, the owner can change his or her password, the owner can change the manner in which facsimile messages are displayed on the computer **32**, the owner can change the image file format from GIF to another format, the owner can select the file formats for the voice messages, as well as other options.

If the "*" DTMF digit is received, as determined at step **272**, then the owner is returned to a previous menu. The "*" digit is also used to terminate the call when the owner has returned to the initial menu. The "*" digit is therefore universally recognized by the MSDS **10** throughout the various menus as a command for returning to a previous menu.

If the owner enters a DTMF digit that is not being used by the MSDS **10**, the owner receives an indication at step **276** that the key is invalid and the owner is then again provided with the owner's menu at step **258**. When the owner does not enter a DTMF digit while the owner's menu is being played, as determined at step **260**, the menu will be replayed n times. Once the menu has been replayed n times, as determined at step **262**, then the call will be terminated at step **278**.

If the password is incorrect, as determined at step **254**, then the MSDS **10** checks whether the user has made more than "n" attempts at step **280**. If "n" attempts have not been made, then a password incorrect message will be displayed to the user at step **282** and the user will once again be prompted for the password at step **250**. When the user has made "n" attempts to enter the correct password, the MSDS **10** will play a failure message to the user at step **284** and then terminate the call at step **286**. The specific number "n" may be three so that the call is terminated after three failed attempts.

The owner's menu may be responsive to an additional number of DTMF digits and may be structured in other ways. For instance, separate DTMF digits may direct the owner to the respective types of messages, such as a facsimile message, data message, or voice message. Also, separate DTMF digits may direct the owner to a recording of new messages or to a recording of saved messages. Other variations will be apparent to those skilled in the art.

A more detailed diagram of the MSDS **10** is shown in FIG. **13**. As shown in the figure, a plurality of DID trunks **15** are received by an input/output device **17** and are then sent to a central processor **3**. The number of DID trunks **15** may be changed to any suitable number that would be necessary to accommodate the anticipated number of telephone calls that may be made to the MSDS **10**. The input/output device **17** routes a call on one of the DID trunks **15** to an open port of the central processor **3** and is preferably a DID Interface Box manufactured by Exacom.

The central processor **3** receives the calls on the DID trunks **15** and stores the messages in storage **11** in accordance with software **7**. Preferably, a separate directory in storage **11** is established for each user having an account on the MSDS **10** so that all of the messages for a single user will be stored in the same directory. It should be understood that the number of processors within the central processor **3** is dependent upon the number of DID trunks **15**. With a greater number of DID trunks **15** capable of handling a larger number of telephone calls, the central processor **3** may actually comprise a number of computers. The input/output device **17** would then function to route incoming calls to an available computer within the central processor **3**.

US 6,350,066 B1

17

A more detailed diagram of the central processor 3 is shown in FIG. 14. The central processor 3 comprises a telephone line interface 21 for each DID trunk 15. The telephone interface 21 provides the ringing sounds and other communication interfacing with the telephone lines. The signals from the telephone interface 21 are routed to a pulse/tone decoder 23 and to a digital signal processor (DSP) 25. The pulse/tone decoder 23 detects the address signal off of an incoming call and sends the address signal onto a bus 29 to a microprocessor 27. The DSP performs the necessary signal processing on the incoming calls and routes the processed signals to the microprocessor 27.

The microprocessor 27 will then read the address signal from the pulse/tone decoder 23 and store the message from the DSP 25 in an appropriate directory in storage 11. As discussed above, the central processor 3 may comprise a number of computers or, more precisely, a number of microprocessors 27 with each microprocessor 27 handling the calls from a certain number, such as four, DID trunks 15. The microprocessor 27 may comprise any suitable microprocessor, but is preferably at least a 486 PC.

In addition to handling incoming calls and storing the messages in storage 11, the central processor 3 also coordinates the interactive voice response system of the MSDS 10. The software 7 would incorporate the flowcharts of operations for receiving a message shown in FIG. 3, for detecting the type of message on an incoming call shown in FIG. 10, for receiving voice messages shown in FIG. 11, and for receiving an owner's call shown in FIG. 12. Based upon the above-referenced flowcharts and the respective descriptions, the production of the software 7 is within the capability of one of ordinary skill in the art and will not be described in any further detail.

The Internet Server 5 is connected to the central processor 3, such as through a local area network, and also has access to the storage 11. The Internet Server 5 performs a number of functions according to software 9. For instance, the Internet Server 5 retrieves the data files stored in storage 11 by the central computer 3 and converts the files into the appropriate HTML files. The converted HTML files are then stored in storage 11 and may be downloaded to the computer 32 through the Internet 30. The Internet Server 5 also handles the requests from the computer 32, which might require the retrieval of files from the storage 11 and possibly the generation of additional HTML files.

The software 9 for the Internet Server 5 would therefore incorporate the flowchart of operations for generating HTML files according to user preferences shown in FIG. 4, for generating requested information from a user shown in FIG. 5, for converting facsimile messages into HTML shown in FIG. 6, for converting voice messages into HTML shown in FIG. 8, and for converting data messages into HTML shown in FIG. 9. Based upon the abovereferenced flowcharts and their respective descriptions, the production of the software 9 is within the capability of one of ordinary skill in the art and need not be described in any further detail.

Nonetheless, a more detailed block diagram of the Internet Server 5 is shown in FIG. 15. The Internet Server 5 runs on a suitable operating system (OS) 39, which is preferably Windows NT. The Internet Server 5 has a number of application programs 31, such as the ones depicted in the flowcharts discussed above, for communicating with the central processor 3 and for accessing data from storage 11 and also from memory 33.

The memory 33, inter alia, would contain the data indicating the preferences of each user. Thus, for example, when a facsimile message in the TIFF/F format is retrieved by the

18

Internet Server 5, the Internet Server 5 would ascertain from the data in memory 33 the preferred option of displaying the facsimile message and would generate the appropriate HTML files.

All interfacing with the Internet 30 is handled by the HTTPD 37, which, in the preferred embodiment, is "Enterprise Server" from NetScape Communications Corp. Any requests from users, such as a request for a file, would be handled by the HTTPD 37, transferred through the CGI 35, and then received by the application programs 31. The application programs 31 would then take appropriate actions according to the request, such as transferring the requested file through the CGI 35 to the HTTPD 37 and then through the Internet 30 to the user's computer 32.

The Internet Server 5 may be connected to a paging system 13. Upon the arrival of a new message, in addition to sending an E-mail message to the user's mailbox, the Internet Server 13 may also activate the paging system 13 so that a pager 15 would be activated. In this manner, the user could receive almost instantaneous notification that a message has arrived.

The paging system 13 is preferably one that transmits alphanumeric characters so that a message may be relayed to the user's pager 15. The Internet Server 5 therefore comprises a signal processor 41 for generating signals recognized by the paging system 13 and a telephone interface 43. The signal processor 41 preferably receives information from the application programs 31 and generates a paging message in a paging file format, such as XIO/TAP. The telephone interface 43 would include a modem, an automatic dialer, and other suitable components for communicating with the paging system 13.

The information from the application programs 31 may simply notify the user of a message or may provide more detailed information. For instance, with a facsimile message, the information from the application programs 31 may comprise CSI information identifying the sender's telephone number. The user would therefore receive a message on the pager 15 informing the user that a facsimile message was received from a specified telephone number. The amount and type of information that may be sent to the user on the pager 15 may vary according to the capabilities of the paging system 13 and may provide a greater or lesser amount of information than the examples provided.

The Internet Server 5 is not limited to the structure shown in FIG. 15 but may comprise additional components. For instance, the HTTPD 37 would be linked to the Internet 30 through some type of interface, such as a modem or router. The Internet Server 5 may be connected to the Internet 30 through typical phone lines, ISDN lines, a T1 circuit, a T3 circuit, or in other ways with other technologies as will be apparent to those skilled in the art.

Furthermore, the Internet Server 5 need not be connected to the Internet 30 but may be connected to other types of networks. For instance, the Internet Server 5, or more generally the network Server 5, could be connected to a large private network, such as one established for a large corporation. The network Server 5 would operate in the same manner by converting messages into HTML files, receiving requests for information from users on the network, and by transmitting the information to the users.

Also, at least one interface circuit would be located between the Internet Server 5 and the central processor 3 in order to provide communication capabilities between the Internet Server 5 and the central processor 3. This network interface may be provided within both the Internet Server 5 and the central processor 3 or within only one of the Internet Server 5 or central processor 3.

US 6,350,066 B1

19

Examples of the Internet Server **5** software layers are shown in FIGS. **16**(A) and **16**(B), with FIG. **16**(A) representing the Internet Server **5** in an asynchronous mode of communication and FIG. **16**(B) representing the Internet **5** in a synchronous mode of communication. As shown in the figures, the software **9** for the Internet Server **5** may additional comprise an Internet Deamon for running the HTTPD **37**. The software **9** for the Internet Server **5** would also include TCP/IP or other transport layers. Moreover, while the authentication is provided through the HTTPD **37**, the authentication of the user's password and ID may be supplemented or replaced with other ways of authentication.

The term synchronous has been used to refer to a mode of operation for the MSDS **10** in which the all possible HTML files for a message are generated at the time the message is received. The HTML files may be generated by the central processor **3** or by the application programs **31**. When a request for information is then later received by the HTTPD **37**, the information has already been generated and the HTTPD **37** only needs to retrieve the information from storage **11** and transmit the information to the user's computer **32**. With a synchronous mode of operation, the CGI **35** would be unnecessary.

The MSDS **10** preferably operates according to an asynchronous mode of operation. In an asynchronous mode of operation, information requested by the user may not be available and may have to be generated after the request. The asynchronous mode of operation is preferred since fewer files are generated, thereby reducing the required amount of storage **11**. Because the information requested by a user may not be available, some anchors cannot specify the filename, such as "2.html," but will instead contain a command for the file. For instance, an anchor may be defined as <AHREF= "/faxweb/users/2496801/viewpage. cgi?FAX_NUM= 1&PAGE=1&VIEW_MODE=FULL"> for causing the CGI **35** to run a viewpage program so that page 1 of facsimile message 1 will be displayed in a full size image. The CGI **35** will generate the requested information when the information has not been generated, otherwise the CGI **35** will retrieve the information and relay the information to the HTTPD **37** for transmission to the user.

With the invention, the MSDS **10** can reliably receive voice, facsimile, and data messages for a plurality of users and can receive more than one message for a user at a single time. The messages are stored by the MSDS **10** and can be retrieved at the user's convenience at any time by connecting to the Internet **30**. The Internet World Wide Web **30** is a constantly expanding network that permits the user to retrieve the messages at virtually any location in the world. Since the user only needs to incur a local charge for connecting to the Internet **30**, the user can retrieve or review messages at a relatively low cost.

Even for the user's at the office or at home, the MSDS **10** provides a great number of benefits. The user would not need a facsimile machine, voice mail system, or a machine dedicated for receiving data messages. The user also need not worry about losing part of the message or violating the confidential nature of the messages. The user, of course, can still have a facsimile machine and dedicated computer for data messages. The MSDS **10**, however, will permit the user to use the telephone company's "call forwarding" feature so that messages may be transferred to the MSDS **10** at the user's convenience, such as when the user is away from the office.

The software **7** and software **9** are not limited to the exact forms of the flowcharts shown but may be varied to suit the particular hardware embodied by the invention. The soft-

20

ware may comprise additional processes not shown or may combine one or more of the processes shown into a single process. Further, the software **7** and **9** may be executed by a single computer, such as a Silicon Graphics Workstation, or may be executed by a larger number of computers.

The facsimile messages preferably undergo signal processing so that the images of the facsimile messages are converted from a two tone black or white image into an image with a varying gray scale. As is known in the art, a gray scale image of a facsimile message provides a better image than simply a black or white image of the message. The signal processing may comprise any suitable standard contrast curve method of processing, such as anti-aliasing or a smoothing filter. The signal processing may occur concurrently with the conversion from TIFF/F to GIF and is preferably performed for both full and reduced size images of the facsimile messages.

Furthermore, the user may be provided with a greater or fewer number of options in displaying or retrieving messages. The options are not limited to the exact forms provided but may permit the user to review or retrieve the messages in other formats. The options may also permit a user to join two or messages into a single message, to delete portions of a message, or to otherwise the contents of the messages. Also, the various menus provided to the user over the telephone may have a greater number of options and the MSDS **10** may accept responses that involve more than just a single DTMF digit.

The specific DTMF digits disclosed in the various menus are only examples and, as will be apparent to those skilled in the art, other digits may be used in their place. For instance, a "9" may be used in the place of a "*" in order to exit the menu or to return to a previous menu. Also, the DTMF digits may be changed in accordance with the user's personal convention. If the user had a previous voice mail system, the user could customize the commands to correspond with the commands used in the previous system in order to provide a smooth transition to the MSDS **10**.

The MSDS **10** may restrict a user to only certain types of messages. For instance, a user may want the MSDS **10** to store only facsimile messages in order to reduce costs of using the MSDS **10**. In such a situation, the MSDS **10** would perform an additional step of checking that the type of message received for a user is a type of message that the MSDS **10** is authorized to receive on the user's behalf. When the message is an unauthorized type of message, the MSDS **10** may ignore the message entirely or the MSDS **10** may inform the user that someone attempted to send a message to the MSDS **10**.

Moreover, the MSDS **10** has been described as having the central processor **3** for handling incoming calls and the Internet Server **10** for interfacing with the Internet **30**. The invention may be practiced in various ways other than with two separate processors. For instance, the central processor **3** and the Internet Server **5** may comprise a single computer or workstation for handling the incoming calls and for interfacing with the Internet **30**. The MSDS **10** may convert the messages into HTML files prior to storing the messages. Also, the central processor **3** may communicate with the paging system **13** instead of the Internet Server **5**. Additionally, as discussed above, the central processor **3** may comprise a number of microprocessors **27** for handling a large number of DID trunks.

The invention has been described as converting the messages into HTML and transmitting the HTML files over the Internet **30** to the computer **32**. The HTML format, however, is only the currently preferred format for exchanging infor-

US 6,350,066 B1

21

mation on the Internet 30 and is actually only one type of a Standard Generalized Mark-Up Language. The invention is therefore not limited to the HTML format but may be practiced with any type of mixed media page layout language that can be used to exchange information on the Internet 30.

SGML is not limited to any specific standard but encompasses numerous dialects and variations in languages. One example of an SGML dialect is virtual reality mark-up language (VRML) which is used to deliver three dimensional images through the Internet. As another example, the computer 32 for accessing the MSDS 10 through the Internet 30 may comprise a handheld device. A handheld device is generally characterized by a small display size, limited input capabilities, limited bandwidth, and limited resources, such as limited amount of memory, processing power, or permanent storage. In view of these limited capabilities, a handheld device markup language (HDML) has been proposed to provide easy access to the Internet 30 for handheld devices. The SGML information transmitted by the MSDS 10 to the computer 32 may therefore comprise HDML information suitable for a handheld device or may comprise VRML.

As another example, Extensible Mark-Up Language (XML) is an abbreviated version of SGML, which makes it easier to define document types and makes it easier for programmers to write programs to handle them. XML omits some more complex and some less-used parts of the standard SGML in return for the benefits of being easier to write applications for, easier to understand, and more suited to delivery and inter-operability over the Web. Because XML is nonetheless a dialect of SGML, the MSDS 10 therefore encompasses the translation of facsimile, voice, and data messages into XML, including all of its dialects and variations, and the delivery of these messages to computers 32 through the Internet 30.

As a further example, the MSDS 10 encompasses the use of "dynamic HTML."™"Dynamic HTML" is a term that has been used to describe the combination of HTML, style sheets, and scripts that allows documents to be animated. The Document Object Model (DOM) is a platform-neutral and language neutral interface allowing dynamic access and updating of content, structure, and style of documents. The MSDS 10 may therefore include the use of the DOM and dynamic HTML to deliver dynamic content to the computer 32 through the Internet 30.

The MSDS 10 is also not limited to any particular version or standard of HTTP and thus not to any particular hypertext transfer protocol deamon 37. In general, HTTP is a data access protocol run over TCP and is the basis of the World Wide Web. HTTP began as a generic request-response protocol, designed to accommodate a variety of applications ranging from document exchange and management to searching and forms processing. Through the development of HTTP, the request for extensions and new features to HTTP has exploded; such extensions range from caching, distributed authoring and content negotiation to various remote procedure call mechanisms. By not having a modularized architecture, the price of new features has been an overly complex and incomprehensible protocol. For instance, a Protocol Extension Protocol (PEP) is an extension mechanism for HTTP designed to address the tension between private agreement and public specification and to accommodate extension of HTTP clients and servers by software components. Multiplexing Protocol (MUX) is another extension that introduces asynchronous messaging support at a layer below HTTP. As a result of these drawbacks of HTTP, a new version of HTTP, namely HTTP-NG,

22

has been proposed and its purpose is to provide a new architecture for the HTTP protocol based on a simple, extensible distributed object-oriented model. HTTP-NG, for instance, provides support for commercial transactions including enhanced security and support for on-line payments. Another version of HTTP, namely S-HTTP, provides secure messaging. The MSDS 10 and the HTTPD 37 may incorporate these versions or other versions of HTTP.

In addition to different versions of HTTP, the HTTPD 37 of the MSDS 10 may operate with other implementations of HTTP. For instance, the W3C's has an implementation of HTTP called "Jigsaw." Jigsaw is an HTTP server entirely written in Java and provides benefits in terms of portability, extensibility, and efficiency. The MSDS 10 may employ Jigsaw or other implementations of HTTP.

With regard to the transmission of messages to the user's computer 32, the MSDS 10 permits the user to sample the voice message or to preview the facsimile message without requiring the MSDS 10 to transmit the entire message to the computer 32. This sampling ability is a significant benefit since the transmission of the entire message would frequently tie up the computer 32 for a rather long period of time. Thus, with the preview or sample feature, the user can determine whether the user needs the message transmitted to the computer 32.

If the user does decide that the entire message needs to be transmitted, as stated above, the user's computer 32 might be receiving the message for a relatively long period of time. After the entire message has been received, the user then has the options of viewing, listening, retrieving, or saving the message. As an alternative, the user's computer may instead indicate the contents of the message to the user as the message is being received.

For instance, with a voice message, the user's computer 32 could send the message to an audio speaker as the message is being received. In this manner, the message would be played in real time and the user would not need to wait until the entire message is received before listening to the message. In order to play the messages in real time, the messages are preferably in the RealAudio (RA) format, which the user can select as the preferred file format for voice messages.

In operation, the MSDS 10 would transmit an HTML file containing an RA file. If the user selects the RA file with the browser on the computer 32, the browser will activate a program for use with RA files. The operations and functioning of this program will be apparent to those skilled in the art and will be available as a separate software package or will be incorporated within a browser program. The RA program will request the RA data file containing the message from the MSDS 10 and, as the RA file is being received at the computer 32, this program will play the message in real time.

The MSDS 10 and the user's computer 32 could also be arranged so that each page or even line of a facsimile message could be displayed as the computer 32 receives the facsimile message. Further, although the transmission of a data message is relatively fast in comparison to a voice or facsimile message, the computer 32 could also be programmed to permit access to the data message as the message is being received.

The invention has been described as storing and transmitting voice messages. It should be understood that the voice message would probably be the most often type of audio message stored at the MSDS 10. The invention, however, may be used with any type of audio message and is in no way limited to just voice messages.

Exhibit C, Page 54

US 6,350,066 B1

23

According to another aspect of the invention, the MSDS **10** may be used as a file repository serving as an archive for a particular user or group of users. As described above, the MSDS **10** may maintain a list of all messages for a particular user which is displayed to the user when the user access his or her mailbox. The MSDS **10** may store all messages, whether they are voice, facsimile, or data, for a user in the database indefinitely. The MSDS **10** may therefore be relied upon by a user to establish the authenticity of a message and the existence or absence of a particular message. Through the MSDS **10**, a user can therefore maintain an accurate record of all received email messages, facsimile messages, and data transfers.

In addition to serving as a file depository, the MSDS **10** may also function as a document management tool. As described above with reference to FIG. **2**, when the MSDS **10** receives a message, the MSDS **10** updates a database with information on the message. This information includes the type of message, whether it is a facsimile message, voice message, or data message, the time and date at which the message was received, the size of the file, such as in bytes, the telephone number of the caller leaving the message, as well as other information, such as the number of pages of a facsimile message. Because the telephone number called is unique for each user, the information also includes the intended recipient of the message.

An example of a data entry **300** in storage **11** for a message is shown in FIG. **17**. The data entry **300** represents the entry for just a single message with each message having a separate data entry **300**. Preferably, the data entries **300** are stored in a relational database and may be searched through a structured query language (SQL).

As shown in FIG. **17**, the data field **300** for a message may comprise numerous data fields for describing the message. One of these data fields may comprise a field **301** for indicating the name of the person receiving the message. As will be appreciated by those skilled in the art, the person may be identified in numerous ways, such as by a portion of the person's name or by a unique number. Another field **302** in the data entry **300** indicates the type of the document, such as whether the document is a facsimile message, voice message, or data transfer, and fields **303** and **304** respectively indicate the date and time that the message was received by the MSDS **10**. The telephone number of the caller is indicated in field **305** while the size of the message, which may be measured in bytes, is indicated in field **306** and the number of pages of the message is indicated in field **307**. A document number for uniquely identifying the message is indicated in field **308**. As discussed above, the files or messages received for a particular user may be numbered sequentially in the order that they are received by the MSDS **10**. The files and messages, however, may be numbered or identified in other ways, such as by a combination of numbers with an identifier for the date when the message was received. Also, the documents number or identifier may be unique for each file or message directed to a user or, alternatively, may be unique for each file or message directed to a plurality of users, which is advantageous when the MSDS **10** tracks documents for an entire company or other group of users.

In addition to fields **301** to **308**, the data entry **300** for a message or file may have other fields **309** for describing or documenting the message or file. The other fields **309**, for instance, may be used to identify the type of storage that a message should receive. The messages or files may have different lengths of time that the message is stored before being automatically deleted. The type of storage, such as

24

whether the full text of the message is stored, may also be indicated by field **309**. Another example of a trait that may be contained within the other field **309** is security. At times, a user may desire and may be granted access to another person's mailbox, such when the MSDS **10** tracks documents for an entire company. By designating a message or file as secure in field **309**, a user may restrict or deny access to that message or file by other users. The other fields **309** may also be used by a user to customize the MSDS **10** according to his or her own desires. For instance, if the user is a company, the company may want to classify messages according to the division at which the message is directed, such as one code for marketing, one for sales, one for engineering, and one for legal.

As another example of a use of one of the other fields **309**, a user can input notes in the other field **309**. When a user initially receives a data entry **300**, the entry **300**, for instance, may include data in all fields **301** to **308** except field **309**, which has been left blank. The user can then input his or her notes in the other field. An initial data entry **300** may include the field **305** for the caller's telephone number which contains the digits for the calling number. The user, however, may not readily recognize the caller from just reading the telephone number listed in field **305**. To more clearly indicate the caller, the user may input notes in field **309** to identify the caller's name. Alternatively, the notes in field **309** may reflect part or all of the contents of the message. The user may receive a large document or message and may input a brief description of the document or message in the field **309**. As another example, the recipient of the message may read the message or document and discover that the caller is requesting some service or goods from the recipient, such as a request for certain documents or delivery of a certain quantity of goods. The recipient may read the document or message and place somes notes in the field **309** to indicate the type of follow-up service or action that needs to be taken. An assistant to the recipient can then view the notes in field **309** and take appropriate steps to ensure that the requested service or goods are delivered. If the data entry is security protected, one of the other fields **309**, as discussed above, may grant the assistant limited access to just the field **309** or may grant more expansive access whereby the assistant can view fields **301** to **309** as well as the actual document or message. The fields **309** may serve various other purposes, as will be apparent to those skilled in the art.

FIG. **18** illustrates a process **320** for using the MSDS **10** for document management purposes. With reference to FIG. **18**, a user sends a search request to the MSDS **10** for a particular document or set of documents at step **321**. The user may issue this request with the computer **32** by clicking on a link, such as a link to "Search Documents," which may be presented to the user by the MSDS **10** after the user has been granted accesses to his or her mailbox at step **72** shown in FIG. **3**. The MSDS **10** may present the user with the option to search the document archives at other times, such as when the user first attempts to access the mailbox at step **62**, or when the URL received by the HTTPD **37** from computer **32** points toward the document archives.

In response to this request, the HTTPD **37** sends the user a search query form at step **322** to allow the user to define a desired search. An example of a search query form is shown in FIG. **19**. The search query form may include an entry for each of the data fields **301** to **309** in the data entry **300**. For instance, the user may input one or more names for a recipient and have the MSDS **10** search for all messages or files directed to just those recipients. The user may also

US 6,350,066 B1

25

indicate the type of document, such as whether it is a facsimile, voice message or data file. The search query form also has entries for the date or time, which preferably accept ranges of times and dates, and an entry for the telephone number of the caller to the MSDS 10. The search query form may also include an entry for the size of the file or for the number of pages, which is relevant if the message is a facsimile message. The search query form may also include an entry for the document number, which may accept a range of document numbers, and also an entry for another field.

At step 323, the user enters the search parameters in the search query form with computer 32 and returns the information to the MSDS 10 through the Internet 30. The user may define the search about any one data field or may define the search about a combination of two or more data fields. For instance, as reflected in the completed search query form shown in FIG. 20, a user may define a search by designating the document type as a facsimile and the calling number as (404) 249-6801. Once the user has finished defining the search, the user then selects the "SEARCH" link shown at the bottom of the screen whereby the user's computer 32 would send the completed search query form through the Internet 30 to the HTTPD 37 of the MSDS 10.

At step 324, the HTTPD 37 receives the completed search query form and, through CGI 35, invokes one or more of the application programs 31 for performing the desired search for any files or messages falling within the parameters of the search. The results of the search are passed from the application programs 31 through the CGI 35 to the HTTPD 37 and, at step 325, are returned to the user through the Internet 37. Preferably, the MSDS 10 returns the search results in the form of a listing of all files or messages contained within the search parameters, although the MSDS 10 may return the results in other ways.

An example of the search results of the query shown in FIG. 20 is shown in FIG. 21. As discussed above, the parameters of the search were all facsimile messages from telephone is number (404) 249-6081. With reference to FIG. 21, this query resulted in three messages being discovered. The first document has a document number 11 and is described as being a facsimile from the designated telephone number to Jane Doe on May 31, 1995, and consists of three pages. This first-listed document is an example of the facsimile shown in FIG. 7. The other two documents respectively correspond to document numbers 243 and 1,002 and are also from the designated telephone number.

At step 326, the user selects the desired file or message from the listing of messages and files. For instance, by clicking on the first listed document, namely document number 11, the computer 32 sends a request to the MSDS 10 for a viewing of that document and, in response, the MSDS 10 provides a viewing of the document according to the user defined preferences. As described above, the user may receive a reduced size image of the first page, a full size image of the first page, reduced size images of all pages, or full size images of all pages of the facsimile message. Thus, if the user selected the fourth display option as the user defined preference, the MSDS 10 would return an image of the first page of the facsimile, such as the one depicted in FIG. 7.

At step 326, the user may also have the MSDS 10 save the search results. For instance, as shown in FIG. 21, the user may input the name of "CHARLES R. BOBO FACSIMI-LES" as the name for the search. By clicking on the "SAVE SEARCH AS" link, the name of the search is provided from the computer 32 to the MSDS 10. At the MSDS 10, the HTTPD 37 transfers the information from the computer 32

26

to the CGI 35 and the CGI 35 is invokes an application program 31 to store the results of the search in storage 11 under the designated name. The invoked application program 31 preferably does not store the contents of all messages but rather stores a listing of the search results in the storage 11.

The results of a search may be stored in storage 11 as either a closed search or an open search. If the MSDS 10 saves the results of a search as an open search, then the files or messages in that named search may be updated with recent files or messages falling within the particular search parameters for the search. On the other hand, a closed search is one in which the files or messages in the named search are limited to those existing at the time of the search. For example, if the MSDS 10 saved the search results shown in FIG. 21 as a closed search, then any retrieval of the "CHARLES R. BOBO FACSIMILES" would result in only the three listed documents. If, on the other hand, the search named as the "CHARLES R. BOBO FACSIMILES" was saved by the MSDS 10 as an open search, then the MSDS 10 would reactivate the search query shown in FIG. 20 in response to a request by the computer 32 for that search in order to obtain all facsimile messages from that particular telephone number, including those received after the initial saving of the search results.

With reference to FIG. 19, rather than defining a new search, the user may click on the "STORED SEARCHES" link in order to receive the results of a previously performed search. For example, by clicking on this link, the MSDS 10 may return a listing of searches stored for that particular user, such as the searches shown in FIG. 22. As shown in this figure, the "CHARLES R. BOBO FACSIMILES" is included within the list of stored searches. If the user then selected the "CHARLES R. BOBO FACSIMILES" search, the user may then be presented with the listing of facsimiles shown in FIG. 21, possibly including recent additions to the search group.

With reference to FIG. 19, the MSDS 10 may also provide a user with a link to "RECENT FILES" at step 322. By selecting this link, the MSDS 10 may return a listing of all facsimile, voice, and data messages received with a particular period of time, such as the last month. By placing the "RECENT FILES" link on the search query form rather than in the listing of "STORED SEARCHES," the user can quickly turn to the most recent files and messages. The search query form may contain other such easy-access links, such as a link to the last search performed by the MSDS 10 on behalf of the user.

The messages or files received by the MSDS 10 need not arrive from a third party. In other words, the MSDS 10 may be used as a file repository or as a file manager for documents generated by the user itself. The user may call the designated telephone number for receiving messages and transmit voice messages, data messages, or facsimile messages and have the MSDS 10 document the receipt and content of these messages. A user may easily use a facsimile machine as a scanner for entering documents into the storage 11 of the MSDS 10.

The MSDS 10 may have applications in addition to those discussed-above with regard to serving as a message deliverer, file repository, and file manager. For instance, the MSDS 10 may perform some additional processing on the incoming calls prior to forwarding them to the user. For voice messages, this processing may involve transcribing the message and then returning the transcribed messages to the user. The MSDS 10 may therefore be viewed as offering secretarial assistance which may be invaluable to small

US 6,350,066 B1

**27**

companies or individuals who cannot afford a secretary or even to larger businesses who may need some over-flow assistance. The transcription may be provided by individuals located in any part of the world or may be performed automatically by a speech-to-text recognition software, such as VoiceType from IBM.

Another type of processing that the MSDS 10 may provide is translation services. The incoming call, whether it is a voice, facsimile, or data message, can be converted into SGML and then forwarded first to a translator. Given the reach of the Internet, the translator may be located virtually anywhere in the world and can return the translated document via the Internet to the MSDS 10. The MSDS 10 can notify the user that the translation has been completed through email, voice mail, pager, facsimile, or in other ways. The user would then connect to the Internet and retrieve the translated document. The translation services of the MSDS 10 may also provide transcription of the message, such as with speech-to-text recognition software.

The foregoing description of the preferred embodiments of the invention have been presented only for the purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise form disclosed. Many modifications and variations are possible in light of the above teaching.

The embodiments were chosen and described in order to explain the principles of the invention and their practical application so as to enable others skilled in the art to utilize the invention and various embodiments and with various modifications as are suited to the particular use contemplated. It is intended that the scope of the invention only be limited by the claims appended hereto.

I claim:

1. A system for receiving and storing a message signal directed to an intended recipient and for relaying the message signal to a computer, comprising:

a telephone interface for receiving an incoming call from a public switched telephone network, the incoming call including the message signal;

a central processor for receiving the message signal from the telephone interface and for storing the message signal in a storage medium;

a hyper-text transfer protocol deamon for receiving a request for the message signal from the computer and for forwarding the request to a network server, the request from the computer being formatted in a hyper-text transfer protocol; and

the network server, in response to receiving the request from the hyper-text transfer protocol deamon, forwarding at least a part of the message signal to the hyper-text transfer protocol deamon;

wherein the hyper-text transfer protocol deamon transmits at least part of the message signal to the computer.

2. The system as set forth in claim 1, wherein the network server converts the message signal from a first file format into a standard generalized mark-up language.

3. The system as set forth in claim 1, wherein the central processor converts the message signal from a first file format into a standard generalized mark-up language.

4. The system as set forth in claim 1, wherein the hyper-text transfer protocol deamon transmits the message in a hyper-text mark-up language.

5. The system as set forth in claim 1, wherein the hyper-text transfer protocol deamon transmits the message in a hand-held device mark-up language.

6. The system as set forth in claim 1, wherein the hyper-text transfer protocol deamon transmits the message in an extensible mark-up language.

**28**

7. The system as set forth in claim 1, wherein the hyper-text transfer protocol deamon transmits the message in a virtual reality mark-up language.

8. The system as set forth in claim 1, wherein the hyper-text transfer protocol deamon receives the request from the computer through the Internet.

9. The system as set forth in claim 1, wherein the hyper-text transfer protocol deamon receives the request from the computer through an intranet.

10. The system as set forth in claim 1, wherein the telephone interface receives an address signal as part of the incoming call and the central processor stores the message signal in a directory associated with that address signal.

11. The system as set forth in claim 1, wherein the message signal comprises a facsimile transmission.

12. The system as set forth in claim 1, wherein the message signal comprises a voice message.

13. The system as set forth in claim 1, wherein the message signal comprises a data file.

14. The system as set forth in claim 1, wherein the request sent from the computer to the hyper-text transfer protocol deamon comprises a search query specifying at least one search parameter for a desired search, the hyper-text transfer protocol deamon transfers the search query to the network server, the network server performs the desired search by identifying all message signals satisfying the at least one search parameter, and the hyper-text transfer protocol deamon sends results of the desired search to the computer.

15. The system as set forth in claim 14, wherein the central processor stores a data entry for each message signal.

16. The system as set forth in claim 15, wherein the data entry comprises a plurality of fields for identifying the message signal.

17. The system as set forth in claim 15, wherein the central processor stores the data entry in a relational database.

18. The system as set forth in claim 14, wherein the central processor returns a listing of all message signals contained within the desired search to the hyper-text transfer protocol deamon and the hyper-text transfer protocol deamon sends the list to the computer.

19. A method for receiving and storing a message signal directed to an intended recipient and for relaying the message signal to a computer, comprising the steps of:

receiving an incoming call from a public switched telephone network, the incoming call including the message signal;

storing the message signal in a storage medium;

receiving, at a hyper-text transfer protocol deamon, a request for the message signal from the computer and forwarding the request to a network server;

forwarding at least a part of the message signal from the network server to the hyper-text transfer protocol deamon; and

transmitting at least part of the message signal from the hyper-text transfer protocol deamon to the computer.

20. The method as set forth in claim 19, further comprising a step of converting the request from a first file format into a standard generalized mark-up language.

21. The method as set forth in claim 19, wherein the step of receiving the request comprises a step of receiving the request in a standard generalized mark-up language.

22. The method as set forth in claim 19, wherein the step of receiving the request comprises a step of receiving the request in a hyper-text mark-up language.

23. The method as set forth in claim 19, where in the step of receiving the request comprises a step of receiving the request in a hand-held mark-up language.

US 6,350,066 B1

29

**24**. The method as set forth in claim **19**, wherein the step of receiving the request comprises a step of receiving the request in an extensible mark-up language.

**25**. The method as set forth in claim **19**, wherein the step of receiving the request comprises a step of receiving the request in a virtual reality mark-up language.

**26**. The method as set forth in claim **19**, wherein the step of receiving the call comprises a step of receiving a facsimile transmission.

**27**. The method as set forth in claim **19**, wherein the step of receiving the call comprises a step of receiving a voice message.

**28**. The method as set forth in claim **19**, wherein the step of receiving the call comprises a step of receiving a data file.

**29**. The method as set forth in claim **19**, wherein the step of receiving the request comprises a step of receiving the request through the Internet.

**30**. The method as set forth in claim **19**, wherein the step of receiving the request comprises a step of receiving the request through an intranet.

**31**. The method as set forth in claim **19**, wherein the step of receiving the request comprises a step of receiving a search query from the computer with the search query specifying at least one search parameter for a desired search and the method further comprises the steps of performing the desired search through the storage and returning results of the desired search to the computer.

30

**32**. The method as set forth in claim **31**, further comprising a step of storing a data entry in the storage for each message signal received.

**33**. The method as set forth in claim **31**, wherein the step of returning the results comprises a step of returning a listing of all message signals contained within the desired search.

**34**. The method as set forth in claim **31**, further comprising a step of saving the results of the desired search in the storage.

**35**. A computer-readable medium for storing software for use in storing and delivering a message signal, the software for use in performing the steps of:

receiving an incoming call from a public switched telephone network, the incoming call including the message signal;

storing the message signal in a storage medium;

receiving, at a hyper-text transfer protocol deamon, a request for the message signal from the computer and forwarding the request to a network server;

forwarding at least a part of the message signal from the network server to the hyper-text transfer protocol deamon; and

transmitting at least part of the message signal from the hyper-text transfer protocol deamon to the computer.

\* \* \* \* \*

# Exhibit D

US006350066C1

## (12) EX PARTE REEXAMINATION CERTIFICATE (6802nd)
# United States Patent
Bobo, II

(10) **Number:** US 6,350,066 C1
(45) **Certificate Issued:** May 5, 2009

(54) **SYSTEMS AND METHODS FOR STORING, DELIVERING, AND MANAGING MESSAGES**

(75) Inventor: **Charles R. Bobo, II**, Atlanta, GA (US)

(73) Assignee: **J2 Global Communications, Inc.**, Los Angeles, CA (US)

**Reexamination Request:**
No. 90/007,539, May 11, 2005

**Reexamination Certificate for:**
| | |
|---|---|
| Patent No.: | **6,350,066** |
| Issued: | **Feb. 26, 2002** |
| Appl. No.: | **09/186,595** |
| Filed: | **Nov. 5, 1998** |

**Related U.S. Application Data**

(63) Continuation of application No. 08/944,741, filed on Oct. 6, 1997, now Pat. No. 5,870,549, which is a continuation-in-part of application No. 08/431,716, filed on Apr. 28, 1995, now Pat. No. 5,675,507.

(51) **Int. Cl.**
| | |
|---|---|
| *G06F 15/16* | (2006.01) |
| *H04N 1/413* | (2006.01) |

(52) **U.S. Cl.** ...................................... 709/206; 709/202
(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,106,060 A | 8/1978 | Chapman, Jr. | 358/402 |
| 4,289,930 A | 9/1981 | Connolly et al. | 345/169 |
| 4,405,829 A | 9/1983 | Rivest et al. | 380/30 |
| 4,532,588 A | 7/1985 | Foster | 709/238 |
| 4,713,780 A | 12/1987 | Schultz et al. | 709/206 |
| 4,754,428 A | 6/1988 | Schultz et al. | 709/246 |
| 4,816,653 A | 3/1989 | Anderl et al. | 235/380 |
| 4,837,798 A | 6/1989 | Cohen et al. | 379/88.14 |
| 4,853,961 A | 8/1989 | Pastor | 713/176 |
| 4,918,722 A | 4/1990 | Duehren et al. | 379/100.11 |
| 4,941,170 A | 7/1990 | Herbst | |
| 5,008,814 A | 4/1991 | Mathur | 709/221 |

| | | | |
|---|---|---|---|
| 5,033,079 A | 7/1991 | Catron et al. | 379/93.14 |
| 5,065,427 A | 11/1991 | Godbole | 379/100.15 |
| 5,068,888 A | 11/1991 | Scherk et al. | 379/100.11 |
| 5,091,790 A | 2/1992 | Silverberg | 358/434 |
| 5,105,184 A | 4/1992 | Pirani et al. | 345/629 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | 755321 | 4/2003 |
| EP | 0 615 368 A2 | 2/1994 |
| WO | WO 1994006230 | 9/1992 |
| WO | WO 1995001040 | 6/1993 |
| WO | WO 1995006386 | 8/1993 |
| WO | WO 1995020288 | 1/1994 |
| WO | WO 96/34341 | 10/1996 |
| WO | WO 97/09682 | 3/1997 |

OTHER PUBLICATIONS

D. Nakamura, "AT&T Introduces Most Comprehensive Fax–to–Data Service" dated Feb. 22, 1996, downloaded from Internet at http://www.att.com/press/0296/960222.ela.html on May 16, 1997.

(Continued)

*Primary Examiner—Joseph R. Pokrzywa*

(57) **ABSTRACT**

A Message Storage and Deliver System (MSDS) is connected to the public switched telephone network (PSTN) and receives incoming calls with these calls being facsimile, voice, or data transmissions. The MSDS detects the type of call and stores the message signal in a database. The MSDS is also connected to the Internet and has a hyper-text transfer protocol deamon (HTTPD) for receiving requests from users. The HTTPD forwards requests for certain files or messages to a network server which transmits at least part of the message to the HTTPD and then to the user. In addition to requests for certain documents, the HTTPD may also receive a request in the form of a search query. The search query is forwarded from the HTTPD to an application program for conducting the search of the database. The results of the search are forwarded through the HTTPD to the user. The user may then select one or more files or messages from the search results and may save the search for later reference.



# US 6,350,066 C1

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,113,430 | A | 5/1992 | Richardson, Jr. et al. |
| 5,115,326 | A | 5/1992 | Burgess et al. ............... 358/440 |
| 5,127,003 | A | 6/1992 | Doll, Jr. et al. |
| 5,167,011 | A | 11/1992 | Priest ............................ 706/62 |
| 5,175,762 | A | 12/1992 | Kochis et al. .......... 379/100.01 |
| 5,193,110 | A | 3/1993 | Jones et al. |
| 5,195,085 | A | 3/1993 | Bertsch et al. |
| 5,224,156 | A | 6/1993 | Fuller et al. |
| 5,241,594 | A | 8/1993 | Kung .......................... 713/151 |
| 5,247,591 | A | 9/1993 | Baran ......................... 382/179 |
| 5,247,661 | A | 9/1993 | Hager et al. ............. 707/104.1 |
| 5,255,312 | A | 10/1993 | Koshiishi ............... 379/100.15 |
| 5,257,112 | A | 10/1993 | Okada ........................ 358/402 |
| 5,276,869 | A | 1/1994 | Forrest et al. ............... 709/206 |
| 5,283,887 | A | 2/1994 | Zachery ...................... 715/513 |
| 5,291,302 | A | 3/1994 | Gordon et al. ............... 358/400 |
| 5,291,546 | A | 3/1994 | Giler et al. ............... 379/93.11 |
| 5,293,250 | A | 3/1994 | Okumura et al. ............ 358/402 |
| 5,297,208 | A | 3/1994 | Schlafly et al. ............. 380/261 |
| 5,317,628 | A | 5/1994 | Misholi et al. .......... 379/88.14 |
| 5,333,266 | A | 7/1994 | Boaz |
| 5,339,156 | A | 8/1994 | Ishii |
| 5,349,636 | A | 9/1994 | Irribarren ................. 379/88.15 |
| 5,351,276 | A | 9/1994 | Doll, Jr. et al. |
| 5,355,472 | A | 10/1994 | Lewis .......................... 707/101 |
| 5,367,621 | A | 11/1994 | Cohen et al. ............. 715/501.1 |
| 5,379,374 | A | 1/1995 | Ishizaki et al. .............. 715/759 |
| 5,394,460 | A | 2/1995 | Olson et al. |
| 5,404,231 | A | 4/1995 | Bloomfield ................. 358/400 |
| 5,406,557 | A | 4/1995 | Baudoin |
| 5,418,908 | A | 5/1995 | Keller et al. ............... 709/206 |
| 5,424,724 | A | 6/1995 | Williams et al. ............ 370/403 |
| 5,448,626 | A | 9/1995 | Kajiya |
| 5,452,289 | A | 9/1995 | Sharma et al. |
| 5,459,584 | A | 10/1995 | Gordon et al. ............. 358/434 |
| 5,471,617 | A | 11/1995 | Ferrand et al. ............. 718/100 |
| 5,475,738 | A | 12/1995 | Penzias |
| 5,479,411 | A | 12/1995 | Klein |
| 5,483,466 | A | 1/1996 | Kawahara et al. ........... 709/203 |
| 5,483,580 | A | 1/1996 | Brandman et al. ....... 379/88.13 |
| 5,488,651 | A | 1/1996 | Giler |
| 5,495,610 | A | 2/1996 | Shing et al. ................. 709/221 |
| 5,497,373 | A | 3/1996 | Hulen et al. ................. 370/259 |
| 5,509,123 | A | 4/1996 | Dobbins et al. ............. 709/243 |
| 5,513,323 | A | 4/1996 | Williams et al. ............ 709/246 |
| 5,517,556 | A | 5/1996 | Pounds |
| 5,524,137 | A | 6/1996 | Rhee |
| 5,526,353 | A | 6/1996 | Henley et al. ............... 370/392 |
| 5,530,740 | A | 6/1996 | Irribarren et al. |
| 5,530,852 | A | 6/1996 | Meske, Jr. et al. ........... 709/206 |
| 5,544,320 | A | 8/1996 | Konrad ....................... 709/203 |
| 5,548,789 | A | 8/1996 | Nakanura |
| 5,555,100 | A | 9/1996 | Bloomfield et al. ......... 358/402 |
| 5,557,659 | A | * 9/1996 | Hyde-Thomson ........ 379/88.13 |
| 5,559,611 | A | 9/1996 | Bloomfield et al. ......... 358/407 |
| 5,559,721 | A | 9/1996 | Ishii |
| 5,572,643 | A | 11/1996 | Judson ........................ 709/218 |
| 5,590,178 | A | 12/1996 | Murakami et al. |
| 5,608,446 | A | 3/1997 | Carr et al. |
| 5,608,786 | A | 3/1997 | Gordon |
| 5,608,874 | A | 3/1997 | Ogawa |
| 5,621,727 | A | 4/1997 | Vaudreuil |
| 5,625,675 | A | 4/1997 | Katsumaru et al. |
| 5,633,916 | A | 5/1997 | Goldhagen et al. |
| 5,647,002 | A | 7/1997 | Brunson |
| 5,654,957 | A | 8/1997 | Koyama |
| 5,673,316 | A | 9/1997 | Auerbach et al. ............. 705/51 |
| 5,675,507 | A | * 10/1997 | Bobo, II .................... 709/206 |
| 5,677,955 | A | 10/1997 | Doggett et al. .............. 705/76 |
| 5,687,220 | A | 11/1997 | Finnigan |
| 5,689,550 | A | 11/1997 | Garson et al. |
| 5,692,039 | A | 11/1997 | Brankley et al. |
| 5,694,458 | A | 12/1997 | Okada |
| 5,710,883 | A | 1/1998 | Hong et al. .................. 709/246 |
| 5,712,901 | A | 1/1998 | Meermans |
| 5,712,903 | A | 1/1998 | Bartholomew et al. |
| 5,717,742 | A | 2/1998 | Hyde-Thomson |
| 5,724,410 | A | 3/1998 | Parvulescu et al. |
| 5,727,156 | A | 3/1998 | Herr-Hoyman et al. ..... 709/219 |
| 5,732,219 | A | * 3/1998 | Blumer et al. ............... 709/227 |
| 5,737,395 | A | 4/1998 | Irribarren |
| 5,737,396 | A | 4/1998 | Garcia ..................... 379/88.16 |
| 5,737,533 | A | * 4/1998 | de Hond ..................... 709/219 |
| 5,742,596 | A | 4/1998 | Baratz et al. |
| 5,742,905 | A | 4/1998 | Pepe |
| 5,751,814 | A | 5/1998 | Kafri ........................... 713/152 |
| 5,751,956 | A | 5/1998 | Kirsch ........................ 709/203 |
| 5,768,528 | A | 6/1998 | Stumm ........................ 709/231 |
| 5,771,354 | A | 6/1998 | Crawford |
| 5,781,901 | A | 7/1998 | Kuzma ......................... 707/10 |
| 5,787,175 | A | 7/1998 | Carter ......................... 713/165 |
| 5,790,790 | A | 8/1998 | Smith et al. ................. 709/206 |
| 5,790,793 | A | 8/1998 | Higley ........................ 709/218 |
| 5,793,972 | A | 8/1998 | Shane .......................... 709/219 |
| 5,805,298 | A | 9/1998 | Ho et al. |
| 5,812,639 | A | 9/1998 | Bartholomew et al. |
| 5,819,092 | A | * 10/1998 | Ferguson et al. ............ 717/113 |
| 5,819,295 | A | 10/1998 | Nakagawa et al. ........... 707/203 |
| 5,838,906 | A | * 11/1998 | Doyle et al. ................. 715/205 |
| 5,848,413 | A | 12/1998 | Wolff |
| 5,870,549 | A | 2/1999 | Bobo, II ..................... 709/206 |
| 5,893,908 | A | 4/1999 | Cullen et al. ................... 707/5 |
| 5,903,723 | A | 5/1999 | Beck et al. .................. 709/200 |
| 5,911,776 | A | 6/1999 | Guck |
| 5,930,493 | A | 7/1999 | Ottessen et al. |
| 5,933,490 | A | 8/1999 | White et al. |
| 5,937,041 | A | * 8/1999 | Cardillo et al. .......... 379/93.25 |
| 5,946,386 | A | 8/1999 | Rogers et al. |
| 5,960,085 | A | 9/1999 | de la Huerga .............. 340/5.61 |
| 5,963,618 | A | 10/1999 | Porter |
| 5,963,892 | A | 10/1999 | Tanaka et al. |
| 5,970,490 | A | * 10/1999 | Morgenstern ................. 707/10 |
| 5,991,292 | A | 11/1999 | Focsaneanu et al. |
| 5,996,006 | A | 11/1999 | Speicher |
| 5,999,594 | A | 12/1999 | Mizoguchi et al. |
| 6,009,173 | A | 12/1999 | Sumner ....................... 713/156 |
| 6,009,469 | A | 12/1999 | Mattaway et al. |
| 6,020,980 | A | 2/2000 | Freeman |
| 6,035,332 | A | 3/2000 | Ingrassia, Jr. et al. ....... 709/224 |
| 6,052,367 | A | 4/2000 | Bowater et al. |
| 6,055,530 | A | 4/2000 | Sato ............................... 707/3 |
| 6,061,448 | A | 5/2000 | Smith et al. ................. 380/282 |
| 6,072,862 | A | 6/2000 | Srinivasan |
| 6,084,892 | A | 7/2000 | Benash et al. |
| 6,108,329 | A | 8/2000 | Oyama et al. |
| 6,181,781 | B1 | 1/2001 | Porter |
| 6,192,407 | B1 | 2/2001 | Smith et al. ................. 709/229 |
| 6,282,270 | B1 | 8/2001 | Porter |
| 6,295,552 | B1 | 9/2001 | Shibata |
| 6,314,425 | B1 | 11/2001 | Serbinis et al. .............. 707/10 |
| 6,350,066 | B1 | 2/2002 | Bobo, II ..................... 709/206 |
| 6,564,321 | B2 | 5/2003 | Bobo, II ..................... 713/168 |
| 6,643,034 | B1 | 11/2003 | Gordon |
| 6,948,070 | B1 | 9/2005 | Ginter et al. |
| 2001/0014910 | A1 | 8/2001 | Bobo, II ..................... 709/206 |

## OTHER PUBLICATIONS

Biscom, "Biscom Introduces the E–fax Machine: the E–mail/Facsimile Solution 'for the Rest of Us,'" FAXCOM, Sep. 19, 1996.

"C3 Launches its Advanced ITmail Multi–media Messaging System for Desk Top PC's," Computer and Communications Company Ltd., Jun. 1993.

Ohio State University, C.S.E., "comp.mail.mime meta–FAQ: Help for MIME problems," downloaded from the Internet at www.cis.ohio–state.edu/text/faq/usenet/mail/mimefaq/partl_/faq._html, Jun. 11, 1997.

"Digital Note Fax2Net R5S 1—A Beginners Guide to Digital Mail Fax;" Digital Mail Limited, Oct. 31, 1996.

J. Duffy, "IBM's SAA Gets Voice: Company to Expand Enterprise Networking Horizons," Computer Systems News, p. 1, May 14, 1990.

"Frequently Asked Questions", JFax Personal Telecom, downloaded from Internet at www.jfax.net/faq.htm on Oct. 31, 1996.

N. Ballard, "@ The Paperless Office", JFax Personal Telecom, downloaded from the Internet at wwwjfax.net/ballard1.htm on Oct. 31, 1996.

J. Lyle, "Internet Fax Software: Internet Fax Utility Offers Simplified Faxing to E–Mail Addresses", Lumina News, Sep. 3, 1996, downloaded from Internet at http://www.lumina2000.com/lumina/press93.html printed on Jun. 11, 1997.

"Delivering Unified Messaging Solutions on the Internet", Media Mail, Nov. 2, 1996, downloaded from Internet at www.web.archive.org/web/1996121905113/http://mediamail.com on Mar. 2, 2005.

"Metholody for Mail Delivery in a Multi–Media Environment," IBM Technical Disclosure Bulletin, Apr. 1993, pp. 507–508.

"PKCS #7: Cryptographic Message Syntax Standard," RSA Laboratories Technical Note, Version 1.5, RSA Security, Inc., Nov. 1, 2993.

"ScanFX–Scanning Hardware for Internet E–Mail," Our Business Machines, Inc., OBM's Editorial Resource Chest, Aug. 1996, Irwindale, CA.

J. Kravitz, "SDML—Signed Markup Language," Financial Services Technology Consortium, W3C Note Jun. 19, 1998, downloaded from the Internet at www.23.org, on Jun. 19, 1998.

"Three Pronged Strategy for Octel, as it Integrates VMX and Moves from Core Market to New Territories," Computergram International, Aug. 1995, n.2719, ComputerWire, Inc.

D. Rush, "Announce: Voice Mail, Email & Fax Integration Over the Web," Google Groups: biz.next.newprod, Mar. 19, 1996, http://groups–beta.google.com/group/biz.next.newprod/mso/db3c129fdo39466?dmode=source, Mar. 2, 2005.

D. Rush, "Voice Mail Email & Fax Integration Over the Web," Google Groups: biz.next.newprod, Mar. 25, 1996, http://groups–beta.google.com/group/biz.next.newprod/mso/b85b9d49e92318b?mode=source, Mar. 2, 2005.

E Spire, "Fax—>E–mail" Google Groups, http://groups–beta.google.com/group/comp.acom.telecom,Dec. 20, 1995.

K. Moore, "MIME (Multipurpose Internet Mail Extensions) Part Two: Message Header Extensions for Non–ASCII Text," Network Working Group, RFC 1522, Sep. 1993.

MHonArc Home Page updated Nov. 17, 1994 and MHonArc software manual published by Earl Hood ehood@convex.com Convex Computer Corporation, Richardson Texas.

R. Schockey, "Fax—>E–mail Plus Voice Mail Also?" Google Groups, http://groups–beta.google.com/group/comp.dcom.telecom, Dec. 28, 1995.

R. Schockey, "Fax—>E–mail Plus Voice Mail Also?" Google Groups, http://groups–beta.google.com/group/comp.dcom.telecom/msg/7cb6ab0035e113c2?dmode=source, Dec. 28, 1995.

R. Schockey, "Fax—>E–mail—>Voice Continued," Google Groups, http://groups–beta.google.com/group/comp.dcom.telecom/msg/1a2c73a37bc90e6b?dmode=source, Jan. 9, 1996.

S. Sreenivasan "Cybertimes German Pop Singer Sets Sights on Virtual Office," Sep. 23, 1996, downloaded from the New York Times CyberTime website.

"Plaintiff's Opening Markman Brief" in *j2 Global Communications, Inc.* v. *CallWave, Inc.,* CA 04–7068 DDP AJWx.

"Plaintiff's Opposition Markman Brief" in *j2 Global Communications, Inc.* v. *CallWave, Inc.,* CA 04–7068 DDP AJWx.

"Defendant CallWave, Inc.'s Opening Claim Construction Brief" in *j2 Global Communications, Inc.* v. *CallWave, Inc.,* CA 04–7068 DDP AJWx.

"Defendant CallWave's Opposition to Plaintiff j2's Opening Markman Brief" in *j2 Global Communications, Inc.* v. *CallWave, Inc.,* CA 04–7068 DDP AJWx.

"Plaintiff's Opposition claim Construction Brief" in *j2 Global Communications, Inc.* v. *Venali, Inc.,* CV 04–1172 (DDP) (AJWx).

"Brief in Opposition to Plaintiff J2's Opening Claim Construction Brief" in *j2 Global Communications, Inc.* v. *Venali, Inc.,* CV 04–1172 (DDP) (AJWx).

"Opening Claim Construction Brief" in *j2 Global Communications, Inc.* v. *Venali, Inc.,* CV 04–1172 (DDP) (AJWx).

Docket report from CV 04–1172 (DDP) (AJWx).

Nakagawa et al., *Development of a Network Model for the Total Health Care Management on Multi–vendor Environment,* in Multimedia Communications, 1994, Multimedia '94, 5th IEEE COMSOC Int'l Workshop, pp. 5/2/1–5/2/4 (workshop occurred May 16–19, 1994).

Sanjiv P. Patel, *The Multimedia Fax–MIME Gateway,* in IEEE Multimedia 1(4), pp. 64–70 (Winter 1994).

Larry M. Edwards, *E–Mail: Industry is Posting Impressive Gains,* in San Diego Business Journal, pp. 1 and 17–18 (Mar. 7, 1994).

Author Unknown, *Lotus Executive Details Notes' Work Flow Strategy; Pinches Notes as a platform for Third–Party Products,* in Network World, p. 27 (Sep. 6, 1993).

Paul Kinnucan, *What's New in the Fax World,* in Systems Integration, vol. 23, No. 2 at 50 (Feb. 1990).

Author Unknown, *Delrina WinFax Pro 4.0 Focuses on Ease of Use,* Newsbytes, Post–Newsweek Business Information, Inc., (Mar. 15, 1994).

David Morgenstern, *DynaWeb Server Holds SGML Books: Web Server Queries, Converts to HTML,* in MacWeek, vol. 8, No. 28 at 12 (Jul. 11, 1994).

Gord Nickerson, *WorldWideWeb: hypertext from CERN,* Computers in Libraries, vol. 12, No. 11, p. 75 (1992).

Mario J. Silva and Randy H. Katz, *The case for Design Using the World Wide Web,* in 32nd ACM/IEEE Design Automation Conference, (1995).

Barry Fenn and Hermann Maurer, *Harmony on an Expanding Net,* ACM Interactions, pp. 27–38 (Oct. 1994).

MIME (Multipurpose Internet Mail Extension) Part One: "Mechanisms for Specifying and Describing the Format of Internet Message Bodies", Internet RFC 1341 and 1521, Sep. 1993.

**US 6,350,066 C1**

Page 4

MIME (Multipurpose Internet Mail Extension) Part Two: "Message Header Extensions got Non–ASCII Text", Internet RFC 1342, Sep. 1993.

Patel, Henderson and Georganas, The Multimedia Fax–MIME Gateway, IEEE Multimedia, 1994.

"Hypertext Markup Language (HTML), A Representation of Textual Information and MetaInformation for Retrieval and Interchange," Draft version, Jun. 1993.

"Lotus Turns up the Heat on Microsoft Exchange Rival," Network Week, Jan. 27, 1995.

"Novell Inc. to Demonstrate Alex, a Universal In–box That Will Accept and Store Email, Voice mail and Faxes," Computer Reseller News, Feb. 6, 1995.

"JFAX Personal Telecom—Plug a Phone Into Your E–Mail", downloaded from the Internet at www.jfax.com, on Oct. 31, 1996.

Public–Key Cryptography Standards (PKCS) , Revised Nov. 1, 1993, downloaded from the Internet at www.ftp.rsa.com, on Oct. 1, 1998.

"Wide Area Networking Puts Remote Offices On–Line," Managing Office Technology, Sep. 1994, pp. 49–50, 52, vol. 39, USA.

M. Pop, "Comparative Study of Electronic Mail Systems," May 30, 1994.

H. Chan et al., "Integrated Telephone/Fax/Paging/Email Services over ATM/MAN–based Personal Communication Networks," Department of Electrical and Computer Engineering, The University of British Columbia, Vancouver, B. C., Canada.

Supplementary European Serach Report in European Patent Application No. EP 98 95 0859, Jun. 3, 2005.

International Search Report in International Application No. PCT/US98/20732, Jan. 25, 1999.

International Search Report in International Application No. PCT/US96/05910, Jul. 18, 1996.

Fax Mailbox, PC Today, Sep. 1994.

Multimedia Fax–MIME Interworking, Patel, Henderson and Georganas, IEEE, 1994.

IBM Software Allows Phone Messages to be Retrieved Via Internet World Wide Web, press release, Nov. 28, 1995 (announcing product release).

MSN Hotmail Continues to Grow Faster than Any Media Company in History, press release, Feb. 8, 1999 (referencing Jul. 4, 1996 launch of Hotmail, which permitted users to access e–mail accounts through web browsers).

B.S. Kaliski Jr., "An Overview of the PKCS Standards," RSA Laboratories Technical Note, RSA Security, Inc. Public–Key Cryptography Standards (PKCS), Revised Nov. 1, 1993.

"Keys and Certificates," downloaded from the Internet at www.elock.com.

"Cryptography Systems," downloaded from the Internet at www.elock.com.

"How does the S/MIME encryption and digital signature process work?" downloaded from the Internet at www.worldtalk.com, on Jul. 25, 1999.

C. Ellison, et al., "Default Protecting Secret Keys with Personal Entropy," Mar. 3, 1999.

"Chaffing and Winnowing: Confidentiality without Encryption," downloaded from the Internet at www.theory.lcs.mit.edu, on Jul. 13, 1999.

"S/MIME Or OpenPGP? How Will You Secure Your E–mail?" downloaded from the Internet at www.worldtalk.com.

"S/MIME Frequently Asked Questions," downloaded from the Internet at www.rsa.com, on Jul. 23, 1999.

"S/MIME Frequently Asked Questions," downloaded from the Internet at www.rsa.com, on Nov. 16, 1999.

"SDML–Signed Document Markup Language," W3C Note Jun. 19, 1998, downloaded from the Internet at www.23.org, on Oct. 28, 1998.

C. R. Baudoin, "The Sematech Electronic Mail System," Proceedings of the Digital Equipment Computer Users Society, pp. 221–231, U.S.A., Spring 1989.

N. Borenstein, et al., "A Multi–media Message System for Andrew," USENIX Winter Conference, Dallas, TX, pp. 37–42, Feb. 9–12, 1988.

J. Donahue, et al., "Walnut: Storing Electronic Mail in a Database," XEROX Park, CSL–85–9, Nov. 1985.

K. Hofrichter, et al., "The BERKOM Multimedia–Mail Teleservice," Proceedings of the Fourth Workshop on Future Trends of Distributed Computing Systems, Lisbon, Portugal, pp. 23–30, Sep. 22–24, 1993.

J. K. Reichard, "Leveraging E–Mail," PC Magazine: 241, 244 and 245 (May 1995), et al., "Browsing Electronic Mail: Experiences Interfacing a Mail System to a DBMS," Proceedings of the Fourteenth International Conference on Very Large Data Bases, Los Angeles, CA, pp. 112–123, 1988.

E. Moeller, et al., "The BERKOM multimedia–mail teleservice," Computer Communications, vol. 18:2, pp. 89–102, Feb. 1995.

J. Pan, "Internet Security & Firewall Issues for NIIIP Virtual Enterprise," NIIIP OMB Meeting, Boca Raton, FL, Jan. 23–25, 1996.

A. Poggio, et al., "CCWS: A Computer–Based, Multimedia Information System, Multimedia Communications," pp. 92–103, Oct. 1985.

A. Reinhardt, "Smarter E–Mail Is Coming," Byte Magazine, pp. 90–108, Mar. 1993.

J. Rosenberg, et al., "An Overview of the Andrew Message System," Computer Communications Review, vol. 17:5, pp. 99–108, Apr. 1988.

S. Sakata, et al., "A Distributed Interoffice Mail System," Multimedia Communications, pp. 106–116, Oct. 1985.

S. J. Vaughan–Nichols, "Internet Publishing Tools Proliferate," Byte Magazine, Mar. 1995.

"Microsoft Messaging Application Pro Interface (MAPI)," downloaded from the Internet at www.mmicrosoft.com/win32dev/apiext/mapiwp.html.

"Novell Announces □Softsolutions□ 4.1", PR Newswire, New Orleans, LA, May 9, 1995.

"How Posta Works", downloaded from the Internet at www.tumbleweed.com/posta/posta_overview.html.

"Overview of the Trans–Virtual Enterpriser Server," Product Overview.

V. Gay, et al. "Conception of a Multimedia Electronic Mail Based on Standards," Proceedings of the Fourth Workshop on Future Trends of Distributed Computing Systems, Sep. 22–24, 1993.

J. Postel, et al., "An Experimental Multimedia Mail System," ACM Transactions on Office Information Systems, vol. 6, No. 1, Jan. 1988.

"Web Mail", InformationWeek, pp. 120, Dec. 16, 1996.

"Ipswitch Delivers the First Internet–Ready Messaging Server for Windows NT That Allows Access to E–mail via the Web", PR Newswire, pp. 1209NEM007, Dec. 9, 1996.

"Hotmail Introduces Hotmail WebCourier Direct Content Delivery Service", Business Wire, pp. 02030123, Mar. 1997.

J. B. Postel, RFC0821, Simple Mail Transfer Protocol, HTTP://rfc–koeln.de/html, 80 pages, Aug. 1982.

M. Sherman, et al., "Allocation of User–Interface Resources in the Andrew Toolkit," International Conference on Multimedia Information Systems, pp. 261–272, 1991.

M. Sherman, et al., "Building Hypertext on a Multimedia Toolkit: An Overview of Andrew Toolkit Hypermedia Facilities," Proceedings of the First European Conference on Hypertext, pp. 13–24, France, Nov. 1990.

V. S. Wheatman, "Sorting Through the Secure Messaging Maze," Messaging Magazine, downloaded from the Internet at www.ema.org/html/pubs/mmv4n2/msgmaze.htm, Mar.–Apr. 1998.

"The Andrew Messages System," downloaded from the Internet at www.cs.cmu.edu/afs/cs.cmu.edu/project/atk–ftp/web/ams.html.

"Facts on File re: Andrew," downloaded from the Internet at www.cs.cmu.edu:80/afs/cs.cmu.edu/project/atk–ftp/web/faxonfile.html.

"Welcome to the Andrew Consortium," www.cs.cmu.edu:80/afs/cs.cmu.edu/project/atk–ftp/web/andrew–home.html.

"The Andrew Publication Archive," ftp.andrew.cmu.edu/pub/AUIS/PAPERS/README.

"Bibliography of Publications on the Andrew User Interface System," ftp.andrew.cmu.edu/pub/AUIS/PAPERS/BIBLIOGRAPHY.

J. Peek, et al., "MH & xmh, Email for Users & Programmers," O' Reilly & Associates, Inc., Sebastopol, CA, 1995.

B. Costales, et al., "sendmail," O' Reilly & Associates, Inc., Sebastopol, CA, 1993.

K. S. Morris, "A Technical Overview of MIME," Web Developer's Journal Archives, Mar. 1995.

"comp.mail.mime FAQ (frequently asked questions list)," downloaded from the Internet at www.cis.ohio–state.edu/text/faq/usenet/mail/mime–faq/part1/faq.html, Jun. 11, 1997.

"Composing and Sending MIME Message," downloaded from the Internet at www.gieldasgarage.com/mh/cosemine.htm.

"Reading MIME Messages," downloaded from the Internet at www.gieldasgarage.com/mh/cosemime.htm.

"comp.mail.mime frequently asked questions list (FAQ) (1/3)," downloaded from the Internet at www.tu–chemnitz.de/–fri/mime/FAQ–1.htmk, Sep. 4, 1994.

M. Grand, "MIME Overview," downloaded from the Internet at www.mindspring.com/–mgrand/mime.html, revised Oct. 26, 1993.

D. W. Connolly, "A Formalism for Internet Information References," downloaded from the Internet at www.w3.org/People/Connolly/drafts/formalism.txt.

G. Vaudreuil, "The Multipart/Report Content Type for the Reporting of Mail System Administrative Messages," Network Working Group, Internet Draft, Sep. 1995.

G. Vaudreil, "Enhanced Mail System Status Codes," Network Working Group, Internet Draft, Jun. 1995.

K. Moore, et al., "An Extensible Message Format for Delivery Status Notifications," Network Working Group, Internet Draft, Sep. 1995.

"Information Technology—Text and office systems—Distributed–office–applications model—Part 1: General model," International Standard ISO / IEC 10031–1:7–73, 1991 (E).

"Information Technology—Text and Office Systems—Distributed Office Applications Model: Part 2; Distinguished–object–reference and Associated Procedures," International Standard ISO/IEC 10031–2:1–13, 1991.

D. H. Crocker, "Standard for the Format of ARPA Interent Text Message," RFC 822, 1982.

J. Klensin, "Simple Mail Transfer Protocol," Internet Draft, draft–ietf–drums–02.txt, May 21, 1996.

N. Borenstein et al., "MIME: Mechanisms for Specifying and Describing the Format of Internet Message Bodies," Network Working Group, RFC 1341, Jun. 1992.

N. Freed, et al., "Definition of the URL MIME External–Body Access–Type," Network Working Group, Internet Draft of RFC 2017 (Apr. 11, 1995) [see also N. Freed et al., "Definition of the URL MIME External–Body Access–Type," Network Working Group, RFC 2017, Oct. 1996.

C. Manros, "New Internet Mail Functionality for Delivery Status Notifications," Messaging Magazine, Jul./Aug. 1995.

K. Moore, "SMTP Service Extension for Delivery Status Notifications," Network Working Group, Internet–Draft of RFC 1891, Sep. 21, 1995.

Internet Engineering Task Force, R. Braden (ed.), "Requirements for Internet Hosts—Application and Support," Network Working Group, RFC 1123, Oct. 1989.

J. Meyers, et al., "Post Office Protocol—Version 3," Network Working Group, RFC 1725, Nov. 1994.

K. Sollins et al., "Functional Requirements for Uniform Resource Names," Network Working Group, RFC 1737 Dec. 1994.

T. Berners–Lee, "Universal Resource Identifier in WWW, A Unifying Syntax for the Expression and Address of Objects on the Network as used in the World–Wide Web," Network Working Group, RFC 1630, Jun. 1994.

T. Berners–Lee, et al., "Uniform Resource Locators (URL)," Network Working Group, RFC 1738, Dec. 1994.

T. Berners–Lee, et al, "Hypertext Markup Language—2.0," Network Working Group, RFC 1866, Nov. 1995.

S. Bradner, "The Internet Standards Process—Revision 3," Network Working Group, RFC 2026, 1996.

J. K. Reynolds, et al., "The DARPA Experimental Multimedia Mail System," Computer: 82–89, 1985.

S. Baker, "Hypertext Browsing on the Internet," UNIX Review: 21–27, 1994.

D.P. Dern, "Applying the Internet," BYTE Magazine, Feb. 1992.

K.M. Savetz, "Magazines Without Paper," BYTE Magazine, Sep. 1993.

S.J. Vaughan–Nichols, "The Web Means Business," BYTE Magazine, Nov. 1994.

A. Singleton, "The Virtual Storefront," BYTE Magazine, Jan. 1995.

J.R. Vacca, "Mosaic: Beyond Net Surfing," BYTE Magazine, Jan. 1995.

B. Smith, "Internet with Style," BYTE Magazine, Jan. 1995.

B. Smith, "Making the Internet Connection," BYTE Magazine, Jan. 1995.

B. Friesenhahn, "Build Your Own WWW Server," BYTE Magazine, Apr. 1995.

S.B. Jones, "Caught in the World Wide Web: MIT Moves Computer Documentation Online," Meet the Shadow Future: 187–189, 1994.

S. Baker; "Mosaic–Surfing at Home and Abroad," Meet the Shadow Future: 159–163, 1994.

# US 6,350,066 C1

Page 6

R. J. Vetter et al., "Mosaic, HTML, and the World Wide Web," IEEE Computer, 27, 1994.

University of Cambridge Statistical Laboratory, "Using Mosaic for Xwindows," Internet Publication, Jul. 1994, downloaded from http://www.statslab.cam.ac.uk.

"New Features in Mosaic 2.0," Internet Publication, downloaded from http://www.issi.com, Dec. 1994.

"World Wide Web Frequently Asked Questions," from URL http://sunsite.unc.edu/boutell/faq/www_faq.html, Dec. 9, 1994.

MHonArc Home Page updated Nov. 17, 1994 and MHonArc software manual published by Earl Hood <ehood@convex.com> Convex Computer Corporation, Richardson Texas.

C. Liu, et al., "Managing Internet Information Services," World Wide Web, Gopher, FTP, and more : 357–359, Dec. 1994.

J. December, et al., "The World Wide Web; Everything You Need to Master the Web!": 180–189–part 1 and 277–280 (part II), 1994.

K. Reichard, "Leveraging E–Mail," PC Magazine: 241, 244 and 245, May 1995.

"Lan–Aces, Inc. Announces Expanded Capabilities to Office–Logic Clerk Application," PR Newswire, May–Jun. 1994.

"Working with AT&T Easylink, An Effective Communication Solution for Business," PC Today 62, May 1995.

J. Davis, et al., "Drop–in Publishing With the World Wide Web," Computer Networks and IDSN Systems, 28, pp. 247–255, 1995.

K. Goldberg, "Beyond the Web: Manipulating the Real World," Computer Networks and ISDN Systems, 28, pp. 209–219, 1995.

A. N. Boston, et al., "Interactive species distribution reporting, mapping, and modelling using the World Wide Web," Computer Networks and ISDN Systems, 28, pp. 231–238, 1995.

T. W. Yan, et al., "From user access patterns to dynamic hypertext linking," Computer Networks and ISDN Systems, 28, pp. 1007–1014, 1996.

H. Pusch, "Design and implementation of a global reference mechanism for data objects," Compueter Standards & Interfaces, 17, pp. 181–192, 1995.

B. Wiegel, "Secure External References in Multimedia Email Messages," 3rd ACM Conference on Computer and Communications Security, New Delhi, India, Mar. 14–16, 1996.

E. Levinson, "Exchanging SGML Documents Using Internet Mail and MIME," Computer Standards & Interfaces, 18, pp. 93–102, 1996.

E. Meyer, et al., "Borealis Image Server," Computer Networks and ISDN Systems, 28, pp. 1123–1137, 1996.

M. Rio, et al., "A framework for broadcasting and management of URIs," Computer Networks and ISDN Systems, 28, pp. 535–542, 1996.

Delrina Adevertisement, 1994.

Cope, "Working with . . . Fax Mailbox," PC Today, vol. 8, Issue 9, Sep. 1994.

Warren, "Voice/fax Combos," Computer Telephony, Sep./Oct. 1994, p. 88.

Swartz, Barry K. and Stephen B. Weinstein, Dual–Media Messaging Using Screen Telephones on the Telephone Network, IEEE International Conference on Communications '93, May 23–26, 1993, pp. 1183–1188, Technical Program, Conference Record, vol. 2/3.

Borenstein, Nathaniel S., "Internet Multimedia Mail with MIME: Emerging Standards for Interoperability," Upper Layer Protocols, Architectures and Applications, 1992, pp. 183–192, Elsevier Science Publishers B.V. (North–Holland).

Supplementary European Search Report in European Patent Application No. EP 96 91 3855, search results mailed Nov. 22, 2001.

Critical Path Data Sheet—Critical Path Notification Server, 2 pages, Dec. 2002r.

Critical Path Data Sheet—Critical Path Messaging Server, 2 pages, Dec. 2002r.

Critical Path Data Sheet—Critical Path Internet File Server, 2 pages, Dec. 2002r.

Critical Path Data Sheet—Critical Path Presentation Server, 2 pages, Dec. 2002r.

Critical Path Data Sheet—Critical Path SMS Access Server, 2 pages, Dec. 2002r.

Critical Path Data Sheet—Critical Path Calendar Server, 2 pages, Dec. 2002r.

Critical Path Data Sheet—Critical Path Personal Address Book Server, 2 pages, Dec. 2002r.

CP™ Meta–Directory Server, 4 pages, Jun. 2002r.

Critical Path Meta–Directory Server, 1 page, May 8, 2003, http://www.cp.net/solutions/metaDirectoryServer.html.

Tumbleweed Communications, 3 pages, May 8, 2003, http://www.tumbleweed.com/en/products/ime_overview.html.

Tumbleweed Communications, 1 page, May 8, 2003, http://www.tumbleweed.com/en/products/ime_product_architecture.html.

Tumbleweed Communications, 1 page, May 8, 2003, http://www.tumbleweed.com/en/products/ime_for_automated_deliveries.html.

Tumbleweed Communications, 3 pages, May 8, 2003, http://www.tumbleweed.com/dy/print.

Tumbleweed Communications, 1 page, May 8, 2003, http://www.tumbleweed.com/en/products/ime_portal_integration.html.

Tumbleweed Communications, 1 page, May 8, 2003, http://www.tumbleweed.com/en/products/ime_message_tracking.html.

Tumbleweed Communications, 2 pages, May 8, 2003, http://www.tumbleweed.com/dy/print/.

* cited by examiner

US 6,350,066 C1

**1**

# EX PARTE
# REEXAMINATION CERTIFICATE
# ISSUED UNDER 35 U.S.C. 307

THE PATENT IS HEREBY AMENDED AS
INDICATED BELOW.

Matter enclosed in heavy brackets [ ] appeared in the
patent, but has been deleted and is no longer a part of the
patent; matter printed in italics indicates additions made
to the patent.

AS A RESULT OF REEXAMINATION, IT HAS BEEN
DETERMINED THAT:

Claims **1–35** are cancelled.

New claims **36–57** are added and determined to be patent-
able.

*36. A system for receiving and storing a message signal
directed to an intended recipient and for relaying the mes-
sage signal to a computer, comprising:*

*a telephone interface for receiving an incoming call from
a public switched telephone network, the incoming call
including the message signal;*

*a central processor for receiving the message signal from
the telephone interface and for storing the message sig-
nal in a storage medium;*

*a hyper-text transfer protocol deamon for receiving a
request for the message signal from the computer and
for forwarding the request to a network server, the
request from the computer being formatted in a hyper-
text transfer protocol; and*

*the network server, in response to receiving the request
from the hyper-text transfer protocol deamon, forward-
ing at least a part of the message signal to the hyper-
text transfer protocol deamon;*

*wherein the hyper-text transfer protocol deamon transmit
at least part of the message signal to the computer;*

*wherein the message signal is addressed to the intended
recipient and the computer is associated with the
intended recipient;*

*wherein the hyper-text transfer protocol deamon further
receives an access request from a hyper-text browser
executing on the computer, via a packet switched data
network, in accordance with the hyper-text transfer
protocol;*

*wherein the access request contains an application layer
address associated with the network server;*

*wherein the access request is indicative of a request by the
intended recipient to gain access to a user-specific mes-
sage storage area of the storage medium associated
with the intended recipient;*

*wherein the message signal is stored in the user-specific
message storage area;*

*wherein the computer is an end-user client computer;*

*wherein, in response to the access request, the network
server transmits to the computer, via the hyper-text
transfer protocol deamon and the packet switched data
network, a user interface expressed as a sequence of
markup language instructions; and*

*wherein the user interface provides one or more links to
respective messages stored in the user-specific message
storage area.*

**2**

*37. The system as set forth in claim 36, wherein:*

*in response to the markup language instructions, the
hyper-text browser generates the user interface on a
display associated with the computer;*

*the one or more links includes a particular link associated
with the message signal; and*

*in response to the particular link being selected by the end
user via the user interface, the request for the message
signal is coupled, using the hypertext transfer protocol,
via the packet switched data network, to the hyper-text
transfer protocol deamon.*

*38. The system as set forth in claim 37, wherein the
markup language instructions are described using a hyper-
text markup language (HTML).*

*39. The system as set forth in claim 37, wherein the
markup language instructions are described using a particu-
lar dialect of a standard generalized markup language.*

*40. The system as set forth in claim 37, wherein the access
request comprises a password and the user interface is sent
in response to the password being verified to match a stored
password associated with the intended recipient.*

*41. The system as set forth in claim 37, wherein the user
interface further provides an indication of the total number
of messages stored in the user-specific message storage
area.*

*42. The system as set forth in claim 37, wherein the user
interface further provides an indication of the total number
of new messages stored in the user-specific message storage
area, and an indication of the total number of saved mes-
sages stored in the user-specific message storage area.*

*43. A method for receiving and storing a message signal
directed to an intended recipient and for relaying the mes-
sage signal to a computer, comprising the steps of:*

*receiving an incoming call from a public switched tele-
phone network, the incoming call including the mes-
sage signal;*

*storing the message signal in a storage medium;*

*receiving, at a hyper-text transfer protocol deamon, a
request for the message signal from the computer and
forwarding the request to a network server;*

*forwarding at least a part of the message signal from the
network server to the hyper-text transfer protocol dea-
mon; and*

*transmitting at least part of the message signal from the
hyper-text transfer protocol deamon to the computer;*

*wherein the message signal is addressed to the intended
recipient and the computer is associated with the
intended recipient;*

*wherein the hyper-text transfer protocol deamon further
receives an access request from a hyper-text browser
executing on the computer, via a packet switched data
network, in accordance with the hyper-text transfer
protocol;*

*wherein the access request contains an application layer
address associated with the network server;*

*wherein the access request is indicative of a request by the
intended recipient to gain access to a user-specific mes-
sage storage area of the storage medium associated
with the intended recipient;*

*wherein the message signal is stored in the user-specific
message storage area;*

*wherein the computer is an end-user client computer;*

*wherein, in response to the access request, the network
server transmits to the computer, via the hyper-text*

US 6,350,066 C1

**3**

transfer protocol deamon and the packet switched data network, a user interface expressed as a sequence of markup language instructions; and

wherein the user interface provides one or more links to respective messages stored in the user-specific message storage area.

44. The method as set forth in claim 43, wherein:

in response to the markup language instructions, the hyper-text browser generates the user interface on a display associated with the computer;

the one or more links includes a particular link associated with the message signal; and

in response to the particular link being selected by the end user via the user interface, the request for the message signal is coupled, using the hypertext transfer protocol, via the packet switched data network, to the hyper-text transfer protocol deamon.

45. The method as set forth in claim 44, wherein the markup language instructions are described using a hyper-text markup language (HTML).

46. The method as set forth in claim 44, wherein the markup language instructions are described using a particular dialect of a standard generalized markup language.

47. The method as set forth in claim 44, wherein the access request comprises a password and the user interface is sent in response to the password being verified to match a stored password associated with the intended recipient.

48. The method as set forth in claim 44, wherein the user interface further provides an indication of the total number of messages stored in the user-specific message storage area.

49. The method as set forth in claim 44, wherein the user interface further provides an indication of the total number of new messages stored in the user-specific message storage area, and an indication of the total number of saved messages stored in the user-specific message storage area.

50. A system for receiving and storing a message signal directed to an intended recipient and for relaying the message signal to a computer, comprising:

a telephone interface for receiving an incoming call from a public switched telephone network, the incoming call including the message signal;

a central processor for receiving the message signal from the telephone interface and for storing the message signal in a storage medium;

a server-implemented function that generates one or more tagged markup language commands that define at least a portion of a mailbox user interface;

a hyper-text transfer protocol deamon for receiving a request for the message signal from the computer and for forwarding the request to a network server, the request from the computer being formatted in a hyper-text transfer protocol; and

the network server, in response to receiving the request from the hyper-text transfer protocol deamon, forwarding at least a part of the message signal to the hyper-text transfer protocol deamon;

**4**

wherein the hyper-text transfer protocol deamon transmits at least part of the message signal to the computer;

wherein the message signal is addressed to the intended recipient and the computer is associated with the intended recipient;

wherein the hyper-text transfer protocol deamon further receives an access request from a hyper-text browser executing on the computer, via a packet switched data network, in accordance with the hyper-text transfer protocol;

wherein the access request contains an application layer address associated with the network server;

wherein the access request is indicative of a request by the intended recipient to gain access to a user-specific message storage area of the storage medium associated with the intended recipient;

wherein the message signal is stored in the user-specific message storage area;

wherein the computer is an end-user client computer;

wherein at least one of the tagged markup language commands includes a reference to the message signal;

wherein the mailbox user interface is rendered in accordance with the tagged markup language commands and displayed on a display associated with the end-user client computer; and

wherein the mailbox user interface includes a listing of messages in the user-specific message storage area, to include the message signal.

51. The system as set forth in claim 50 wherein the tagged markup language commands conform with a hypertext markup language (HTML).

52. The system as set forth in claim 50 wherein the tagged markup language commands conform with a handheld device markup language (HTML).

53. The system as set forth in claim 50 wherein the tagged markup language commands conform with a dialect of an extensible markup language (XML).

54. The system as set forth in claim 50 further comprising:

a user option; and

the server-implemented function generating, in accordance with the user option, at least one of the one or more tagged markup language commands.

55. The system as set forth in claim 50 wherein the end-user client computer is configured to play back the least a part of the message signal forwarded thereto by the hyper-text transfer protocol deamon, and no part of the message signal is played back using a telephone.

56. The system as set forth in claim 50 wherein the one or more tagged markup language commands cause to be displayed to the user a total listing of all messages in the mailbox to include the message signal.

57. The system as set forth in claim 50 wherein one or more tagged markup language commands cause to be displayed to the user a total number of messages in the user's mailbox.

\*   \*   \*   \*   \*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Stephen V. Wilson and the assigned discovery Magistrate Judge is Charles Eick.

The case number on all documents filed with the Court should read as follows:

## CV11- 7904 SVW (Ex)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=========================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| **[X] Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | **[ ] Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | **[ ] Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

CENTRAL            District of  CALIFORNIA

| j2 Global Communications, Inc. and Advanced Messaging Technologies, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| Vitelity Communications, LLC | ) |
| *Defendant* | ) |

CV11-07904 SVW (Ex)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Vitelity Communications, LLC
7900 East Union Avenue
Suite 1100
Denver, CO 80237

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert A. Sacks, Esq. (SBN 150146
sacksr@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, CA 90067-1725
Phone:  (310) 712-6600;  Fax: (310) 712-8800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SEP 2 3 2011

Date: _____

*CLERK OF COURT*

**JULIE PRADO**

SEAL

_____
*Signature of Clerk or Deputy Clerk*

AO-440

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐  I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐  I returned the summons unexecuted because _____ ; or

☐  Other *(specify):*


My fees are $ _____0.00_____ for travel and $ ____0.00____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself [ ])

j2 Global Communications, Inc. and
Advanced Messaging Technologies, Inc.

**DEFENDANTS**

Vitelity Communications, LLC

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Robert A. Sacks
SULLIVAN & CROMWELL LLP
1888 Century Park East
Suite 2100
Los Angeles, CA 90067-1725
(310)712-6600

Attorneys (If Known)

**II.  BASIS OF JURISDICTION** (Place an X in one box only.)

[ ] 1 U.S. Government Plaintiff   [X] 3 Federal Question (U.S. Government Not a Party)

[ ] 2 U.S. Government Defendant   [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III.  CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business in this State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV.  ORIGIN** (Place an X in one box only.)

[X] 1 Original Proceeding   [ ] 2 Removed from State Court   [ ] 3 Remanded from Appellate Court   [ ] 4 Reinstated or Reopened   [ ] 5 Transferred from another district (specify):   [ ] 6 Multi-District Litigation   [ ] 7 Appeal to District Judge from Magistrate Judge

**V.  REQUESTED IN COMPLAINT:   JURY DEMAND:** [X] Yes   [ ] No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** [ ] Yes   [X] No            **MONEY DEMANDED IN COMPLAINT: $** 0.00

**VI.  CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Patent infringement under 35 U.S.C. 271 et seq.

**VII.  NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| [ ] 400 State Reapportionment | [ ] 110 Insurance | [ ] 310 Airplane | [ ] 370 Other Fraud | [ ] 510 Motions to Vacate Sentence Habeas Corpus | [ ] 710 Fair Labor Standards Act |
| [ ] 410 Antitrust | [ ] 120 Marine | [ ] 315 Airplane Product Liability | [ ] 371 Truth in Lending | [ ] 530 General | [ ] 720 Labor/Mgmt. Relations |
| [ ] 430 Banks and Banking | [ ] 130 Miller Act | [ ] 320 Assault, Libel & Slander | [ ] 380 Other Personal Property Damage | [ ] 535 Death Penalty | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act |
| [ ] 450 Commerce/ICC Rates/etc. | [ ] 140 Negotiable Instrument | [ ] 330 Fed. Employers' Liability | [ ] 385 Property Damage Product Liability | [ ] 540 Mandamus/ Other | [ ] 740 Railway Labor Act |
| [ ] 460 Deportation | [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 340 Marine | BANKRUPTCY | [ ] 550 Civil Rights | [ ] 790 Other Labor Litigation |
| [ ] 470 Racketeer Influenced and Corrupt Organizations | [ ] 151 Medicare Act | [ ] 345 Marine Product Liability | [ ] 422 Appeal 28 USC 158 | [ ] 555 Prison Condition | [ ] 791 Empl. Ret. Inc. Security Act |
| [ ] 480 Consumer Credit | [ ] 152 Recovery of Defaulted Student Loan (Excl. Veterans) | [ ] 350 Motor Vehicle | [ ] 423 Withdrawal 28 USC 157 | FORFEITURE/ PENALTY | PROPERTY RIGHTS |
| [ ] 490 Cable/Sat TV | | [ ] 355 Motor Vehicle Product Liability | CIVIL RIGHTS | [ ] 610 Agriculture | [ ] 820 Copyrights |
| [ ] 810 Selective Service | [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 360 Other Personal Injury | [ ] 441 Voting | [ ] 620 Other Food & Drug | [X] 830 Patent |
| [ ] 850 Securities/Commodities/ Exchange | [ ] 160 Stockholders' Suits | [ ] 362 Personal Injury- Med Malpractice | [ ] 442 Employment | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 840 Trademark |
| [ ] 875 Customer Challenge 12 USC 3410 | [ ] 190 Other Contract | [ ] 365 Personal Injury- Product Liability | [ ] 443 Housing/Acco- mmodations | [ ] 630 Liquor Laws | SOCIAL SECURITY |
| [ ] 890 Other Statutory Actions | [ ] 195 Contract Product Liability | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 444 Welfare | [ ] 640 R.R. & Truck | [ ] 861 HIA (1395ff) |
| [ ] 891 Agricultural Act | [ ] 196 Franchise | | [ ] 445 American with Disabilities - Employment | [ ] 650 Airline Regs | [ ] 862 Black Lung (923) |
| [ ] 892 Economic Stabilization Act | REAL PROPERTY | IMMIGRATION | [ ] 446 American with Disabilities - Other | [ ] 660 Occupational Safety/Health | [ ] 863 DIWC/DIWW (405(g)) |
| [ ] 893 Environmental Matters | [ ] 210 Land Condemnation | [ ] 462 Naturalization Application | [ ] 440 Other Civil Rights | [ ] 690 Other | [ ] 864 SSID Title XVI |
| [ ] 894 Energy Allocation Act | [ ] 220 Foreclosure | [ ] 463 Habeas Corpus- Alien Detainee | | | [ ] 865 RSI (405(g)) |
| [ ] 895 Freedom of Info. Act | [ ] 230 Rent Lease & Ejectment | [ ] 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| [ ] 900 Appeal of Fee Determi- nation Under Equal Access to Justice | [ ] 240 Torts to Land | | | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) |
| [ ] 950 Constitutionality of State Statutes | [ ] 245 Tort Product Liability | | | | [ ] 871 IRS - Third Party 26 USC 7609 |
| | [ ] 290 All Other Real Property | | | | |

CV11-07904

**FOR OFFICE USE ONLY:**   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? [X] No [ ] Yes

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? [ ] No [X] Yes

If yes, list case number(s): 09-cv-4150, 09-cv-4189, 09-cv-5010, 11-cv-2618, 11-cv-4239, 11-cv-4686
11-cv-6450

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)

[ ] A. Arise from the same or closely related transactions, happenings, or events; or

[X] B. Call for determination of the same or substantially related or similar questions of law and fact; or

[X] C. For other reasons would entail substantial duplication of labor if heard by different judges; or

[X] D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

[ ] Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | N/A |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

[ ] Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Colorado |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
   **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | N/A |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _Robert A. Sacks /EEJ_  Date September 23, 2011

Robert A. Sacks

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |