# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 11-07904 DDP (Ex) | Date | June 4, 2012 |

Title   j2 GLOBAL COMMUNICATIONS, INC. and ADVANCED MESSAGING TECHNOLOGIES, INC. -V- VITELITY COMMUNICATIONS, LLC

Present: The Honorable   **DEAN D. PREGERSON, U.S. DISTRICT JUDGE**

| John A. Chambers | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Brian R. England | Darren M. Franklin |
| Jopgi Shih | R. Garth Ferrell |

Proceedings:

MOTION TO STAY CASE PENDING RESOLUTION OF EC DATA SYSTEMS, INC. V. J2 GLOBAL COMMUNICATIONS, INC. et. al., CASE NO. 1:12-CV-00446-PAB, PENDING IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO OR, IN THE ALTERNATIVE, TO TRANSFER THE CASE TO THE DISTRICT OF COLORADO FILED BY DEFENDANT VITELITY COMMUNICATIONS LLC (DOCKET NUMBER 26)

Court hears oral argument and DENIES the motion.

| | 0 0 | : | 31 |
|---|---|---|---|
| | Initials of Preparer | | JAC |